AO 240 (Rev. 7/96)

# UNITED STATES DISTRICT COURT

MASS SS _____     District of _Federal District Court_

Anthony GARVIN
        Plaintiff

        V.

Hampden County Sheriff's Dept ET. AL.
        Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

**05 - 30102 - MAP**

I, _Anthony Garvin_ _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _SBCC P.C Box 8000 Shirley, MA 01464_

   Are you employed at the institution? _yes_   Do you receive any payment from the _$1.00 per day_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☐ No

   a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☑ Yes | ☐ No |
   | f. | Any other sources | ☑ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

My wife, My mother inLaw, Sister inLaw, Brother and a friend all
sent me Money At one time or another to help me
survive and get Necessary Items (I consider that Gifts)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate
   how much you contribute to their support.   *N/A*

I declare under penalty of perjury that the above information is true and correct.

_3-23-05_
Date

_Anthony ____ _
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

A D D E N D U M 

M.G.L.A. 12 § 11I

## MASSACHUSETTS GENERAL LAWS ANNOTATED
## PART I. ADMINISTRATION OF THE GOVERNMENT
## TITLE II. EXECUTIVE AND ADMINISTRATIVE OFFICERS OF THE COMMONWEALTH
## CHAPTER 12. DEPARTMENT OF THE ATTORNEY GENERAL, AND THE DISTRICT ATTORNEYS
## DEPARTMENT OF THE ATTORNEY GENERAL

Current through c. 102 of the 2000 Second Annual Session of the General Court

§ 11I. Violations of constitutional rights;  civil actions by aggrieved persons; costs and fees

Any person whose exercise or enjoyment of rights secured by the constitution or laws of the United States, or of rights secured by the constitution or laws of the commonwealth, has been interfered with, or attempted to be interfered with, as described in section 11H, may institute and prosecute in his own name and on his own behalf a civil action for injunctive and other appropriate equitable relief as provided for in said section, including the award of compensatory money damages. Any aggrieved person or persons who prevail in an action authorized by this section shall be entitled to an award of the costs of the litigation and reasonable attorneys' fees in an amount to be fixed by the court.

## UNITED STATES DISTRICT COURT

MASS,SS                                                   FEDERAL DISTRICT COURT

                                                          C.A.#_____

ANTHONY GARVIN

PLAINTIFF

VS.

HAMPDEN COUNTY SHERIFF'S DEPT.,ET AL.,

DEFENDANTS

### MOTION TO WAIVE FILING FEES AND COSTS, WITH APPLICATION AND ATTACHMENTS

   Now comes the plaintiff, Anthony Garvin, Pro-se in the above matter, pursuant to 28 U.S.C.§ 1915 and respectfully moves this honorable court to waive all filing fees and costs and allow him to proceed in Forma Pauperis.

   The plaintiff attaches hereto his application and attachments for the indigency.

<br>

        RESPECTFULLY SUBMITTED

        BY THE PLAINTIFF,

        *Anthony Garvin*

        ANTHONY GARVIN, PRO-SE

        #W83481

        P.O. BOX 8000

DATED:_____4-15 5_____   SHIRLEY,MASS 01464

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050328 12:15**

| Commit# : | W83481 | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | Page : | 1 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | GARVIN, ANTHONY, , | | | Statement From | 20040928 | | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20050328 | | | | |
| Block : | J2 | | | | | | | | |
| Cell/Bed : | 35 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | **$145.91** | **$145.82** | **$0.00** | **$3.00** |
| 20041013 16:59 | IS - Interest | 3511433 | | SBCC | | $0.00 | $0.00 | $0.00 | $3.00 |
| 20041110 16:47 | IS - Interest | 3656958 | | SBCC | | $0.00 | $0.00 | $0.00 | $3.00 |
| 20041207 10:06 | ML - Mail | 3774935 | | SBCC | ~KENDALL GREENE | $100.00 | $0.00 | $0.00 | $3.00 |
| 20041207 10:06 | MA - Maintenance and Administration | 3774936 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $3.00 |
| 20041207 17:01 | IS - Interest | 3789907 | | SBCC | | $0.00 | $0.00 | $0.00 | $3.00 |
| 20041210 22:30 | CN - Canteen | 3816390 | | SBCC | ~Canteen Date : 20041210 | $0.00 | $49.99 | $0.00 | $3.00 |
| 20041216 12:56 | IC - Transfer from Inmate to Club A/c | 3844185 | | SBCC | ~photos for Holiday~PHOTO - Z13~PHOTO - Z13 | $0.00 | $3.00 | $0.00 | $3.00 |
| 20041217 22:30 | CN - Canteen | 3851336 | | SBCC | ~Canteen Date : 20041217 | $0.00 | $6.46 | $0.00 | $3.00 |
| 20041220 10:54 | IC - Transfer from Inmate to Club A/c | 3854227 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.80 | $0.00 | $3.00 |
| 20041223 22:30 | CN - Canteen | 3882981 | | SBCC | ~Canteen Date : 20041223 | $0.00 | $27.59 | $0.00 | $3.00 |
| 20041230 22:30 | CN - Canteen | 3914270 | | SBCC | ~Canteen Date : 20041230 | $0.00 | $4.46 | $0.00 | $3.00 |
| 20050110 10:46 | ML - Mail | 3954175 | | SBCC | ~KENDALL GREENE | $50.00 | $0.00 | $0.00 | $3.00 |
| 20050110 10:46 | MA - Maintenance and Administration | 3954176 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $3.00 |
| 20050113 17:06 | IS - Interest | 3990780 | | SBCC | | $0.07 | $0.00 | $0.00 | $3.00 |
| 20050114 22:30 | CN - Canteen | 3998800 | | SBCC | ~Canteen Date : 20050114 | $0.00 | $12.80 | $0.00 | $3.00 |
| 20050118 09:30 | IC - Transfer from Inmate to Club A/c | 4002102 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $3.00 |
| 20050121 22:30 | CN - Canteen | 4027959 | | SBCC | ~Canteen Date : 20050121 | $0.00 | $37.24 | $0.00 | $3.00 |
| 20050128 22:30 | CN - Canteen | 4056082 | | SBCC | ~Canteen Date : 20050128 | $0.00 | $3.67 | $0.00 | $3.00 |
| 20050209 16:47 | IS - Interest | 4119735 | | SBCC | | $0.05 | $0.00 | $0.00 | $3.00 |
| 20050222 10:44 | ML - Mail | 4177699 | | SBCC | ~36 EVANS ST | $15.00 | $0.00 | $0.00 | $3.00 |
| 20050222 10:44 | MA - Maintenance and Administration | 4177700 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $3.00 |
| 20050224 09:04 | ML - Mail | 4194567 | | SBCC | ~CANON CIRCLE | $15.00 | $0.00 | $0.00 | $3.00 |
| 20050224 09:05 | ML - Mail | 4194569 | | SBCC | ~JESSIE | $20.00 | $0.00 | $0.00 | $3.00 |
| 20050224 09:05 | ML - Mail | 4194572 | | SBCC | ~182 CANON CIRCLE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050225 10:54 | ML - Mail | 4199613 | | SBCC | ~chanel hawkins | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050228 14:04 | IC - Transfer from Inmate to Club A/c | 4204015 | | SBCC | ~haircut 1/17-1/21~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050302 11:33 | ST - Superintendent Act Transfer | 4214527 | | SBCC | ~W83481 GARVIN,ANTHONY PERSONAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050303 09:31 | ML - Mail | 4226569 | | SBCC | ~403 CANON CIRLCLE | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050303 09:31 | MA - Maintenance and Administration | 4226570 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20050328 12:15**

| Commit# : | W83481 | | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | | Page : | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name  : | GARVIN, ANTHONY, , | | | | | Statement From | 20040928 | | | | |
| Inst  : | SOUZA-BARANOWSKI CORRECTIONAL | | | | | To | 20050328 | | | | |
| Block  : | J2 | | | | | | | | | | |
| Cell/Bed : | 35 /A | | | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20050304 22:30 | CN - Canteen | 4234593 | | SBCC | ~Canteen Date : 20050304 | $0.00 | $49.95 | $0.00 | $0.00 |
| 20050309 11:59 | EX - External Disbursement | 4249897 | 25037 | SBCC | ~REPAIR~INSTITUTIONAL TV SERVICES | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050309 23:09 | PY - Payroll | 4260696 | | SBCC | ~20050220 To 20050226 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050311 22:30 | CN - Canteen | 4269092 | | SBCC | ~Canteen Date : 20050311 | $0.00 | $47.76 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4290592 | | SBCC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20050316 23:13 | PY - Payroll | 4308112 | | SBCC | ~20050227 To 20050305 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050317 08:05 | IC - Transfer from Inmate to Club A/c | 4308362 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050323 23:09 | PY - Payroll | 4339916 | | SBCC | ~20050306 To 20050312 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20050325 22:30 | CN - Canteen | 4348321 | | SBCC | ~Canteen Date : 20050325 | $0.00 | $21.13 | $0.00 | $0.00 |
| 20050328 09:57 | ML - Mail | 4350729 | | SBCC | ~TRACY | $10.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $307.17 | $288.47 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $18.79 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $18.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## UNITED STATES DISTRICT COURT

MASS,SS

FEDERAL DISTRICT COURT

C.A.#_____

ANTHONY GARVIN

PLAINTIFF

VS.

HAMPDEN COUNTY SHERIFF'S DEPT., ET AL.

DEFENDANTS

## MOTION FOR SERVICE OF SUMMONS AND COMPLAINT MADE BY U.S. MARSHAL,

## OR REGULAR MAIL

The plaintiff, Anthony Garvin, Respectfully requests this honorable court to allow service of summons and complaint to be made upon the defendants by U.S. Marshal be waived.

RESPECTFULLY SUBMITTED

BY THE PLAINTIFF

_Anthony Garvin_

ANTHONY GARVIN,Pro-SE

S.B.C.C.#W83481

P.O. BOX 8000

SHIRLEY,MASS 01464

DATED:_4·15  5_____