# United States District Court
## District of Massachusetts

| | |
|---|---|
| ANTHONY GARVIN,  )<br>    Plaintiff )<br> )<br>v. )<br> )<br>HAMPDEN COUNTY SHERIFF'S )<br>DEPARTMENT, et al., )<br>    Defendants ) | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>05 - 30102 - MAP<br><br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTERED on  April 27, 2005  .

                                                      /s/ Kenneth P. Neiman<br>
                                                      KENNETH P. NEIMAN<br>
                                                      U.S. Magistrate Judge