UNITED STATES DISTRICT COURT

MASS,SS

FEDERAL DISTRICT COURT

C.A._____

ANTHONY GARVIN, PLAINTIFF

VS.

HAMPDEN COUNTY SHERIFF'S DEPT.,
SHERIFF MICHAEL J.ASHE. JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY (KNOWN AS)KENNEY,
MAJOR (FIRST NAME UNKNOWN)WELDON,
LT.(FIRST NAME UNKNOWN)KORMAN #115,
LT.JUAN RAMOS #261,
LT.(FIRST NAME UNKNOWN)CADIGAN,
OFFICER WILLIAM MULDROW #0764,
OFFICER VICTOR KELLY AND,
THE UNKOWN OFFICER IN THE TOWER,ET AL.
DEFENDANTS

05 - 30102 - MAP

(TWO COUNT CIVIL RIGHTS COMPLAINT)

JURY TRIAL REQUESTED

PARTIES:

1.)The plaintiff, Anthony garvin,now resides at Souza-Baranowski
Correctional Center,P.O.Box 8000,Mass 01464.

2.)On count one,the defendants are all of the defendants in the
above captioned matter and resides at 627 Randall Road,ludlow,Mass
01056-1079.

3.)The defendants,Commonwealth of Massachusetts,resides at one
ashburton place, Boston Mass 02108.

4.)On count two of this complaint,all of the defendants in the
above captioned matter are the same with the exception of the unknown
officer of the tower.

INTRODUCTION:

5.)This is a civil rights complaint pursuant to 42 U.S.C.,section
1983,G.L.C.258 Tort claim and M.G.L.A.12 section 11-H and I under
State and Federal Laws.

15.) On May 30,2003, the plaintiff requested to be moved to another jail for his safety.

16.) The request was made to defendant, Major Weldon, who gave a negative response to the plaintiff on June 3,2003. See(Exibit"C")

17.) Prior to the response of the defenedant Major Weldon, on June 2,2003, while the plaintiff was on his recreation time in a subday room, while handcuffed and shackled, another inmate, Timothy Zanetti, who was not in restraints and was not suppose to be out his cell brutally attacked the plaintiff in the unlocked subday room.

18.) The inmate, Timothy Zanetti, who was housed in cell 15, or 14 with another inmate, William Torres, who was being escorted by defendant, William Muldrow, from the shower area.

19.) The defendant William Muldrow, while escorting inmate Torres from the shower, radioed to the defendant, unknown officer, in the control tower and ordered the officer to open cell 14,or 15 before he could secure the front of the cell door and by doing so, allowed inmate Zanetti to run out and attack the plaintiff. See(Exibit"D")

20.) The defendant, Victor Kelly, placed inmate Torres into his cell, while defendant Muldrow restrained inmate Zanetti.

21.) The defendant, Muldrow ordered the plaintiff to return to his cell, which the plaintiff did.

22.) The plaintiff suffered injuries of a deep cut on his lower lip, which left a perminate scar, two bumps to the back of his head and trauma to his eye, which he went for several days without medical treatment.

23.) The plaintiff continuously requested medical treatment which was repeatedly denied to him by unit staff.

24.) Inmate Zanetti is a known gang member of one of the gangs mentioned in defendant, Lt. Juan Ramos' report. See(Exibit"A")

25.) The defendant, Lt.Korman, was the unit supervisor on the day of the incident.

26.) The defendant, Lt. Korman, had full knowledge of the plaintiff Mr. Garvin's status in protective custody and the likelihood of danger the plaintiff faced.

27.) The defendant, Lt.Cadigan, is a supervisor of the same unit C-2 who also had full knowledge of the plaintiff's status of protective custody and the likelihood of danger the plaintiff faced. He also played a roll in the plaintiff being placed on said status at the classification board hearing, which he is a part of.

28.)The defendant Lt. Juan Ramos, is the head supervisor of the unit the incident took place in, is a member of the same classification board and is on a gang task force, who had full and direct knowledge and involvement in the classification of the plaintiff placing him on a protective custody status and in fact was the on who brought the likelihood of danger to the classification board's attention.

29.)The defendant, <u>Deputy chief of security Kenney</u>, is a member of the same classification board, who also had full knowledge of the plaintiff's status and had full and direct involvement in the decision to place the plaintiff on a protective custody status and knew of the likelyhood of danger the plaintiff faced.

30.)The defendant, <u>the unknown officer in the tower</u>, had full control of all locking mechanisims and should have known of the plaintiff's status as well as the likelihood of danger.

31.)The defendant, <u>Sheriff Michael J. Ashe Jr.</u>, is the one in charge of the orderly running of the Hampden Copnty house of correction.

32.)The defendant, <u>Supt. Basil Tsgaris</u>, is responsible for the training and supervision of the officers and Lt.s and the actions to be taken once a violation has been discovered.

33.)The defendant, <u>Hampden county commissioner(s)</u>, oversees the orderly running of the employees of the Hampden county Sheriff's department.

34.)The defendant, <u>Commonwealth of Massachusetts,Et Al.</u>, had full knowledge of the plaintiff's status in the protective custody unit and the likelihood of danger the plaintiff faced and was made aware of the assault commited on the plaintiff by way of a motion for transfer filed by his trial attorney, which was denied as well ; by the plaintiff's demand letter on August 3 2004. See(Exibit"E"and"F") and nothing was done.

### STATEMENT OF FACTS ON COUNT TWO

35.)On, or about september1,2033, the defendant, <u>Hampden county sheriff Dept., Et Al.</u>, placed the plaintiff, <u>Anthony Garvin</u> into a double bunk cell in C-2, a gang/segregation/protective custody unit.

36.)Prior to this time, the plaintiff was housed in a single man cell, due to his protective custody status.

37.)Shortly after, defendant, <u>William muldrow</u>, placed inmate Omar Marrero into the cell with the plaintiff.

38.)All of the defendants knew, or should have known, that the plaintiff
was on the protective custody status due to alleged threats,
threats and the privious attack by another inmate who was a gang
member.

39.)All defendants knew, or should have known that Omar Marrero was
a La familia gang member, one of the gangs said to be interested
in harming the plaintiff, as well as the fact that Omar was a
government agent, or at least the possibility that he was a
government agent.

40.)The plaintiff was never informed of Omar Marrero's status, nor
was he asked if he were comfortable with being in the same cell,
with a member of a gang that already had one of their members
attack him.

41.)The defendants never attempted to remove the government agent
from the cell, nor the plaintiff dispite his request for such
action.

42.)The plaintiff had to deliberately get into trouble, so that he
would be removed from that cell with the government agent in it.

43.)The defendants, Lt. juan Ramos and the Commonwealth of Massachusetts
Et. Al., had previously used an excop who was an inmate to fabricate
a statement against the plaintiff, to further the commonwealths
criminal case against the plaintiff.

44.)Defendant, Lt.Juan Ramos, throughout the plaintiff's being housed
at the Hampden county house of correction, played a major roll
in the commonwealth obtaining witnesses against the plaintiff,
by placing inmates who were working for the commonwealth, into
the same unit and cell area as the defendant to obtain information,
then he would contact the D.A.'s office to set up a meeting,
which was held in his office in one instance.

45.)During Omar's being housed in the cell with the plaintiff, he
unlawfully searhed through the plaintiff's legal documents to
seize information about the circumstancies of the plaintiff's
criminal case for the benefit of the commonwealth as well as his
own.

46.)Omar Marrero had numerous oppertunities to do so, such as when
the plaintiff went to court,medical,visits and to use the phone
and shower.

47.)The defendant, the commonwealth of Massachusetts in turn did use inmate Marrero's testimony in the plaintiff's criminal case, which was founded on unlawfully obtained information, which inmate Marrero used to fabricate an alleged admission by the plaintiff, which played a major roll in the obtaining of a conviction on the plaintiff.

48.)Defendant Lt. Juan Ramos gave testimony to create an adverse inference to cooborate Marrero's testimony, whereas Marrero's own testimony rebutted Lt.Juan Ramos' testimony that,"legal documemts are held in a property room". Marrero stated that the plaintiff always took his legal documents with him whenever he left the cell.

49.)The defendants, <u>Victor Kelly, Lt.korman, Lt.Cadigan, Deputy chief of security Kenney, Et. Al.</u>, knew inmate Marrero's status as well as the plaintiff's status, disregarded the plaintiff's rights, requests for removal from the facility and his safety, by deliberately placing a government agent in the plaintiff's cell, in conspiracy and in conjunction with the government agent to obtain unlawful incriminating information.

## CLAIMS FOR RELIEF ON COUNT ONE

50.)The defendant, <u>Hampden County Sheriff's Department</u>, failed to provide adequate protection to the plaintiff while he was in a protective custody unit thereby entitling the plaintiff to a claim for relief under 42 U.S.C. section. 1983, for deprivation of the plaintiff's 8th Amendment rights of the U.S.constitution. They are being sued individually, collectively, in official capacity and in personal capacity.

51.)The defendant, <u>Major Weldon</u>, acted under color of law and violated the plaintiff's civil rights to safety with much deliberate indifference under 42 U.S.C. section.1983 and M.G.L.A. section 12, section 11-H and I, when the plaintiff grieved to be moved to another jail for better protection, thereby entitling the plaintiff compensatory relief for the violation of his 8th and 14th Amendment rights of the U.S.Const. He is being sued individually, collectively, in official capacity and personal capacity.

127, section 32, G.L.C 258, M.G.L.A. section 12 and 11-H and I.
All of the defendants are being sued individually, collectively,
in official capacity and in personal capacity.

59.) The defendants conspired to and in conjunction with a government
agent, committed slander, humiliation, defamation, fabricated
lies and violated the plaintiff's rights under the 1st, 4th, 5th,
8th and 14th Amendment rights under the U.S.CONST., entitling
the plaintiff to declaratory claim for relief under 42 U.S.C.A.,
section 1983.

60.) The plaintiff, Anthony Garvin, reserves his rights to amend this
complaint with the assistance of counsel, pursuant to civil rule
15a of state and federal rules of civil procedure.

*Signed under the pains and penalties of perjury*

*Anthony Garvin*
*Pro Se*
*Anthony Garvin*

RELIEF    REQUESTED *On Count One*

**WHEREFORE,** the plaintiff, Anthony Garvin, requests the
following relief:

A.) Declaratory Judgment stating the defendants,et al.,
did fail to protect the plaintiff in violation of
his Constitutional Rights.

B.) Punitive damages Ordering the defendants,et al.,to
make a substantial donation to the Boys And Girls
Club of Sprigfield,Mass.,in an amount that this
Honorable Court Deems Just.

C.) Compensatory damages in the amount of $500,000,Five
Hundred Thousand Dollars for the injuries,physical
trauma,mental anguish,cruel punishment the plaintiff
suffered as a result of the defendants,et al.,failure
to protect him with deliberate indifference, and
negligence.

  1.] Compensatory damages in the amount of $500,000,
  Five Hundred Thousand Dollars for the defendants
  failure to provide medical treatment to the
  plaintiff.

  2.] Compensatory damages in the amount of $100,000,
  One Hundred Thousand Dollars for the defendants
  ,Officer Muldrow, Officer Kelly,Major Weldon,
  deliberate indifference to the plaintiff's
  safety in protective custody.

D.) The Court grant relief that the Court Deems Justice.

E.) Order the defendants, et al., to pay filing fees,and
costs, and all attorney fees that this Court Deems
Just ,and proper.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: 4-15-5

ANTHONY GARVIN#W83481
PLAINTIFF-PRO-SE
P.O.BOX 8000
SHIRLEY, MASS 01464

RELIEF  REQUESTED *on Count Two*

**WHEREFORE,** the plaintiff, Anthony Garvin, requests the
following relief:

A.)Declaratory judgment stating the defendants,et al.,did
violate the plaintiff's 4th,5th,8th,14th Amendment rights
when they unlawfully acted with another by searching and
seizing information from the plaintiff's legal documents.

B.)Punitive damages Ordering the defendants,et al.,to make
a substantial donation to  a charitible orgination in an
amount that this Honorable Court Deems Just and Proper.

C.)Compensatory damages in the amount of$2.000,000.,Two
Million Dollars for the unlawful search and seizure of the
plaintiff's legal documents to commit slander and fabricate
information against the plaintiff to cause cruel punishment
to be issued against the plaintiff in violation of his rights
secured under the U.S. Constitution.

D.)The Court grant relief that the Court Deems Just.

E.)Order the defendants ,et al.,to pay filing fees,and costs,
and all attorney fees that this Court Deems Just,and Proper.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Dated: _4-15-5_                    _anthony ____._
                              ANTHONY GARVIN#w83481
                              Plaintiff-Pro-Se
                              P.O.BOX 8000
                              Shirley,Mass 01464

THE COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN COUNTY SHERIFF'S DEPARTMENT**

**AND CORRECTIONAL CENTER**

627 RANDALL ROAD

LUDLOW, MASSACHUSETTS 01056-1079



**MICHAEL J. ASHE, JR.**
SHERIFF

(413) 547-8000

To:    Deputy Chief of Security, AS. Kenney *JK*    *cc: SPFLD P.D. DET. PIOGGI*
From:  Lieutenant Juan Ramos
Date:  23 SEP 02
RE:    Felipe Santiago Homicide 22 SEP 02 – Springfield, MA

On 23 SEP 02 I received an outside telephone call at approximately 0800 in my office from a confidential informant (CI) in regards to the above mentioned homicide in Springfield. CI was with Santiago just minutes before shooting. CI states the following.
Santiago demanded from shooter that he not sell drugs on the "block". Shooter ignored Santiago's orders and continued selling. Santiago makes a call on a cell phone in front of the shooter asking that a couple of "brothers" come to his area with guns. As Santiago is making the call, the shooter pulls out his gun and shoots Santiago in the back of the head.

CI also indicates the following information.

There was a meeting last night at Morgan Park in Springfield. They used the darkest area of the park. The La Familia with the assistance of the Latin Kings will retaliate against the family of the shooter at Canon Circle in Springfield. No date has been set. There is another meeting planned for tonight to discuss retaliation – time and location unknown. CI feels it will be Morgan Park again at approximately 2100. CI will advise me on exact time and location later today. CI states that Rene Ortiz AKA Rene (5/13/74), living on Oakland Street, Springfield and Luis Rodriguez AKA Lindo Madness (7/27/72) living at a housing project in Chicopee are running the meetings and making the plans. There are La Familia members from Worcester, Lawrence, New York and Connecticut scheduled to be at this meeting. According to CI, more than likely they will use "outside" help for retaliation. They will have two roaming vehicles and two-way radios for communication while meeting is taking place. They will also have a car parked at the McDonald's (North End-Springfield) parking lot looking for any type of police presence or activity. CI indicated that vehicles have already been rented and they are planning on stealing other vehicles for future missions. CI will advise on plate numbers and make and model of vehicles as soon as possible. CI states that they are rushing to retaliate and are not thinking rationally. Prior to last nights meeting and for all future meetings a metal detector will be used on everyone attending the meetings.

End of report.

Respectfully submitted,

Lieutenant Juan Ramos #261

171

I turned Myself in 5-27-03

## Hampden County Jail and House of Correction

# INCIDENT REPORT FORM

(1) Information Only _____ ✓

(2) Inmate's Name: Nelson Aponte / Anthony Garvin

(3) Person Number: 123383 / 133065

(4) Inmate's Housing Assignment at Time of Occurrence: A1-35 / Q-004

(5) Date of Occurrence: 5/28/03     Time of Occurrence: 11:00 p

(6) Date Report is Completed: 5/28/03     Time Report is Completed: 2:00 p

(7) Incident Description (include staff and inmates involved, what occurred, where it occurred, when it occurred, how it occurred, and if known, why it occurred).

On above date & time inmate Aponte came into my office inquiring the whereabouts of inmate Bailey, when I asked why Aponte said because "he shot & killed my boy & I better not see him in here" Inmate Aponte has the victims named tatooed on his left forearm.

(8) Immediate Action Taken:

ATTN: All Shifts:

Review STATUS ON both Inmates

Copies to Intake/Orientation Unit

Sec. Unit / Transportation / Central Class.

Sworn To Under The Pains and Penalties of Perjury.

(9) Reporting Employees Signature: Andrew VanVay     Date: 5/28/03

Employees Identification Number: 2336     Time: 2:00 p

The following section is to be completed by the Supervisor.

(10) Is disciplinary action requested?     Yes_____     No_____

(11) Miranda Warning     Yes_____     No_____

(12) Supervisor's Signature: _____     Date: 5/31/03

Supervisor's Identification Number: 297     Time: 3C

Central Records- White     Department Director- Green     Special Operations- Yellow
Reporting Employee- Pink     Copy to _____ -Goldenrod

**HAMPDEN COUNTY SHERIFF'S DEPARTMENT
AND CORRECTIONAL CENTER**

INMATE REQUEST

To: _____

From: _Anthony Garvin_____     Person # _____
       Inmate Name

Date _5-30-03_   POD _C-2_   Cell _4_

Request _1 Really need to be transfer
ed to another jail My Case involved
a gang member + Myself am Not
Please help me get to NoRthhampton
I can live like this "Threats $ PC"

Inmates Signature: _Anthony Garvin_____

Received by: _____

_____ Sent to _____
STAFF RESPONSE Weldon  5/30/3

Approved ☐    Denied ☐    (state reason)

_You are in no danger where you
are now. If you want to go somewhere
else, write to them and if they take
you I will transport you there_

Employee Name/Title _ADS Weldon_____   Date _6/3/03_

WHITE - Unit File          YELLOW - Inmate          PINK - Kept by Inmate

HCHOC-0021 (3-Part) (9-4-92) (7-96) (167)

Hampden County Jail and House of Correction

# INCIDENT REPORT FORM

Cell #15

(1) Information Only

(2) Inmate's Name Timothy Zanetti , Anthony Garvin

Cell #4

(3) Person Number  130587          133065

(4) Inmate's Housing Assignment at Time of Occurrence  C2

(5) Date of Occurrence  6-2-03          Time of Occurrence  9:30 AM

(6) Date Report is Completed  6-2-03          Time Report is Completed  10:38 PM

(7) Incident Description (include staff and inmates involved, what occurred, where it occurred, when it occurred, how it occurred, and if known, why it occurred).

On 6-2-03 at about 9:30 am inmate timothy Zanetti ran out of cell #15 behind his roommate inmate Robert Santiago while doing the showers, then he attack inmate Anthony Garvin in the subday room I while inmate Garvin was on Rec time. Zanetti was throwing punches at Garvin, who Garvin was trying to move away from the punches. Myself and officer Victor kelly restrained inmate Zanetti laide him on the ground and Cuffed and shackled him an put him back in cell #15. Pod secure supervisor arived

(8) Immediate Action Taken:

Both Inmates were seen By medical

Inmate Zanetti moves To C-1 #9 By spec opt. Remaining no paws)

Sworn To Under The Pains and Penalties of Perjury.

(9) Reporting Employees Signature  William Muldur          Date  6-2-03

Employees Identification Number  0764          Time  10:38 m

The following section is to be completed by the Supervisor.

(10) Is disciplinary action requested?          Yes  ✓          No _____

(11) Miranda Warning          Yes _____          No _____

(12) Supervisor's Signature  _____          Date  6-2-03

Supervisor's Identification Number  115          Time  10:41 A

Central Records- White          Department Director- Green          Special Operations- Yellow
Reporting Employee- Pink          Copy to _____ -Goldenrod

HCHOC-0037 (5Part)

Hampden County          Incident Report

142

3.23.6

*Exhibit E*

| | | | | |
|---|---|---|---|---|
| **Involved:** | | **Firm Name:** | HAMP02 | |
| **Last Name:** | Orenstein | **First Name:** | James C | |
| **Address:** | 50 State Street | **Address:** | Hall of Justice | |
| **City:** | Springfield | **State:** | MA | |
| **Zip Code:** | 01103 | **Zip Ext:** | | |
| **Telephone:** | 413-747-1014 | **Tel Ext:** | | |
| **Fascimile:** | 413-781-4745 | **Representing:** | Commonwealth, (Plaintiff) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | FRAN02 | |
| **Last Name:** | Frank | **First Name:** | Donald W | |
| **Address:** | 95 State Street | **Address:** | 9th Floor Suite 918 | |
| **City:** | Springfield | **State:** | MA | |
| **Zip Code:** | 01103 | **Zip Ext:** | | |
| **Telephone:** | 413-733-2899 | **Tel Ext:** | | |
| **Fascimile:** | 413-731-6641 | **Representing:** | Garvin, Anthony (Defendant) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | | |
| **Last Name:** | Schubert | **First Name:** | Greg T | |
| **Address:** | 1365 Main Street | **Address:** | | |
| **City:** | Springfield | **State:** | MA | |
| **Zip Code:** | 01103 | **Zip Ext:** | | |
| **Telephone:** | 413-746-1313 | **Tel Ext:** | | |
| **Fascimile:** | 413-746-3102 | **Representing:** | Garvin, Anthony (Defendant) | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | | |
| **Last Name:** | Rubin | **First Name:** | Richard J | |
| **Address:** | 1365 Main Street | **Address:** | | |
| **City:** | Springfield | **State:** | MA | |
| **Zip Code:** | 01103 | **Zip Ext:** | | |
| **Telephone:** | 413-732-5100 | **Tel Ext:** | | |
| **Fascimile:** | 413-746-3102 | **Representing:** | Garvin, Anthony (Defendant) | |

## Calendar Events

18 Calendar Events for Docket: HDCR2002-00896

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|

| 05/27/2003 | 7 | Motion by Deft: to preserve evidence |
| 05/27/2003 |  | Motion (P#7) allowed (Tina S. Page, Justice) |
| 05/27/2003 | 8 | Motion by Deft: for fees for an investigator and motion to impound |
| 05/27/2003 |  | Motion (P#8) allowed (Tina S. Page, Justice) |
| 06/06/2003 | 9 | Notice of assignment of counsel filed. |
| 06/10/2003 | 10 | Motion by Deft: for remand to another facility |
| 06/10/2003 | 10 | Deft files affidavit in support of request to transfer to another |
| 06/10/2003 | 10 | facility |
| 06/16/2003 | 11 | Pre-trial conference report filed |
| 06/19/2003 |  | Motion (P#10) denied (Judd J. Carhart, Justice). |
| 07/18/2003 | 12 | Ex parte Motion by Deft: for fees forensic pathologist and motion to |
| 07/18/2003 | 12 | impound. |
| 07/18/2003 | 13 | Motion by Deft: for criminal records of Commonwealth witness and list |
| 07/18/2003 | 13 | of proposed Commonwealth witnesses. |
| 07/18/2003 | 14 | Motion by Deft: for witness reports - House of Corrections. |
| 07/18/2003 | 15 | Motion by Deft: for production of statements of the defendant. |
| 07/18/2003 | 16 | Motion by Deft: for statements of witnesses. |
| 07/18/2003 | 17 | Motion by Deft: for disclosure of deviation of witness statements. |
| 07/18/2003 | 18 | Motion by Deft: for disclosure of prior bad acts. |
| 07/18/2003 | 19 | Motion by Deft: for list of all people interviewed by the police or |
| 07/18/2003 | 19 | other Commonwealth agent regarding these crimes. |
| 07/18/2003 | 20 | Motion by Deft: for disclosure of defendants conduct that government |
| 07/18/2003 | 20 | intends to introduce at trial as implied admissions. |
| 07/18/2003 | 21 | Motion by Deft: for copies of daily activity/progress reports & |
| 07/18/2003 | 21 | special reports. |
| 07/18/2003 | 22 | Motion by Deft: to sequester the Commonwealth's witnesses. |
| 07/18/2003 | 23 | Motion by Deft: for autopsy report & medical records/notes/reports. |
| 07/18/2003 | 24 | Motion by Deft: disclosure of identification procedures. |
| 07/18/2003 | 25 | Motion by Deft: for examination of physical evidence. |
| 07/18/2003 | 26 | Motion by Deft: for exculpatory evidence - promises, rewards & |
| 07/18/2003 | 26 | inducements & other witness impeachment material. |
| 07/18/2003 | 27 | Motion by Deft: for photographs and videotapes/audio. |
| 07/18/2003 | 28 | Motion by Deft: for payment records. |
| 07/18/2003 | 29 | Motion by Deft: for incident report. |
| 07/18/2003 | 30 | Motion by Deft: to preserve police notes. |
| 07/18/2003 | 31 | Motion by Deft: for production of reports of scientific tests. |
| 07/18/2003 | 32 | Motion by Deft: for copies of property tags. |
| 07/18/2003 | 33 | Motion by Deft: for 911/turret tapes. |
| 07/21/2003 | 34 | Pleading list/ Agreement on Discovery motions |
| 07/21/2003 | 35 | Motion by Deft: to dismiss appointed attorney and for appointment of |
| 07/21/2003 | 35 | new attorney. N. 7/22/03 |
| 07/21/2003 |  | Motion (P#12) allowed (please see pleading) (Velis, J.) |

*Handwritten annotations:* "Motion for Transfer", "Transfer Denied"

Commonwealth of Massachusetts

Complaint (Demand letter)

Pursuant to M.G.L.c.258



RECEIVED
AUG 0 9 2004
OFFICE OF THE ATTORNEY GENERAL
EXEC / CORRESPONDENCE UNIT

Attorney Generals Office
One Ashburton Place
Boston Ma 02108

Anthony Garvin
S.B.C.C
P.O. Box 8000
Shirley Ma 01464

Dear Mr Reilly

While at Hampden County House of Correction in protective custody, in a gang block, I was attacked by another inmate, who should have been locked in his cell. I should have been secure in the sub-day room while on recreation, in handcuffs and shackles.

Due to the negligence of prison officials despite my status I was not protected, as I was previously told by officials that I would be. I suffered two lumps on the back of my head and a split lip, which left a scar.

I am demanding compensation for the negligence that caused my injuries, resulting in me having a permanent scar and the violation of my 8th amendment rights.

I am requesting compensation in the amount of One Million Dollars. $1,000,000.oo

Signed under the pains and penalties of perjury.

RECEIVED
AUG 10 2004
ATTORNEY GENERAL'S OFFICE
TRIAL DIVISION

Respectfully Yours

Anthony Garvin

Date: 8-3-4

Commonwealth of Massachusetts

Complaint (Demand Letter)

Pursuant to M.G.L.c.258

Attorney Generals Office
One Ashburton Place
Boston Ma 02108

                                        Anthony Garvin
                                        S.B.C.C
                                        P.O. Box 8000
                                        Shirley Ma 01464

Dear Mr Reilly

    I was at Hampden County House of Correction in a gang unit, for reasons surrounding my case and La Familia Gang members and alleged threats of "Retaliation".

    The county prison officials put a known gang (La-Familia) / commonwealth agent in my cell without telling me of his status. That is known to these prison officials.

    This commonwealth Agent/informant, a La Familia gang member took this opportunity to read my legal documents and other mail, to fabricate a statement that I made a confession to him. He testified at trial and his testimony helped influence the Jury to obtain a guilty verdict.

    Had these officials for the second time not been negligent in their duties, I would not have been un-protected under my 8th amendment rights and M.G.L.c.258 rights. I am demanding compensation in the amount of two hundred million dollars. $200,000,000.oo

                                        Respectfully Yours

                                        Anthony Garvin
                                        Date; 8-3-4



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

August 19, 2004

Michael J. Ashe, Jr., Sheriff
**Hampden County Sheriff's Department**
627 Randall Road
Ludlow, Massachusetts   01056

| Re: | **Claim of:** | Anthony Garvin |
|-----|---------------|----------------|
|     | **Presentment Letter Dated:** | August 3, 2004 |
|     | **Date Of Incident:** | August 3, 2004 |

Dear Sheriff Ashe:

I am enclosing the presentment letter referenced above which we received in this Office on August 10, 2004.

Would you please investigate this claim and notice this Office of the results in accordance with the Attorney General's Presentment Procedures for Agencies of the Commonwealth. (June 30, 2001). Thank you for your cooperation in this matter.

Sincerely,

*Susan Gaeta*

Susan Gaeta
Presentment Coordinator
(617) 727-2200 x 3343

Enclosures
cc:     Anthony Garvin

42 U.S.C.A. S 1983

## UNITED STATES CODE ANNOTATED
### TITLE 42. THE PUBLIC HEALTH AND WELFARE
### CHAPTER 21--CIVIL RIGHTS
### SUBCHAPTER I--GENERALLY
**Copr. C West Group 2000. No claim to orig. U.S. Govt. Works**

Current through P.L. 106-274, approved 9-22-2000

§ 1983. Civil action for deprivation of rights

 Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.  For the purposes of this section, any Act of Congress
applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Anthony GARVIN

## DEFENDANTS
Hampden County Sheriff Dept ET AL, Commonwealth of Massachusetts, LT Juan Ramos, LT (First unknown) Kirman, LT (First unknown) Cadigan, Pius Other Defendants

**(b)** County of Residence of First Listed Plaintiff    Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Hampden County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question (U.S. Government Not a Party) |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☒ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 | Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Failure to Protect (Count One)

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ SEE
1 Million + 100,000 Complaint + in Total    JURY DEMAND: ☒ Yes ☐ No
CHECK YES only if demanded in complaint:

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE    DOCKET NUMBER

DATE    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

%JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** *Anthony Garvin*

**DEFENDANTS** *Hampden County Sheriff Dpt et al, Commonwealth of Massachusetts, LT Juan Ramos, LT (First Name unknown) Korman, LT (First name Unknown) Cadigan, Plus other Defendants*

APPENDIX B  CIVIL COVER SHEET

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed *Hampden County*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) *Pro se*

Attorneys (If Known)

*05 - 30102 - MAP*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | **PERSONAL INJURY** ☐ 362 Personal Injury— Med. Malpractice ☐ 365 Personal Injury— Product Liability ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 660 Occupational Safety/Health | ☐ 820 Copyrights ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

*Failure to protect, And other Civil rights violations (count two)*

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** *See Complaint 2 million*
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No
*injunctive relief Requested*

## VIII. RELATED CASE(S) IF ANY
(See instructions):
*(other Complaint please consolidate Complaints)(on Trial)*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C   LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) *Anthony Garvin (Plaintiff)*
*VS. Hampden County Sheriff's Dept ET AL (Defendant's)*

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

___     I.      160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

✓     II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

___     III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

___     IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

___     V.      150, 152, 153.       05 - 30102 - MAP

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

                                                    YES ☐      NO ☑

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC §2403)

                                                    YES ☐      NO ☑

IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                    YES ☐      NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

                                                    YES ☐      NO ☑

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                    YES ☐      NO ☐

    A.    IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

          EASTERN DIVISION ☐          CENTRAL DIVISION ☐          WESTERN DIVISION ☐

    B.    IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
          GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

          EASTERN DIVISION ☐          CENTRAL DIVISION ☐          WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME   *Pro Se, Anthony Garvin*

ADDRESS   *SBCC P.C. Box 8000 Shirley, Mass 01464*

TELEPHONE NO.   *(Incarcerated)*

(AppendixC.wpd - 11/27/00)