**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Garvin | 05-30102-MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer William Muldrow | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hampden County House of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
627 Randall Road, Ludlow, MA 01056-1079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin W83491
P.O. Box 8000
Shirley, MA 01464

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Anthony Garvin  Pro Se
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 5/1/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Dan W. Spell | 5/1/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Capt Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/4/05  Time: 10:15 am

Signature of U.S. Marshal or Deputy: Dan W. Spell

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| — | — | — | — | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Garvin | 05-30102-MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Supt Basil Tsagaris | Civil |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hampden County House of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
627 Randal Road, Ludlow Mass 01056-1049

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin W83481
PO Box 8000
Shirley, MA 01464

| Number of process to be served with this Form - 285 | ? |
|---|---|
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | ? |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
X Anthony Garvin Pro Se

TELEPHONE NUMBER: 9:30
DATE: 5-1-5

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: David W. Spell
Date: 5/16/05

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Capt. Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/6/05
Time: 10:15 pm
Signature of U.S. Marshal or Deputy: David W. Spell

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| — | — | — | — | | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Garvin | 05-30102-MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sheriff Michael J. Ashe Jr. | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Hampden County House of Correction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 627 Randall Road, Ludlow MASS 01056-1079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin # W83481
SBCC
P.O. Box 8000
Shirley, MA 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

Anthony Garvin Pro Se

TELEPHONE NUMBER: —
DATE: 5-1-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/4/05 |
|---|---|---|---|---|---|
| | 1 | | | David W. Spell | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Capt. Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/6/05   Time: 10:15 am

Signature of U.S. Marshal or Deputy: David W. Spell

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| — | — | — | — | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF  Anthony Garvin | COURT CASE NUMBER  05-30102-MAP |
| DEFENDANT  LT Juan Ramos # 261 | TYPE OF PROCESS  Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hampden County House of Correction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 627 Randall Road Ludlow, Mass 01056-1079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin W83481
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Anthony Garvin  Pro Se
TELEPHONE NUMBER: 30
DATE: 5-1-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk  Dan W. Spelly | Date 5/6/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Capt. Kavanaugh Intake Supervisor

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/6/05
Time: 10:15 am/pm

Signature of U.S. Marshal or Deputy
Dan W. Spelly

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| — | — | — | — | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/5/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Garvin | 05-30102-MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Deputy Chief of Security Kenney | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hampden County House of Correction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 627 Randall Road, Ludlow, Mass 01056-1079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin #W83481
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Anthony Garvin  Pro Se
DATE: 5-1-5

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | David W. Spelly | 5/11/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Capt. Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/6/05
Time: 10:15 am/pm
Signature of U.S. Marshal or Deputy: David W. Spelly

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| — | — | — | — | | |

REMARKS:

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Anthony Garvin | 05-30102-MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LT Korman #115 | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
: Hampden County House of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
: 627 Randall Road, Ludlow, Mass 01056-1079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin #W83481
SBCC
P.O. Box 8000
Shirley, MA 01464

| Number of process to be served with this Form - 285 | 2 |
|---|---|
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | ? |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Anthony Garvin Pro Se
DATE: 5/1/05

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 31 | 38 | David W. Spelly | 5/4/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Capt. Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 7/6/05   Time: 10:15 am

Signature of U.S. Marshal or Deputy: David W. Spelly

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| — | — | — | — | | | |

REMARKS:

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Anthony Garvin

**COURT CASE NUMBER:** 05-30102-map

**DEFENDANT:** Officer Victor Kelly

**TYPE OF PROCESS:** (illegible)

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Hampden County House of Corrections

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** 627 Randall Road, Ludlow, Mass 01056-1079

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Anthony Garvin W83481
SBCC
P.O. Box 8000
Shirley, MA 01464

- Number of process to be served with this Form - 285: ?
- Number of parties to be served in this case: 13
- Check for service on U.S.A.: ?

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**Signature of Attorney or other Originator requesting service on behalf of:** Anthony Garvin — Pro Se — ☒ PLAINTIFF  ☐ DEFENDANT

**DATE:** 5/1/05

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 3P | District to Serve No. 3P | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 3P | 3P | David W. Spell | 5/1/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):** Capt Kavanaugh Intake Supervisor

**Date of Service:** 7/6/05
**Time:** 10:15 am

**Signature of U.S. Marshal or Deputy:** David W. Spell

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| — | — | — | — | | |

**REMARKS:**

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Anthony Garvin | **COURT CASE NUMBER** 05-30102-MAP |
| **DEFENDANT** Hampden County Sheriffs Dept. | **TYPE OF PROCESS** Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Hampden County house of Corrections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 627 Randal Road, Ludlow MASS 01056-1074

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin W83481
SBCC
P.O. Box 8000
Shirley, MA 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | ? |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☑ PLAINTIFF   ☐ DEFENDANT
Anthony Garvin Prose
TELEPHONE NUMBER:
DATE: 5-1-5

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/4/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Capt. Kavanagh Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/6/05   Time: 10:15 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| — | — | — | — | | | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Anthony Garvin (?) | COURT CASE NUMBER: 05-30102-MAP |
| DEFENDANT: Unknown Officer in The Tower | TYPE OF PROCESS: Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Hampden County House of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 627 Randal Road, Ludlow MA 01056-709(?)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Anthony Garvin W83481
SBCC
PO Box 8000
Shirley MA 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Anthony Garvin Pro Se  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: —    DATE: 5/1/05

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 38 | 38 | W. Kelly | 5/11/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Capt. Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/6/05    Time: 10 am

Signature of U.S. Marshal or Deputy: W. Kelly

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| — | — | — | — | | | |

REMARKS:

---

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Anthony Garvin | COURT CASE NUMBER: 05-30102-MAP |
| DEFENDANT: Lt. Cadigan | TYPE OF PROCESS: Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Hampden County House of Corrections

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 627 Randal Road, Ludlow, Mass 01056-1079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Anthony Garvin W83481
SBCC Box 8000
Shirley, MA 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Anthony Garvin, Pro se
☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: —
DATE: 5/1/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | [signature] | 5/1/05 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Capt. Kavanaugh, Intake Supervisor

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 7/6/05
Time: 10:15 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** Anthony Garvin

**COURT CASE NUMBER:** 05-30102-map

**DEFENDANT:** Major Weldon

**TYPE OF PROCESS:** Civil

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Hampden County House of Corrections

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** 627 Randal Road Ludlow Mass 01056-1079

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Anthony Garvin W83451
SBCC
P.O. Box 8000
Shirley, MA 01464

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 13
- Check for service on U.S.A.: ?

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

X Anthony Garvin Pro se

**DATE:** 5/31/05

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: David W. Apelly
Date: 5/14/05

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):** Capt. Kavanaugh, Intake Supervisor

**Date of Service:** 7/6/05  **Time:** 10:15 am

Signature of U.S. Marshal or Deputy: David W. Apelly

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| — | — | — | — | | |

**REMARKS:**

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/81)