UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY GARVIN
    PLAINTIFF,

V.

HAMPDEN COUNTY SHERIFF'S DEPT
ET.AL.,
    DEFENDANTS.

CIVIL ACTION NO.05-30102-MAP

## REQUEST TO ENTER DEFAULT

To: Clerk of the United States District Court for the district of Massachusetts.

    I am respectfully requesting that you enter the default of the defendant **The Unknown Officer In The Tower,** for failure to plead or otherwise defend as provided by the United States District Court of Massachusetts rules of civil procedure, as appears from the attached affidavit of the plaintiff Anthony Garvin pro-se.

DATED: AUGUST 15, 2005

                                          ANTHONY GARVIN PRO-SE
                                          #W83481
                                          S.B.C.C.
                                          P.O.BOX 8000
                                          SHIRLEY, MA 01464

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ANTHONY GARVIN :
    PLAINTIFF, :
                                                       : CIVIL ACTION NO.05-30102-MAP
V. :
HAMPDEN COUNT SHERIFF'S DEPT ET.AL:
    DEFENDANTS. :

### AFFIDAVIT FOR REQUEST TO ENTER DEFAULT

<u>COUNTY OF HAMPDEN</u>                         :     SS

<u>COMMONWEALTH OF MASSACHUSETTS</u>    :

Plaintiff Anthony Garvin, being duly sworn deposes and says:

1. That he is a pro-se litigant in the above captioned matter.
2. That the defendant The Unknown Officer In The Tower was served with a copy of the summons and complaint as appears from the docket report number 5, filed on 7-07-05 entered by Finn, Mary.
4. That the defendant The Unknown Officer In The Tower pursuant to the answer of the defendants and demand for jury trial's introduction sentence, has failed to file, serve an answer or take any other action as may be permitted by law although more than 39 days have elapsed since the date of service. EXHIBIT A
5. Said summons and complaint was served by the office of the U.S. marshals, thus the plaintiff is not responsible for the service of said summons and complaint, but gas completed the proper forms to prosecute the matter .
6. The entry states that the service was executed.
7. The docket report is on file at the clerks office.
8. The defendant The Unknown Officer In The Tower's answer is highly matterial to this matter.

9. The Defendant The Unknown Officer In The Tower is being defended by Edward J. McDonough Jr. who also represents the other defendants and therefore there is no logical reason that the attorney has not or can not have the unknown officer in the tower to answer this complaint.

DATED AUGUST 15, 2005

*[signature]*
ANTHONY GARVIN PRO-SE
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA 01464

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
DATED AUGUST 15, 2005

*[signature]*
ANTHONY GARVIN PRO-SE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN,
LT. JUAN RAMOS,
LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW,
OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

**ANSWER OF DEFENDANTS AND DEMAND FOR JURY TRIAL.**

Now come the defendants in the above-captioned matter except for "The Unknown Officer in the Tower" and by way of response to the numbered paragraphs of the Complaint state:

1. There is insufficient information to form a belief of the truth of the allegations of this numbered paragraph of the complaint.

2. Defendants admit that the defendants, Tsgaris, Kenney, Weldon, Korman, Ramos, Cadigan, Muldrow, and Kelly are public employees of the Commonwealth of Massachusetts, and that Michael Ashe, Jr. is the sheriff of Hampden County and an employee, official and officer of the Commonwealth, and that the Hampden County Correctional Center is located at 627

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ANTHONY GARVIN

PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPARTMENT ET.AL.,

DEFENDANTS

CERTIFICATE OF SERVICE

I, Anthony Garvin, Pro-Se plaintiff hereby certify that a copy of the enclosed and attached documents for request to enter default and supporting affidavit were served this date August 17 A.A., 2005 via United States mail, postage prepaid upon the defendant's attorney Edward J. McDonough Jr. at 67 Market street P.O.BOX 9035 spfld, ma 01102-9035.

Date AUGUST 15, 2005

*Anthony Ga—*
ANTHONY GARVIN PRO-SE
S.B.C.C.
P.O.BOX8000
SHIRLEY, MA 01464

Due to obtaining copies Late Mailed out wensday the 17th of August, 2005 *Anthony Ga— pro-se*