Anthony Garvin
S.B.C.C.
P.O.BOX 8000
SHIRLEY, MA 01464

Edward J. McDonough, Jr.
67 Market street
P.O.BOX 9035
SPFLD, MA 01102-9035

RE: Garvin V. Hampden County Sheriff's Dept et al
    United States District Court No. 05-30102-MAP

Dear Mr. McDonough,

You have yet to request any discovery, so I'm writing pursuant to F.R.C.P Rule 26.1(a) requesting that you informally forward to me any requests for discovery that you may have and I will kindly and promptly respond to the best of my capability or notify you of any of your requests that I can not provide you with. In return I ask that you do the same, you already have in your possession copies of my first set of Interrogatories and production for documents request, which was mailed to you on 8-13-05. I have gotten no response from you to date.

Thank you for your anticipated prompt response

                                        Respectfully requesting

                                        [signature]
DATE 9-16-05                            Anthony Garvin PRO-SE

c.c.: File and
United States District Court Clerk

Mailed on 9-16-05  [signature] Anthony