UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

<u>CIVIL ACTION NO. 05-30102-MAP</u>

ANTHONY GARVIN

PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPARTMENT ET.AL.,

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

Now comes the plaintiff Anthony Garvin, Pro-Se in the above matter and respectfully requests this honorable court to appoint an attorney to litigate the above matter. In support of said motion the plaintiff states the following:

1. I Anthony Garvin am not qualifide to litigate this matter properly without the assistance of counsel.

2. My status of indigency has not changed and is already docketed in your court.

3. The defendants in this matter will not meet with me. because I'm a Pro-Se litigant.

Date 11-28-05

*[signature]*
ANTHONY GARVIN PRO-SE

W83481

S.B.C.C

P.O.BOX 8000

SHIRLEY, MASS 01464

CERTIFERCATE OF SERVICE

I, Anthony Garvin hereby certify that I have caused to be mailed postage prepaid by first class mail the enclosed motion to appoint counsel to Edward McDonough of 67 Market street P.O.BOX 9035 Springfield. Mass 01102-9035.

Signed under the pains and penalties of perjury this 29th day of november of 2005.

*/s/ Anthony Garvin*

Anthony Garvin Pro-se

W83481

S.B.C.C

P.O.BOX 8000

SHIRLEY, MASS 01464