UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30102-MAP

GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT ET.AL..
DEFENDANTS

Pursuant to Federal laocal rule 16.1(D) joint statement, the plaintiff offers the following as his suggestions for discussion to be discussed at the schedule conference set for January 12,2006.

1. The plaintiff proposes that all motion be filed before or by march 12,2006.
2. The plaintiff proposes that all agreed upon and, or ordered discovery, be disclosed before or by April 12,2006.
3. The plaintiff hereby states that I desire phase discovery.
4. The plaintiff does not agree to trial by a Magistrate Judge.

CERTIFERCATION

The plaintiff pursuant to local Rule 16.4(b) states, at every conference up until trial, or by mail, that settlement nagotiations will be welcomed, however the plaintiff states that each proposal will be offered only once.

Pursuant to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation the plaintiff states due to his indigency he will leave this to the defense, while reserving the right to review any suggested budgets to obtain any notification of any effects of said budget.

Date 12-8-05

*[signature: Anthony Garvin]*
ANTHONY GARVIN PRO-SE
S.B.C.C
P.O.BOX 8000
Shirley,Ma 01464

Page 2

PLAINTIFF'S PROPOSAL PURSUANT TO LOCAL RULE 16.1(c)

1. An admission that the defendants did fail to protect the plaintiff under count one of the complaint, thus violating the plaintiff's rights. (Nonnagotiable)

2. An admission that the defendants did fail to protect the plaintiff under count two of the complaint deliberately inorder to unlawfully act with another in conspiracy to place another into a cell with the plaintiff inorder to illegally search and seize information, obtain information and fabricate an admission to be used and presented to a court of law in a criminal proceeding, inorder to obtain a conviction on the plaintiff. (Nonnagotiable)

3. By doing so the defendants did violate the plaintiff's rights pursuant to the United States Constitution and Massachusetts Declaration of rights as well as his rights pursuant to the Mass.General.Laws.(Nonnagotiable)

4. Agree to pay monitary damages in the amount of (.40¢) fourty cent on every dollar of relief requested in both couts of the complaints. Which the defendants are to set up several accounts with said money at the plaintiff's discretion.(open for discussion)

5. Agree to pay any and all taxes that have to be paid for the money paid if agreed to be paid.(open for discussion)

The plaintiff agrees to the proposal above as it is written, and signs below as his sign of agreement.

Date 12-7-05

*Anthony Ja—*
Anthony Garvin Pro-Se
S.B.C.C
P.O.BOX 8000
SHIRLEY,MA 01464

Date

Edward J. McDonough,Jr.
counsel on behalf of
the defendants

Page 3

## CERTIFERCATE OF SERVICE

I Anthony Garvin, hereby certify that I have caused a copy of the foregoing document, Plaintiff's attempt to confer pursuant to Rule 16.1 to be served on Edward J. McDonough Jr. counsel for the defendants at 67 Market Street P.O.Box 9035 Springfield, Ma 01102-9035, by first class mail postage prepaid this 14th day of December, 2005.

*[signature]*
ANTHONY GARVIN PRO-SE

S.B.C.C
P.O. BOX 8000
SHIRLEY, MA 01464

12-14-5

*[signature]*

PAGE 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.05-30102-MAP

GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT
ET.AL., DEFENDANTS

This is the plaintiff's attempt to confer pursuant to notice of scheduling conference received 12-3-05 and Local Federal Rule 16.1.

Pursuant to 16.1(b) Obligation of counsel to confer: The plaintiff states as follows:

1. Previously disclosed on August 13, 2005, Request For Production Of Documents, which has not been responded to, is a matter to be discussed at said conference on January 12, 2006.

2. Previously disclosed on August 13, 2005, First Set Of Interrogatories which has not been responded to, is a matter to be discussed.

3. Regarding the preperation of a proposed pretrial schedule, which includes a plan for discovery, the plaintiff has disclosed his proposal herein on page two.

4. Pursuant to Local Rule 16.1(c) the plaintiff states that a proposal has been disclosed herein on page three.

Date 12-7-05

Anthony Garvin Pro-Se
S.B.C.C
P.O.BOX 8000
Shirley,Ma 01464

Page 1

To:
Dept Clerk Bethaney A. Healy &
Kenneth P. Neiman
U.S. Magistrate Judge
U.S. District Court
Office of the Clerk
U.S. Courthouse
1550 Main Street
Spfld, MA 01103

12-14-5

Re: Garvin V. Hampden County Sheriff's Dept Et Al.,
No. 05-30102-MAP

Dear Clerk Healy,

Please find enclosed a copy of the plaintiff's attempt to confer pursuant to 16.1(b) offer to the defenses counsel of his (plaintiff's) portion of a Joint Statement pursuant to 16.1(d) and Certification pursuant to 16.4(b). Also a copy of a settlement proposal pursuant to 16.1(c). All of the Federal Local Rules of civil proceedure.

The plaintiff requests that the conference set to be held on January 12, 2006, be audio recorded or transcribed.

Respectfully Submitted,

Anthony Garvin

Anthony Garvin, pro-s:
W83481
S.B.C.C
P.O. Box 8000
Shirley, MA 01464

C.C. File