AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**APPEARANCE**

Case Number: 05-30102-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants.

1-12-2006
Date

Signature: Kevin D. Withers

Print Name: Egan, Flanagan & Cohen, P.C
Address: 67 Market St., P.O. Box 9035
City: Springfield   State: MA   Zip Code: 01102-9035
Phone Number: 413, 737-0260