UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY GARVIN,            )
       Plaintiff     )
                     )
v.                         )    Civil Action No. 05-30102-KPN
                     )
                     )
                     )
HAMPDEN COUNTY SHERIFF'S   )
DEPT. et al.,              )
       Defendants    )

## SCHEDULING ORDER
January 12, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by March 31, 2006.

2. Non-expert depositions shall be completed by May 31, 2006.

3. The parties shall appear for a case management conference on July 20, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                 /s/ Kenneth P. Neiman
                                                 KENNETH P. NEIMAN
                                                 U.S. Magistrate Judge