1-23-06

Kenneth P. Neiman
Magistrate Judge
U.S. District Courthouse
1550 Main street
Spfld, Ma 01103

Re: Garvin V. Hampden County Sheriff's Dept Et.Al.,
   No.05-30102-MAP/KPN

Dear Honorable Judge Neiman,

   This letter is regarding the scheduling order issued by you from the conference on January 12, 2006.

1. It appears that the letters on the case number has been changed to KPN. Is this permanent?
2. It appears that number one of your order is ordering me to provide written discovery by March 31, 2006, when I asserted my exemption under Rule 26(1)(E)(iii). I should be held to Rule 26(a)(3) concerning written discovery. Also pursuant to the agreement of both parties, March 31, 2006 is the dead line for service of the Interrogatories and rquests for production of documents, not written discovery. This may have been a mistake. If so, please issue a correct order.
3. During the conference the proposal was never discussed. Therefore it is being understood as a rejection by the defendants. Therefore the plaintiff is retracting said proposal and is offering another, which is enclosed.

                                   *Anthony Garvin* (signature)
                                   ANTHONY GARVIN PRO-SE
                                   S.B.C.C
                                   P.O. BOX 8000
                                   SHIRLEY, MA 01464

c.c: File and
     Edward J. McDonough Jr.

PLAINTIFF'S SECOND PROPOSAL

1. An admission that the defendants did fail to protect the plaintiff under count one of the complaint, thus violating the plaintiff's rights.(Nonnagotiable)

2. An admission that the defendants did fail to protect the plaintiff under count two of the complaint deliberately in order to unlawfully act with another in conspiracy to place another into a cell with the plaintiff in order to illegally search and seize information, obtain information and fabricate an admission to be used and presented to a court of law in a criminal proceeding, in order to obtain a conviction on the plaintiff.(Nonnagotiable)

3. An admission, that by doing so the defendants did violate the plaintiff's rights pursuant to the United States Constitution and Massachusetts Declaration of Rights as well as his rights pursuant to the Mass.General.Laws.(Nonnagotiable)

4. Agree to pay monitary damages in the amount of (.60¢) sixty cent on every dollar of relief requested in both counts of the complaint, which the defendants are to set up several accounts with said money at the plaintiff's discetion.(open for discussion)

5. Agree to pay any and all taxes that have to be paid for the money paid to the plaintiff by the defendants.(Open for discussion)

   The plaintiff agrees to the proposal above as it is written. And signs below as his sign of agreement.

Date 1-23-06

*Anthony [signature]*
Anthony Garvin Pro-Se
S.B.C.C

                                            P.O. BOX 8000
                                            Shirley, Ma 01464

The attorney for the defendants signs below if his clients agrees to this proposal.

Date_____                                    _____
                                            Edward J. McDonough Jr.
                                            Counsel on behalf of
                                            the defendants