UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

FILED
IN CLERK'S OFFICE

2006 MAR 22  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY GARVIN
PLAINTIFF,
V.
HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

## MOTION FOR TRANSCRIPT

Now comes the plaintiff, Anthony Garvin Pro-Se in the above captioned matter and moves this honorable court to produce a copy of the January 12th, 2006 scheduling conference hearing free of charge due to the plaintiff's indigent status. Said transcript is necessary for the plaintiff to perfect his motion to compel discovery pursuant to FED.R.CIV.P. 37 concerning a violation of FED.R.CIV.P 26.

The plaintiff states the following in addition to his affidavit and exhibits attached to support this motion:

1. The Defendants proposed a disclosure date for Rule 26(a)(1).

2. The Defendants therefore stipulated to said disclosure.

3. The Defendants therefore waived any claims of exemption to Rule 26(a)(1).

4. The Defendants now claim exemption, which should have been asserted at the scheduling conference.

5. Said undisclosed discovery is important to prepare and prosecute this case.

Wherefore:

1. The plaintiff prays that this motion be allowed free of charge. Also see M.L.B. V. S.L.J. 519 U.S. 102, 136 LED 2d 473, 117 S.ct 555

2. The plaintiff states that no one will be prejudiced by the allowance of this motion.

Signed under the pains and penalties of perjury

Date 3-20-06

_____
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

## Certificate of Service

The plaintiff Anthony Garvin here by certifies that a copy of the foregoing documents have been served on the Defendants attorney Edward J. McDonough Jr. at 67 Market Street Spfld, Ma 01102 on 3-20-06.

_____
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
No.05-30102-MAP

FILED
IN CLERK'S OFFICE

2006 MAR 22 A II: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF MOTION FOR TRANSCRIPT

I Anthony Garvin hereby swear according to law being duly sworn deposes and says,

1. On or about January 3, 2006 the Defendants proposed that 21 days after the scheduling conference of January 12 of 2006, that required automatic discovery be disclosed pursuant to Fed. R.CIV.P.26(a)(1). See Exhibit A

2. At the January 12, 2006 scheduling conference, the Plaintiff stated to the effect that he agreed with the dates proposed by the defendants, but that his only objection was that he was claims exemption to FED.R.CIV.P 26(a)(1) under 26(a)(1)(E)(iii).

3. The honorable court stated that he would have to look in the book to confirm the claim of exemption.

4. While the honorable court was doing so he asked the defense cousel whether or not the plaintiff was in fact right, which defense counsel answered "I dont Know".

5. At no time did counsel claim exemption.

6. After violating the agreement the plaintiff attempted to hold

a phone conference with the defense counsel concerning the failure to disclose under rule 26 as well as other failures to disclose to date. See Exhibit B

7. On March 16, 2006 I called Mr. McDonough Jr.'s office for said conference and was told that said conference was not going to happen and that a letter was sent to me about the non disclosure. See Exhibit C

8. The defendants now claim exemption from Rule 26(a)(1).

9. The transcript of the hearing is necessary to prove that the defendants waived any claim of exemption and stipulated to the dates proposed. Also so that I may move to compel disclosure.

Signed under the pains and penalties of perjury

Date 3-20-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR., HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS, SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN, LT. JUAN RAMOS,
LT. (FIRST NAME UNKNOWN) CADIGAN, OFFICER WILLIAM MULDROW,
OFFICER VICTOR KELLY AND THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

**DEFENDANTS' PROPOSED PRETRIAL SCHEDULE.**

Pursuant to the Notice of Scheduling Conference, dated December 2, 2005, the defendants hereby propose the following Pretrial Schedule:

1. Within twenty-one (21) days after the Scheduling Conference, each party will make the Automatic Disclosures required by Fed.R.Civ.P. 26(a)(1).

2. The parties will serve interrogatories and requests for production of documents no later than March 31, 2006.

3. The parties will serve notices of depositions and requests for admissions no later than May 31, 2006.

4. All depositions and other discovery will be completed no later than June 30, 2006.

5. Motions for Summary Judgment will be filed, if at all, by September 29, 2006.

6. Final Pretrial Conference, if necessary, shall be scheduled for November 30, 2006.

FOR THE DEFENDANTS,<br>
By Their Attorney<br>
<br>
Edward J. McDonough, Jr., Esq.<br>
EGAN, FLANAGAN AND COHEN, P.C.<br>
67 Market Street - Post Office Box 9035<br>
Springfield, MA 01102<br>
(413) 737-0260; Fax: (413) 737-0121<br>
BBO# 331590

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.4

Pursuant to the Notice of Scheduling Conference, dated December 2, 2005, defendants' counsel hereby affirms that he has conferred with the defendants regarding establishing a budget for the costs of conducting litigation and resolution through alternative dispute resolution procedures.

The Defendants By Their Attorney

Edward J. McDonough, Jr., BBO# 331590
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

### CERTIFICATION

I hereby certify that the defendants and their counsel have conferred as stated above.

Michael J. Ashe, Jr.

### CERTIFICATE OF SERVICE

_____ hereby certifies that on / /31/06, I have caused the aforementioned document to be served on all parties to this action by mailing a copy of same first-class mail, postage prepaid to the Plaintiff Anthony Garvin, S.B.C.C. P. O. Box 8000, Shirley, MA 01464

MARCH 11, 2006

<u>Plaintiff's Request for phone conference</u>

Re: Defendant's noncompliance to Rule 26

Dear Mr. McDonough Jr.,

Pursuant to our agreement on proposed pretrial scheduling, you proposed that 21 days after the scheduling conference automatic discovery required by Fed.R.Civ.P. 26(a)(1) will be disclosed. To date you have failed to abide by this Rule of the court and or our agreement, which you were aforded seven extra days to comply.

You are 38 days late as of 3-11-06. I hereby request a phone conference on March 16th of 2006 between 10:00 am and 10:30 am, at which time I will demand that you comply with Fed.R.Civ.P. Rule 26 by March 31 of 2006 or I will be forced to request sanctions and intervention by the United States District court pursuant to Local rule 37.1.

Thank you for your anticipated prompt response.

Date  3-11-06

_Anthony H_____
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

C.C: File And
Reserve for U.S. Dist Court

3-13-06

<u>Things to Address During Phone Conference</u>

1. Rule 26 Required Discovery Violation
2. Failure to Respond to Interrogatories
3. Proposal
4. Production of documents Violation.

Results                    3-16-06

Secretary States Conference is not going to happen and that a letter was sent out to me. I havent Received it yet Maybe tonight or tomorrow.

Anthony
Anthony Garvin pro-se

Law Offices Of
# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Joseph A. Pacella*
Joseph M. Pacella
Kevin D. Withers
Paula C. Tredeau◊
Richard J. Kos
Joan F. McDonough
Katherine A. Day▫
Jennifer Midura D'Amour*

*Senior Counsel*
William C. Flanagan⁺
Mary E. Boland
Thomas J. Donoghue

*Of Counsel*
David G. Cohen

James F. Egan
(1896-1986)
Edward T. Collins
(1902-1995)
Charles S. Cohen
(1931-2004)

*Also admitted in CT
'Also admitted in DC
Also admitted in FL
◊Also admitted in TX

March 15, 2006

Anthony Garvin
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

RE:   Garvin v. Hampden County Sheriff et al
      U.S. District Court No. 05-30102-MAP

Dear Mr. Garvin:

I am in receipt of Plaintiff's Request for Phone Conference dated March 11, 2006. Please be advised Fed.R.Civ.P. 26(a)(1)(E)(iii) states in part as follows:

"(E) The following categories of proceedings are exempt from initial disclosure under Rule 25(a)(1):

(iii)   an action brought without counsel by a person in custody of the United States, a state, or a state subdivision;

I hereby decline your request for a telephone conference. Please communicate with me in writing and I will be happy to respond.

Very truly yours,

Edward J. McDonough, Jr.
Ejm@eganflanagan.com

EJM:jfs
0056-040873\109668.wpd