UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

MOTION TO COMPEL DISCOVERY

Now comes the Plaintiff Anthony Garvin Pro-Se pursuant to Fed.R.Civ.P. 37 and respectfully moves this Honorable Court to compel the Defendants to disclose any and all discovery that falls under Fed.R.Civ.P. 26 Required discovery, 33 Interrogatories and 34 Production of documents, that has been requested without further delay. Such discovery is highly necessary for preperation for trial and pre-trial prosecution of this case. Furthermore & more importantly as a matter of law, the plaintiff is entitled to this discovery as argued in the memorandum of law attached.

The defendants have acted in bad faith, thus wasting this Honorable Court's time and money. At the same time my time is valuable and being wasted as well as being pressed to fight for entitled discovery. The defendants failure to comply and confer over disputes concerning discovery that they may have pursuant to Local Rule 37.1(a) should prompt this Honorable Court to automatically allow this motion and make it's decision based on this motion, memorandum of law attached, the affidavit attached and any arguments that this Honorable Court may wish to hear from the Plaintiff.

The plaintiff also requests that this Honorable Court to order the defendants and or Defense compensate the Plaintiff Anthony Garvin, Pro-Se in the amount of $1,125 for attorney's fees for 15 hours of work on this motion, Memorandum of law

attached, affidavit attached and Motion for transcripts and attachments previously filed on 3-22-06 and granted on 4-24-06, all pursuant to Fed.Civ.P. 37(4)(A).

## CERTIFICATION

I the Plaintiff Anthony Garvin Pro-Se hereby certify that pursuant to Federal Local Rule 37.1(a), I have attempted to hold a phone conference with Defense counsel on 3-16-06 and 4-14-06 in writing which produced the following:

1. 3-16-06 a phone conference was denied by Defense counsel.

2. On 4-4-06, the Plaintiff Anthony Garvin Pro-Se wrote defense counsel, stating that he is entitled to all production of documents, all Interrogatories to be answered and stipulated to Required (automatic) discovery without further delay, without compromise and any further refusal to comply would be desided by the court.

3. This is a two count civil complaint alleging numerous violations of Federal Rights and laws as well as State Rights and laws, codes of regulation violations and policies and procedural violations. All facts relevant to discovery non disclosures to be decided by the Court.

4. See Exhibits(affidavits and attachments) for Interrogatories, Document production and required discovery issues to be decided by this Court.

5. The Plaintiff states the following as his position as to each contested issue:
   (a) The Plaintiff's first set of Interrogatories has not been responded to at all. The Plaintiff states that the Defendants have violated Fed.R.Civ.P. 33(b) (answers and objections), which mandates a signed, under oath answer, statement of reasons for objection or answer if Interrogatories are not objectionable.

(b) The Defendants have waived any claim of exemption! If any exist. No Court order was issued stating exemption for the defendants nor did the parties stipulate to the defendants exemption. Frthermore "Rules of procedure shall not abridge, enlarge or modify any substantive rights" Amchem Products Inc., et.al., V. Windsor 117 S.C.T. 2231, 251 U.S. 591 (U.S. Pa. 1997), such as Due process, equal production and compulsory Right to obtain witnesses under the U.S.C.A 5th, 6th and 14th Amendment.

(c) The Plaintiff states that he relys on his response to the defendant's response to the plaintiff's request for production of documents to present the issue to be decided by the Court. See Exhibit J

Wherefore the Plaintiff prays that this motion be allowed and all requested sanctions be imposed upon the defendants and or counsel for the defendants.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

Date 5-1-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

Certificate of service

I hereby certify that a copy of the foregoing document has been served on Defense counsel Edward J. McDonough Jr. at 67 Market street Springfield Ma 01102 on 5-2-06, By First class mail.

Date 5-1-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464