UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIIF'S DEPT ET.AL.,
DEFENDANTS

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY

I Anthony Garvin being duly sworn deposes and says:

1. Prior to the expiration of this Honorable Court's order for written discovery to be completed by March 31, 2006 I wrote the Defendants' attorney making a disclosure and used that as an oppertunity to remind them that they had not made any response to my first set of Interrogatories, on March 27, 2006.See Exhibit A

2. Then on March 30, 2006 I sent Defense counsel another letter concerning a discovery disclosure I was making and used that as another oppertunity to request that if the Defendants planed to not disclose discovery, that they write me explaining why. Also stating that they could consider the letter a demand for compliance in the event that they fail to meet the court order discovery dead line and as a request for conference.See Exhibit B

3. Next on April 4, 2006 after non compliance by the defendants I wrote a letter pursuant to Fed.R.Civ.P. 37 attempting to hold a conference in that letter, stating that all requested discovery was being Demanded without further delay or compromise. I also requested that the Defendants state in

thier response anything that they intend on continuing to with hold or not respond to. See Exhibit C

4. Then on April 15, 2006 I wrote a final letter requesting that the defendants cooperate with me concerning any discovery disputes, to avoid getting the Court involved, wasting their time. See Exhibit D

5. I have put a significant amount of time into this motion, memorandum of law and affidavit to support this motion. See Exhibit K

6. I have attempted to confer with the Defendants' counsel to avoid unnecessary court intervention.

7. The Defendants have not up held their obligations regarding discovery and are at fault for this motion having to be filed and therefore should incur all relevant cost including any attorney fees.

8. The plaintiff also relys on the facts stated in the back round portions of his memorandum of law in support of his Motion to compel.

Incorporated Exhibits

Exhibits:
E. The Plaintiff's first set of Interrogatories

F. The Plaintiff's supplement to Plaintiff's First set of Interrogatories
G. The Plaintiff's request for production of documents
H. The Plaintiff's supplement request for production of documents
I. Defendant's response to the Plaintiff's request for production of documents
J. Plaintiff's response to the Defendant's response to the Plaintiff's request for production of documents and Demand for

compliance/production

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

Date 4-30-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.