UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

FILED
IN CLERK'S OFFICE

2006 MAY -8  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

Anthony Garvin
Plaintiff,
V.
Hampden County Sheriff's Dept Et.Al.,
Defendants

Motion for Issuance of Immunity

Now comes the plaintiff Anthony Garvin Pro-Se, pursuant to 21 U.S.C.A subsection 884(a) and 18 U.S.C.A subsection 6002 and moves this honorable court to grant Timothy Zanetti immunity, who has a fifth amendment claim. In support of this motion the plaintiff states the following:

1. I Anthony Garvin am a Pro-Se litigant in the above captioned matter.

2. I have no private investigator.

3. Mr. Zanetti is the attacker in my complaint.

4. Mr. Zanetti has expressed his unwillingness to testify in my behalf, due to self-incrimination. See Exhibit A

5. Mr. Zanetti has expressed that he was threatened and offered inducements in order to procure false testimony by agents of the defendant the Commonwealth of Massachusetts, prior to these proceedings. See Exhibit B

6. Mr. Zanetti has adamantly expressed that statements made by the Commonwealth informant, Omar Marrero, concerning Zanetti and the plaintiff are false. See Exhibit B

7. No one will be prejudiced by the allowance of this motion.

8. Said witness (Mr. Zanetti) has personal firsthand information, which clarifies and defines issues in this matter.

Wherefore:

1. I pray that this honorable court will grant this motion or hold an evidentiary hearing on this matter in the alternitive.

2. In the instance of a trial in this matter Mr. Zanetti will testify if granted immunity.

Signed under the pains and penalties of perjury

Date 5-3-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

### Certificate of service

I Anthony Garvin hereby certifies that copies of the foregoing document have been served on the defendant's attorney Edward J. McDonough Jr. at 67 Market street by first class mail on 5-3-06.

Date 5-3-06

Anthony Garvin Pro-Se

ON 4-2-04 At AROUND 9:30 AM. I Timothy Zanetti was in my cell when I was called to the officer's station By Officer Murphy and he told me that I was wannted in intake and when I got to intake I was mett By L.T. Juna Ramos and he told me to go with him to his office when I got their it was 2 Detectives their name are. Dt. O'Shea & Dt. Eugene J. Dean in his office waiting for me when I got in their they (Being the Detectives) ask me my name, D.O.B., & S.S.# and I told them. After I told them, Dt. Dean asked me if I knew Felipe Santiago and I told him No, and then Dt. Dean asked me if I was sure, and I said yes I'm sure I don't know him (Him Being Felipe Santiago. So at that point Dt. Dean pulled out one singel picture of Felipe Santiago and Dt. Dean ask me if I knew the person in the picture and I said No, I never seen this Kid in my life and at that point Dt. Dean ask me if I knew Anthony Garvin and when Dt. Dean said that I knew who the Kid was in the picture I said "Oh thats Puff" and then Dt. Dean was like we need your help we are awear that you were in an

altercation with Anthony Garvin and that he told you he killed Felipe Santiago and I told Dt. Dean that he (Being Anthony Garvin) Never said that to me. (Being Timothy Zanetti) Then Dt. Dean Read a statment that an inmate wrote against Anthony Garvin and at the end of the statment it stated that Anthony Garvin made a gun with his fingers and put it to the back of his head and made the sound of a gun saying BANG! BANG! thats how I killed your Boy, and at that point Dt. Dean ask me if any of this was true and I (Being Timothy Zanetti) said yes some of it the ONLY thing in that statment that was true was the part were it said me (Being Timothy Zanetti) and Anthony Garvin exchanged words. But at No time Anthony Garvin Never told me he killed Felipe Santiago. Then Dt. Dean told me if I help him put Anthony Garvin away for Life, he (Being Dt. Eugene J. Dean) would help me (Being Timothy Zanetti) get out of jail if I ever get another case. But if I didn't help him (Being Dt. Dean) and not go to court and testify against Anthony Garvin Dt. Dean said he would make sure I was Brought up on Purgery charg

and that I would face up to 10 years in prison and at that point in time I ended the meeting and told them I don't want to talk to them (Being the Detectives) any more." So the next day Anthony Garvin's P.I. came to see me and when I met with him (Being Anthony Garvin's P.I.) he told me that (Being Anthony's P.I.) L.T. Ramos told him I was no longer in this jail and that I did not want to talk to any one and that was a lie. I Timothy Zanetti am willing to testify to this statement.

Signed Under the Pains and Penalties of Purgery x Tim Zanetti

x Tim Zanetti

x Tim Zanetti

Commonwealth of Massachusetts
Hampden, S.S. Date April 13, 04
Then personally appeared the above named
Timothy Zanetti
and acknowledged the foregoing instrument
to be his/her free act and deed, before me
MARILYN E. ALCANTARA, Notary Public
My Commission Expires September 14, 2008
Marji Alcantara



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

### AFFIDAVIT OF TIMOTHY ZANETTI IN SUPPORT OF ANTHONY GARVIN'S MOTION FOR IMMUNITY

I Timothy Zanetti being duly sworn according to law deposes and says:

1. I make this affidavit without threat or coercion.

2. I am the same Timothy Zanetti who allegedly attacked Mr. Garvin at the Hampden county house of correction.

3. I have personal knowledge of pertinent information regarding this matter.

4. previous to Mr. Garvin's trial Springfield police Detectives Eugene Dean and Timothy Oshay visited me at HCHC without invite, at a time when I was actually waiting to speak to Mr. Garvins private investigator, by my request.

5. During the meeting these officers questioned me about a statement made by another inmate alleging confessions allegedly made by Mr. Garvin to me. After I told them that said statements weren't true, these officers requested that I help them put Mr. Garvin away for life, in exchange for future favors, in the event that I ever got into trouble again. After

I rejected the offer they began to threaten me.

6. I was told I would be charged with perjury if I testified for Mr. Garvin. I didn't testify.

7. I will only testify if I am protected from self incrimination.

8. There are other things that can explain the whole situation, that are relevant to this matter.

Wherefore:

If immunity is granted for me, I will testify in behalf of Mr. Garvin. and I hereby state, that I do not want to talk to any representative of the Commonwealth.

Signed under the pains and penalties of perjury.

Date _____

Date _____                           _____
                                                Timothy Zanetti
                                                _____
                                                Timothy Zanetti