UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS, COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS, DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON, LT. (FIRST NAME UNKNOWN)
KORMAN, LT. JUAN RAMOS, LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW, OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

**DEFENDANTS' REPORT TO COURT IN RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY.**

Now come the defendants in the above-entitled action and files the following report in response to plaintiff's Motion to Compel Discovery:

1.  On May 19, 2006 the plaintiff was served, by first class mail, with the following:

    a. Defendant Michael J. Ashe, Jr.'s Answers to Plaintiff's First Set of Interrogatories
    b. Defendant Michael J. Ashe, Jr.'s Answers to Plaintiff's Supplement to First Set of Interrogatories
    c. Defendant Basil Tsagaris' Answers to Plaintiff's First Set of Interrogatories
    d. Defendant Basil Tsagaris' Answers to Plaintiff's Supplement to First Set of Interrogatories
    e. Defendant John Kenney's Answers to Plaintiff's First Set of Interrogatories
    f. Defendant John Kenney's Answers to Plaintiff's Supplement to First Set of Interrogatories
    g. Defendant Edward Weldon's Answers to Plaintiff's First Set of Interrogatories
    h. Defendant Edward Weldon's Answers to Plaintiff's Supplement to First Set of Interrogatories
    i. Defendant Thomas Korman's Answers to Plaintiff's First Set of Interrogatories
    j. Defendant Thomas Korman's Answers to Plaintiff's Supplement to First Set of Interrogatories

    k.    Defendant Juan Ramos' Answers to Plaintiff's First Set of Interrogatories
    l.    Defendant Juan Ramos' Answers to Plaintiff's Supplement to First Set of Interrogatories
    m.    Defendant John Cadigan's Answers to Plaintiff's First Set of Interrogatories
    n.    Defendant John Cadiogan's Answers to Plaintiff's Supplement to First Set of Interrogatories
    o.    Defendant William Muldrow's Answers to Plaintiff's First Set of Interrogatories
    p.    Defendant William Muldrow's Answers to Plaintiff's Supplement to First Set of Interrogatories
    q.    Defendant Victor Kelly's Answers to Plaintiff's First Set of Interrogatories
    r.    Defendant Victor Kelly's Answers to Plaintiff's Supplement to First Set of Interrogatories

2.     The plaintiff was served, by first class mail, with Defendants' Response to Plaintiff's Request for Production of Documents on February 6, 2006.

The Defendants,
By their Attorney:

*/s/ Kevin D. Withers*
Kevin D. Withers, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 531660

Certificate of Service

*/s/ Kevin D. Withers* certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 5/19/2006.