UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

## SUPPLEMENTAL SANCTION REQUESTS TO MOTION TO COMPEL DISCOVERY

Now comes the Plaintiff Anthony Garvin Pro-Se in the above captioned matter and respectfully moves this Honorable court to allow him to supplement his requested sanctions as requested in his motion to compel discovery. In support of this motion the Plaintiff states the following:

1. The recent late disclosure by the Defendants on May 19, 2006 warranted this request for additional sanction imposition.

2. I first ask that my Motion for Leave of court be allowed.

3. And second, that I be allowed to request further production of documents and submit additional Interrogatories.

4. Third, that the discovery stage be extended, thereby changing the scheduling order.

Respectfully requesting,

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

Date 5-31-06

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on defense counsel Edward J. McDonough Jr. at 67 Market St, Springfield Mass 01120 by first class mail on 5-31-06.

*Anthony G.*
Anthony Garvin