UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

PLAINTIFF'S REPORT TO THE COURT IN RESPONSE
TO DEFENDANT'S REPORT TO COURT IN RESPONSE
TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

   Now comes the plaintiff Anthony Garvin Pro-Se in the above captioned matter and files the following response to the defndant's report to the court in response to plaintiff's motion to compel:

1. The fact that the defendants served the plaintiff with answers to the plaintiff's first set of Interrogatories and supplement to the same on May 19, 2006, only confirms the defendant's failure to disclosure prior to May 19, 2006 of said Interrogatories.

2. Some of the Defendant's answers are still in question and some of the plaintiff's Interrogatories are still not answered.

3. The late disclosure of the answers only prejudice the plaintiff's pre-trial preparation, because some of the answers are either evasive, incomplete, untrue, all of the same or any combination of the three.

4. The answers, failures to answer, evasive or incomplete answers warrant further pre-trial discovery requests, which could've

only been done after the answers were disclosed

only been done after the answers were disclosed.

5. Furthermore the defendant the unknown Officer in the tower is now identified to allegedly be a Mr. Tim Allen. According to the defendant Michael J. Ashe, Jr, counsel for the defendants (including the unknown officer(Tim Allen), informed him that Tim Allen has not been served with the complaint, contrary to the docket entry number 5 dated 7-07-05 and answered by Tim Allen docket entry number 6 dated 7-20-05. More importantly, Tim Allen has failed to respond to the Interrogatories.

6. The Defendant's report fails to address the plaintiff's arguments concerning Fed.R.Civ.P 26(a)(1) nor Rule 34.

7. The late disclosure pursuant to Fed.R.Civ.P 37(a)(4)(A) dose not negate the implementation of the sanctions requested by the plaintiff in his motion to compel discovery, due to the motion to compel being filed prior to the late disclosure of answers to the plaintiff's interrogatories.

Date 5-31-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464