UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

## MOTION FOR LEAVE OF COURT

Now comes the plaintiff Anthony Garvin Pro-Se in the above captioned matter and respectfully moves this Honorable Court to grant the Plaintiff leave of court to file additional interrogatories and production of document requests. In support of this motion the plaintiff states the following:

1. Despite this Honorable Courts order for discovery to be complete by March 31, 2006, the defendants disclosed to the plaintiff answers to his first set of interrogatories on May 19, 2006.

2. Some of the disclosed material warrants further discovery.

3. Due to some of the evasive, incomplete and untrue answers, further discovery is warranted.

4. I am a Pro-Se litigant and the late disclosure by the defendants will only prejudice the plaintiff if this motion is denied.

5. Also see attachment( Plaintiff's report to the court in response to Defendant's report to court in response to plaintiff's motion to compel discovery)

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

Respectfully requesting,

*Anthony A—*

Anthony Garvin Pro-Se

S.B.C.C

P.O. BOX 8000

Shirley, Ma 01464

Date 5-31-06

## CERTIFICATE OF SERVICE

I Anthony Garvin hereby certify that a copy of the foregoing document has been served on defense counsel Edward J. McDonough Jr. at 67 Market st, Springfield Mass 01120 on 5-31-06, by first class mail. A.J

*Anthony A—*

Anthony Garvin Pro-Se

S.B.C.C

P.O. BOX 8000

Shirley, Ma 01464