UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

FILED
IN CLERK'S OFFICE

2006 JUN 28  A 11:00

U.S. DISTRICT COURT

## MOTION TO STAY THE COURTS ORDER

Now comes the plaintiff Anthony Garvin, Pro-Se in the above entitled matter and respectfully moves this court to stay the court's orders entered on 6-21-6, ordering the plaintiff to provide supplemental and complete answers to the interrogatories cited in defendants' motion, by July 7, 2006, so that the plaintiff may place his objections to the presiding Judge whom the case was assigned to pursuant to Fed.R.Civ.P 72(a). Likewise the plaintiff intends on placing objections to the court's order denying the plaintiff's motion for reconsideration and the courts order that the plaintiff serve on the defendants supplemental interrogatories no later than July 7, 2006 as well.

6-26-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

## CERTIFICATE OF SERVICE

I Anthony Garvin hereby certify that a copy of the foregoing document has been served on the defendants' counsel Edward J. McDonough Jr. at 67 Market Street, Spfld, Ma 01102-9035 by first class mail on  6-26-06 .

Anthony Garvin Pro-Se