UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPT ET.AL.,
DEFENDANTS

## MOTION TO ENLARGE TIME TO COMPLY WITH COURT's ORDER S

   Now comes the plaintiff in the above-entitled matter and moves this Honorable court to respectfully enlarge the time by which the plaintiff may further answer the defendants' first set of interrogatories with supplemental answers and to serve the defendants with the plaintiff's supplemental(further) interrogatories as ordered by this court on 6-21-06 10 days from July 7, 2006 for the reasons set forth in the attached affidavit.

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
SHIRLEY, MA 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPT. ET.AL.,
DEFENDANTS

FILED
IN CLERK'S OFFICE
2006 JUL -3 A 11: 08
U.S. DISTRICT COURT
DISTRICT OF MASS

AFFIDAVIT IN SUPPORT OF MOTION TO ENLARGE TIME

I Anthony Garvin Pro-Se depose and says:

1. I am a Pro-Se litigant, who is housed in a correctional facility;

2. I will need an additional 10 (TEN) days to finish my supplemental further answers to the defendants' interrogatories as ordered;

3. I am in a unit here where we can only get same day copies once a week;

4. I am not ready to get copies yet and the law library will be opened, however there will be no copying on July 3, 2006;

5. I am also waiting for some relevant copies to be returned to me;

Sworn under the pains and penalties of perjury this 29th day of June.

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
V.
HAMPDEN COUNTY SHERIFF'S DEPT. ET.AL.,
DEFENDANTS

CERTIFICATE OF SERVICE

I, Anthony Garvin Pro-Se hereby certify that a copy of the attached motion to enlarge time and accompanying affidavit have been served on the defendants' counsel Edward J. McDonough Jr. At 67Market street, Spfld, Ma 01102 by first class mail on 6-30-06.

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464