UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP



ANTHONY GARVIN
PLAINTIFF
V.
The COMMONWEALTH OF MASSACHUSETTS ET,AL.,
DEFENDANTS

PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE LATE WRITTEN DEPOSTION QUESTIONS

Now comes the Plaintiff Anthony Garvin Pro-Se in the above entitled-matter and respectfully moves this court to allow him leave of court to present written deposition questions to non party witnesses, some of whom are incarcerated. The Plaintiff in anticipation of the Defendants in this matter complying with the discovery practice, did not utilize the opportunity to hold depositions earlier. The plaintiff states the following in support of this motion:

1. I am a pro-se litigant with limited knowledge of federal civil law;

2. I do not have a private investigator;

3. I am an indigent, incarcerated litigant;

4. This matter has not been scheduled for any hearings to my knowledge.

5. No one will be prejudiced by the allowance of this motion.

Wherefore the plaintiff prays that this motion be allowed.

                                                */s/ Anthony G.*

Anthony Garvin Pro-Se  
S.B.C.C  
P.O. BOX 8000  
Shirley, Ma 01464

Date 9-13-06

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the defendant's attorney Edward J. McDonough Jr. at 67 Market Street Springfield, Ma 01102 by first class mail on 9-13-06.

*/s/ Anthony G.*  
Anthony Garvin