UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

THE COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

## MOTION FOR APPOINTMENT OF A JUDICIAL OFFICER
## TO TAKE DEPOSITION

    Now comes the plaintiff Pro-Se in the above entitled-matter in conjunction with his motion for leave of court to file late written deposition questions pursuant to Fed.R.Civ.P. Rule 31(a)(3) and (b) and respectfully requests that this court appoint a judicial officer authorized to take depositions in the event that the plaintiff's motion for leave of court to file late deposition questions is granted. In support of this motin the plaintiff states as follows:

1. I am a Pro-Se litigant in this matter;

2. I do not have a private investigator to take interviews of witnesses;

3. I am indigent;

4. A trial date has not been set in this matter;

5. The defendant's unwillingness to fully cooperate in the discovery practice has prompt me to request deposition questioning of nonparty individuals;

6. The plaintiff will need the designated officer to comply with Rule 31(a)(3) and (b);

7. No one will be prejuiced by the allowance of this motion.

Wherefore the plaintiff hopes and prays that this motion be allowed.

Date 9-13-06

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Edward J. McDonough Jr. at 67 Market street Spfld, Ma 01102 by first class mail on 9-13-06.

Anthony Garvin