UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

---

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS, COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS, DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON, LT. (FIRST NAME UNKNOWN)
KORMAN, LT. JUAN RAMOS, LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW, OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR
LEAVE TO FILE LATE WRITTEN DEPOSITION QUESTIONS
AND MOTION FOR APPOINTMENT OF A JUDICIAL OFFICER
TO TAKE DEPOSITION.**

Now come the defendants in the above-entitled action and opposes Plaintiff's Motion for Leave to File Late Written Deposition Questions and Motion for Appointment of a Judicial Officer to Take Deposition. As reasons therefore state as follows:

1.  The Complaint in this case was filed on April 27, 2005 and appears to set forth claims alleging that defendants failed to provide adequate security as a result of which Mr. Garvin was the victim of an assault and battery by another prisoner and that defendants are somehow liable for testimony given against the plaintiff in a criminal case by a prisoner who was Plaintiff's cellmate. The Complaint names various defendants, including "the unnamed officer in the tower."

2.  Plaintiff served written discovery requests to "defendants" without specifying

which defendants were being asked to respond. Nevertheless, Plaintiff has been provided with responses to interrogatories and production of documents from all defendants who have been made parties to this action as well as responses to plaintiff's Supplemental Set of Interrogatories by each of the named individual defendants: Ashe, Tsgaris, Kenney, Weldon, Korman, Ramos, Cadigan, Muldrow and Kelly.

3. The defendants have also responded to Plaintiff's Supplemental Set of Interrogatories pursuant to the Court's order of June 21, 2006 allowing plaintiff to serve up to ten supplemental interrogatories that were directed to named defendants.

4. Defendants have also submitted written discovery to Plaintiff. However, Plaintiff has not properly responded to defendants' discovery requests and in response to Defendants' Motion to Compel, there is an order from this court that Plaintiff respond to discovery requests on or before October 6, 2006.

5. The time allowed for filing written discovery passed on March 31, 2006, pursuant to the Scheduling Order of January 12, 2006. Even in plaintiff's Certification filed December 16, 2005, he requested that written discovery close by April 12, 2006.

6. The court's order allowing additional discovery passed on July 7, 2006.

7. Plaintiff has not stated who he wishes to depose and he has not submitted copies of the proposed questions so that an evaluation could be made of his purported need for such discovery.

WHEREFORE, the defendants request that the Plaintiff's Motion for Leave to File Late Written Deposition Questions and Motion for Appointment of a Judicial Officer to Take Deposition be denied.

The Defendants,
By their Attorney:

*Kevin D. Withers*
Kevin D. Withers, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 531660

Certificate of Service

*Kevin D. Withers* certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 9/18/2006.