UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP



ANTHONY GARVIN
PLAINTIFF

V.

THE COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

PLAINTIFF'S RESPONSE TO DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE
TO FILE LATE WRITTEN DEPOSITION QUESTIONS
AND MOTION FOR APPOINTMENT OF A JUDICIAL OFFICER
TO TAKE DEPOSITION

Now comes the Plaintiff in the above entitled-matter and responds to the Defendants' opposition to the Plaintiff's motion for leave of court to file late deposition questions and for appointment of a judicial officer to take deposition for the the reasons as follows:

1. The plaintiff does not dispute the defendants' contention number one of thier opposition.

2. The plaintiff states that he is currently preparing a new motion to compel to challenge the sufficency of the discovery disclosed and withheld by the defendants, in response to the defendants' opposition number 2.

3. The plaintiff is also currently preparing arguments to challenge the sufficency of the defendants answers to the plaintiffs supplemental Interrogatories, in response to the defendants' opposition number 3.

4. As asserted by the defendants I have been compeled to disclose

"proper responses" by October 6, 2006, that date has yet to come and thus this opposition has no baring against the plaintiff's motions currently in dispute in the above caption.

5. The plaintiff states that written discovery has nothing to do with written deposition questions pursuant to Fed.R.Civ.P 31 and thus the defendants' opposition number 5 has no baring on this issue in dispute in the above caption.

6. The court's order has been extended by the Honorable Judge Michael A Ponsor on 8-29-06, to be complied with by 10-6-06 and thus the defendants' opposition number 6 has no baring on the issue in dispute.

7. The plaintiff has an affidavit from two witnesses that states that the Commonwealth through it's agents attempted to induce, then threatened apon failure to induce defense witnesses. witness preping was a part of the plaintiff's criminal case, therefore the plaintiff wishes to not disclose his witnesses unless the court is planing to grant his motion in dispute in the above caption.

Wherefore the plaintiff asks that his moition for leave to file late written deposition questions and motion for appointment of a judicial officer to take deposition without any consideration of the defendants' irrelevant oppositions.

*Anthony A____*
Anthony Garvin Pro-Se
P.O. BOX 8000
Shirley, Ma 01464

Date 9-20-06

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has

been served upon the defendants' attorney Kevin D. Withers at 67 Market street Springfield, Ma 01102 by first class mail on 9-20-6

_Anthony G._
Anthony Garvin