UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR RECONSIDERATION UPON
PLAINTIFF'S OFFER OF PROOF OF SUBSTANTIAL NEED

Now comes the Plaintiff Anthony Garvin Pro-Se in the above Entitled-matter and moves this court to reconsider it's decision on the Plaintiff's Document Request No.11 and No.13, which he has narrowed and tailored, while offering a show of proof relevance and substantial need as follows:

Document Request No.11:
Copies of any and all legal visiting records of Omar Marrero and Michael White from January of 2003 to April of 2004, where either a District Attorney, State Police officer, Police officer, and, or Detective visited. Also where the visit was held and who if any Hampden connty employee was present.

OFFER OF PROOF:
If such records exist they may be used as circumstantial or direct evidence to support the plaintiff's claims on count two of the complaint in regards to the government agent relationship. Michael White is an Ex-Cop of the Springfield police department, who at the time of the plaintiff being held at the facility, was just a suspended Cop in custody at the facility, who alleged that the Plaintiff had made admissions to his charges prior to Omar Marrero. This can be argued as a pattern of misconduct on the part of the states' agents and a reason for getting Mr. Marrero to allege the same, due to his not being an actual officer, who

has to/must adhere to certain fifth and sixth amendment rights with regard to interrogations once the Defendant has been arraigned on charges. If there was an agent relationship between the state and Marrero, then he would be obligated to these laws and rules as well, this is similar to a claim of illegal search under the forth amendment as argued by the plaintiff. Said records would identify witnesses as well, which the Plaintiff is entitled to. The Plaintiff finally states that the presence of any Hampden County House Of Correction employee may show the defendants, or witnesses.

Document Request No.13:
Copies of any and all statements where there are promises, rewards or inducements incorporated, inconsistant statements and, or any written or verbal requests for leniency in exchange for his cooperation in the matters of Coomonwealth V. Omar Marrero and his co-defendants' case as well.

Offer of Proof:
Such documents support an agent relationship and when said relationship began. Said documents also show a state of mind with regard to Mr. Marrero prior to being placed in the cell with the Plaintiff. Said documents May show the credibility of Mr. Marrero known to the defendants prior to being placed into the cell with the Plaintiff. Such documents may identify witnesses, which the plaintiff is entitled to as a matter of Law.

   The Plaintiff argues that without said documents, he will be unable to fullfill his burden of proof with regard to count two of the complaint.

Wherefore the Plaintiff hopes and prays that the Court compel the Defendants to disclose the documents argued above that are in dispute.

*Anthony F.*
Anthony Garvin Pro-Se

```
                                        S.B.C.C
                                        P.O. BOX 8000
                                        Shirley, Ma 01464
```

Date 10-24-06

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 10-24-06.

*Anthony G---*
Anthony Garvin