UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

## MOTION FOR CLARIFICATION

Now comes the plaintiff Pro-Se in the above entitled-matter and respectfully requests that this Honorable Court clarify parts of it's order as follows:

1. What are the facts and, or law used in the denial of Document requests No. 9 and 10, why was it denied?

2. What are the facts and, or law used in the denial of Interrogatory No.7 as to Defendant Ashe, why was it denied?

3. What are the facts and, or law used in the denial of Interrogatory No.8 as to Defendant Ashe and Tsagaris, why was it denied?

4. What are the facts and, or law used in the denial of the Plaintiff's argument concerning the Defendants' violation of Fed.R.Civ.P Rule 26(a), why was it denied?

The Plaintiff states that such information will be highly necessary to complete the record in the event of an appeal in this matter.

Wherefore the Plaintiff hopes and prays that this motion will be allowed.

_____
Anthony Garvin Pro-Se

S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

Date 10-24-06

## Certificate of service

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 10-24-06.

*Anthony Ha—*
Anthony Garvin