UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.05-30102-MAP

---

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS, DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN,
LT. JUAN RAMOS, LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW, OFFICER VICTOR KELLY
AND THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

---

**DEFENDANTS' MOTION TO EXTEND TIME UNTIL NOVEMBER 30, 2006
TO RESPOND TO DISCOVERY REQUESTS**

Now come the defendants in the above-referenced matter and request additional time until November 30, 2006 to respond to the discovery ordered by this court on October 19, 2006.

As reasons therefore the defendants state as follows:

1. The defendants have located some responsive documentation, and are conducting diligent searches to locate any additional responsive documentation requested by the plaintiff.

2. The defendants and their counsel are investigating what documentation, if any, may be obtainable from the Northwestern District and/or Hampden County District Attorney's offices.

WHEREFORE, the defendants request until November 30, 2006 to respond to the discovery requests.

The Defendants

By their Attorney
Edward J. McDonough, Jr.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

Certificate of Service

_____ certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 11/9/2006.