11-18-06         FILED
                                                     IN CLERK'S OFFICE

United States District Court
Clerks office
1550 Main street
U.S. Courthouse
Spfld. Ma 01103
Re:No.05-30102-MAP

Dear Clerk,

    I have three questions for the Court to answer regarding this matter. One is, when is the new date for the case management hearing? Two is, what is the disposition of my Motion for reconsideration upon Plaintiff's offer of proof of substantial need? Said motion was filed on 10-21-06 with my Motion for clarification, which has ben ruled on.

    The third question please relay to the Court. I would like to be allowed to respond to any future oppositions from the Defendants and oppose any future motions from the Defendants before this Court rules on said motion. within the time allowed by the Fed.R.Civ.P. This Court has ruled in favor of the Defendants twice one day after the Defendants have filed pleadings, without allowing the Plaintiff any time to respond and oppose.

Thank you for your time and anticipated prompt response.

                                    Sincerely,
                                    Anthony Garvin  pro-se
                                    P.O. BOX 8000
                                    S.B.C C
                                    Shirley, Ma 01464

c.c: File