FILED    12-05-06
IN CLERK'S OFFICE

2006 DEC -8    11: 38

Kenneth P. Neiman

1550 Main Street

Springfield, Ma 01103

Re: No. 05-30102-Map

Court's Order to

disclose by 11-30-06

Dear Honorable Judge K. P. Neiman,

Since your recent allowance of the Defendant's Motion for extension of time to comply with your order to disclose all granted discovery as outlined in your ruling on the Plaintiff's second Motion to compel discovery, the Defendants have failed to disclose anything as order. This is dispite their admission in the motion for an extension, that they did in fact find some documents that fall within the range of your order.

Please force the Defendants to comply without further delay forthwith.

Thank you for your time and concern.

Respectfully Requesting,

_Anthony Garvin_

Anthony Garvin Pro-Se

S.B.C.C

P.O. BOX 8000

Shirley, Ma 01464

c.c: File and

    Kevin D. Withers