UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

_____

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS, DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN, LT. JUAN RAMOS,
LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW, OFFICER VICTOR KELLY
AND THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

_____

**DEFENDANTS' REPORT TO COURT IN RESPONSE TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY.**

Now come the defendants in the above-entitled action and files the following

report in response to plaintiff's Motion to Compel Discovery:

1.      On December 13, 2006 the plaintiff was served, by first class mail, with the

following:

        a.      Defendant Michael J. Ashe, Jr.'s Supplemental Answers to
Plaintiff's First Set of Interrogatories

        b.      Defendant Basil Tsagaris' Supplemental Answers to
Plaintiff's First Set of Interrogatories

        c.      Defendant John Kenney's Supplemental Answers to
Plaintiff's First Set of Interrogatories

2.      The plaintiff was served, by first class mail, with Defendants' Supplemental

Response to Plaintiff's Request for Production of Documents on December

13, 2006.

3.      The plaintiff was served, by first class mail, with Defendants' Supplemental

Response to Plaintiff's Supplemental Request for Production of Documents

on December 13, 2006.

The Defendants,
By their Attorney:

Kevin D. Withers, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 531660

Certificate of Service

certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 12/13/2006.