UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR CONFIDENTIAL INFORMANT'S
IDENTIFICATION OR IN THE ALTERNITIVE
ALLOW THE ADMISSION OF REPORT

Now comes the Plaintiff Pro-se in the above entitled-matter and respectfully moves this court to order the Defendant Juan Ramos to disclose the identity of the Confidential Informant, that allegedly gave him information of threats and plots to retiliate against the "Family of the shooter at Canon Circle in Springfield"(See Exhibit A Of the Plaintiff's original complaint Second paragraph 2. Said report was turned over to Defendant Chief of security John Kenney and local law enforcement agencies by the Defendant Juan Ramos the day after the shooting. the Plaintiff argues further in support as follows:

1. This is a civil action claiming Failure to protect, Illegal search and seizure and other violations.

2. Said report alleged that two local street gangs Known as the Latin Kings and the LaFamilia were plotting to "retialiate". The Plaintiff was the only suspect sought who lived at Canon Circle.

3. Said report was filed about 8 months prior to the Plaintiff being housed at the Hampden county House Of Correction.

4. Actions taken, actions not taken and actions, which should

have been taken are at the heart of both counts of the Plaintiff's claim, are highly relevant to this matter regarding the Plaintiff's burden of proving negligence on the behalf of the Defendants.

5. The 6th amendment, 14th amendment of the U.S.Const and Artical 12 of the Massachusetts Declaration of rights all protect the Plaintiff's rights to such evidence.

6. The law Provides that the government has an obligation to disclose the identity of a confidential informant where the disclosure of an informer's identity, or of the contents of his comunication, is relevant and helpful to the defense of an accused, **or is essential to a fair determination of a cause.** U.S. V. Sanchez 429 F3d 753,(2005).

Wherefore the Plaintiff hopes and prays that this motion is granted Or that the report is allowed to be used during the trial.

Signed under the pains and penalties of purjury

Respectfully Requesting,

_____
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon Defense counsel Kevin D. Withers at 67 Market street Sprinfield, Ma 01102 by first class mail on /2-//-06.

_____
Anthony Garvin