UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 05-30102-MAP

PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,

DEFENDANTS

FILED
CLERK'S OFFICE

2007 JAN -5 P 1:37

U.S. DISTRICT COURT
DISTRICT OF MASS

## PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONFIDENTIAL INFORMANT'S IDENTIFICATION OR IN THE ALTERNITIVE ALLOW THE ADMISSION OF REPORT

Now comes the Plaintiff Pro-Se in the above entitled-matter and argues in response to the Defendant's opposition to the Plaintiff's Motion for confidential informant's identification or in the alternitive allow the admission of report, that Plaintiff's Motion should be allowed for the following reasons:

1. The identity is relevant for the plaintiff to obtain the C.I. as a witness to testify to the contents of the report.

2. The contents of said report allegedly given by the C.I. was of danger and a likilyhood of danger by not just the gang members of the person the Plaintiff was accused of shooting, but also a rival gang as well, which the Defendants have failed to argue in paragraph 3 of their opposition.

3. The Defendant's argument that the disclosure of the identity of the C.I. to the Plaintiff is likely to expose the informant to danger, is totaly without merit for three reasons, one, The informant's actions were to protect the Plaintiff's family and the Plaintiff is very greatful for that, two, No other known identified witnesses in the Plaintiff's criminal matter, who testified, including Omar Marrero, were ever harmed and Three, The Plaintiff's tainted false conviction of homicide has no bearing on this motion or matter for the sake of argument.

4. The Defendants have failed to oppose the Plaintiff's alternitive solution to allow the use of said report during the trial, thus this motion should not be denied in it's entirety, if it's denied at all.

5. The Plaintiff states that this request is niether oppresive nor unduly burdensome.

6. The Defendants offered no case law to support the requested denial of the Plaintiff's motion or the entering of a protective order by this Court as requested by the Defendants.

7. The report and it's contents given by the C.I. is highly relevant, and hearsay without the C.I. to testify to the declarations, thus making his identity essential to a fair determination of a cause, U.S. V. Sanchez 429 F3d 753(2005) Particularly the Plaintiff's cause in this matter.

8. Lastly If the Defendant will stipulate to the Knowledge that they possessed of the likilyhood of danger that the Plaintiff faced from both gangs mentioned in the report and allow the full use of said report, then and only then will the Plaintiff not need the C.I.'s identity.

_____
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street Springfield, Ma by first class mail on 12-28-06.

_____
Anthony Garvin