FILED
12-30-06

2007 JAN -5 P 1: 35

U.S. DISTRICT COURT
DIS RICT OF MASS

U.S. District Court
Office of the Clerk
U.S. Courthouse
1550 Main street
Spfld, Ma 01103         No.05-30102-MAP

Dear Clerk,

    I am writing you in regards to the court's recent order entered on 12-27-06. I would like to have a copy of the document where the defendants gave the court indication that they have responded as required as the Court put it in his order. I need this because they have not complied with the court's order issued on 10-19-06, with regard to the court directing the Plaintiff to narrow and tailor his document request number one, which the Plaintiff has done over a month ago and the defendants have failed to comply in any matter.

    The defendants filed for an extention of time to comply. In said letter to me they had informed me that they had more documents to investigate within the District Attorney's office. Nothing has been produced from said investigation nor has the Plaintiff been notified of any lack of finds or discovery in said investigation from the Defendants.

    In the answer to the Plaintiff's first set of interrogatories by the defendant Michael J. Ashe his answer was incomplete. He failed to answer two parts of the question as follows: "Who did the investigation and who was notified?" The Defendant John Kenney failed to answer these two questions as well.

    There are (4) Four grievances that the Defendants have failed to disclose. These grievances were concerning the Defendant Korman attacking an inmate, which in his answers to my interrogatories he claimed never happened. Within the documents disclosed there is an inmate request form filed by the plaintiff

asking for those grievances and the reply was that the grievances were given to the plaintiff, yet they have yet to be seen in this matter. See copy attached.

This is why I'm asking for any letter that the defendants may have given to this Court indicating that they have complied with his Order, so that I may promptly move for sanctions.

Thank you for your time, concern and anticipated Prompt response

*Anthony G——*
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

c.c: File and
    Kevin D. Withers

# HAMPDEN COUNTY SHERIFF'S DEPARTMENT
## AND CORRECTIONAL CENTER

### INMATE REQUEST

To: **LT CADIGAN**

From: **Anthony Garvin** (Inmate Name)   Person # **133065**

Date **11-18-03**   POD **C-2**   Cell **14**

Request: For my Grievances About Rorman and oCConvor 4 of them that where taken by LT Green I want my Copies

Inmates Signature: *Anthony Garvin*

Received by: *AN 909*

---

**STAFF RESPONSE:**

Approved ☐   Denied ☐   (state reason)

Copies of grievances sent to inmate on 11/19/03

Employee Name/Title: *J. McCoy*   Date **11/20/03**

WHITE - Unit File   YELLOW - Inmate   PINK - Kept by Inmate

HCHOC-0021 (3-Part) (9-4-92) (7-96) (167)

243