UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY GARVIN,                          )
                       Plaintiff         )
                                         )
        v.                               )          Civil Action No.  05-30102-MAP
                                         )
                                         )
HAMPDEN COUNTY SHERIFF'S                 )
DEPARTMENT, et al.,                      )
                       Defendants        )

FURTHER SCHEDULING ORDER
February 2, 2007

NEIMAN, U.S.M.J.

        The following schedule was established at the case management conference

this day:

    1.    Defendants' deposition of Plaintiff and Plaintiff's deposition of Lt. Green

          (at Defendants' cost) shall be completed by March 16, 2007.

    2.    Defendants shall file their dispositive motion by April 30, 2007, or inform

          the court in writing by that date that no such motion will be filed.

    3.    Plaintiff's opposition to any dispositive motion shall be filed by May 25,

          2007, to which Defendants may reply by June 8, 2007.

        IT IS SO ORDERED.


                                         /s/ Kenneth P. Neiman
                                         KENNETH P. NEIMAN
                                         U.S. Magistrate Judge