2-5-07

FILED
IN CLERK'S OFFICE

{ TIME  2:5

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court

Office of the Clerk

05CV30102-MAP

1550 Main Street

Springfield, Ma 01103       Re: Courts order

Dear Clerk,

    After receiving the court's order stemming from the Case Management Hearing, I have realized that the court failed to also order that I have until March 16 to hold a deposition of Omar Marrero at my expense. This was discussed at the hearing and agreed to by the court and myself.

    Also enclosed is a motion for default on the defendant Tim Allen A.K.A The unknown officer in the tower.

Respectfully Submitted,

_Anthony S.J._
Anthony Garvin Pro-Se

S.B.C.C

P.O. BOX 8000

Shirley, Ma 01464

c.c: File