UNITED STATES DISTRICT COURT

DISTRICT OF MASSACUSETTS

NO.05-30102-MAP

ANTHONY GARVIN

PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,

DEFENDANTS

## MOTION FOR ORDER OF DEFAULT

Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully request this Court to enter a default judgement against the defendant Tim Allen AkA The unknown officer in the tower for failing to answer the complait in this matter. The Plaintiff States in support as follows:

1. The defendant Tim Allen was an unknown officer/defendant originally;

2. After some discovery (interrogatories) his identity was known;

3. He was subsequently served by the U.S. Marshals on 7-25-06;

4. The Plaintiff filed for default on August 15, 2005, which was denied due to his identity being unknown;

( 1 )

5. Defendant Tim Allen has yet to answer the complaint;

6. I don't even know who is representing him, therefore this motion is going directly to him at his last known place of employment.

Wherefore the plaintiff requests that said defendant be issued an order of default and put on notice to pay a 12th (twelveth) of the requested relief on count one of the original complaint and any Court costs and attorney fees incurred.

Signed under the pains and penalties of perjury

Respectfully submitted,

*Anthony Garvin*

Anthony Garvin Pro-Se

S.B.C.C.

P.O. BOX 8000

Shirley, Ma 01464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the defendant Tim Allen at his last known place of employment by way of first class mail on 2-5-07.
At 627 Randall Road, Ludlow, MA. 01056-1079

(2)

_____
Anthony Garvin