UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 05-30102-MAP

---

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN,
LT. JUAN RAMOS,
LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW,
OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

---

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR ORDER OF DEFAULT.**

Now come the defendants in the above-entitled action and oppose Plaintiff's Motion for Order of Default as to a non-party "Tim Allen." As reasons therefore, defendants state that the Complaint has never been amended to add Mr. Allen as a defendant. Mr. Allen has never been served with any amended complaint naming him as a party. Defendants have, in discovery responses, identified the "Unknown Officer in the Tower" as Mr. Allen who is a correctional officer at the Hampden County Correctional Center. Mr. Allen has never been named as a defendant in the this matter.

The defendants do not object to an order from the court giving plaintiff leave to amend the complaint to add Mr. Allen as a defendant to the complaint and the undersigned agrees to accept service of any such amended company and would expect to file an answer on behalf of Mr. Allen with twenty days of receipt of the amended complaint unless Mr. Allen chooses to be represented by other counsel.

WHEREFORE, the defendants request that the Plaintiff's Motion for Order of Default be denied.

The Defendants,
By their Attorney:

/s/ Kevin D. Withers

Edward J. McDonough, Jr.
Kevin D. Withers, Esq., BBO# 531660
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Certificate of Service

/s/ Kevin D. Withers certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 2/8/2007.