UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION TO AMEND COURT'S ORDER

Now comes the Plaintiff in the above entitled-matter Pro-Se and respectfully requests that this Honorable Court amend it's Feruary 2, 2007 Further Scheduling Order as follows:

1. Plaintiff's deposition of Omar Marrero (at Plaintiff's cost) shall be completed by March 16, 2007.

The states that during the Case management hearing that the Court did state that if the Plaintiff wished to depose Omar Marrero that he would be responsible for any costs and finding Mr. Marrero. However the Court failed to put this in the order.

Wherefore the Plaintiff hopes and prays that this motion is allowed for the foreghoing reasons.

Respectfully Submitted,

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

<u>certificate of service</u>

    I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street Springfield, Ma 01102 by first class mail on _2-19-07_ .

_____<br>
Anthony Garvin