UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR HEARING RECORDING

Now comes the Plaintiff in the above entitled-matter Pro-Se and respectfully requests that a copy of the February 2 Case management hearing recording. The plaintiff states in support of this motion as follows:

1. I'm a Pro-Se litigant in the above matter;

2. During said hearing the Court heard the Plaintiff's motion for a contempt order and the imposition of sanctions, due to the Defendant's failures to disclose, dispite a privious court order;

3. The Defendants made arguments which will need to be quoted by the Plaintiff in the near future, as well as some of the Plaintiff's arguments and objections pleaded to the Court;

4. The Plaintiff is entitled to this portion of the record for future proceedings.

Wherefore the Plaintiff hopes and Prays that this motion is allowed for the above reasons.

Respectfully Sumitted,

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

Certificate Service

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street Springfield, Ma 01102 by first class mail on 2-17-07.

*Anthony Garvin* (signature)
Anthony Garvin