COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,

MOTION TO SHOW CAUSE

    Now comes the Plaintiff in the above entitled-matter Pro-se and respectfully moves this Honorable Court to order the Defendants to show cause for their prior redacting compeled discovery. The Plaintiff states that said discovery is already in violation of said order and is currently before this Court in a motion requesting an order for contempt and the imposition of sanction. The Defendants have lately disclosed the Plaintiff's documents request number 1, but has redacted their disclosure and the Plaintiff wishes them to show cause for doing so. The Plaintiff states that without seeing said redactions he can not argue that they are relevant, but wish the opportunity to examine and copy as needed.

Wherefore the Plaintiff pray that this motion will be allowed.

Respectfully Submitting,

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has bee served upon defense counsel Kevin D. Withers at 67 Market Street Springfield, Ma 01102 by first class mail on 2-21-07.

*Anthony G.*
Anthony Garvin