UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS



FILED

## NOTICE TO COURT IN CONJUNCTION WITH PLAINTIFF'S MOTION FOR ORDER OF CONTEMPT AND IMPOSITION OF SANCTIONS

Now comes the Plaintiff and respectfully states the following to support his recent motion for a court order of contempt and the imposition of sanctions as follows:

1. On 10-19-06, This Court issued an order as follows: Document Request No. 1 is DENIED as overbroad; if Plaintiff resubmits a a more narrow and tailored request, defendants **SHALL** respond and, if claiming a privilege, comply with Local Rule 34.1(d). ;

2. The Plaintiff states that this is an order of the Court;

3. The Defendants failed to comply with said order in all respects;

4. The defendants then misinformed the Court that they had complied with said order, pursuant to the Courts order entered on 12-27-06, which states as follows: ORDER entered finding as moot [51] Plaintiff's Motion to compel, Defendants having since indicated that they have responded as required;

5. The Plaintiff then filed for an Order of contempt and the imposition of sanctions;

6. On 2-2-07, during the Case Management hearing the Defendants admitted that they had not turned over everything, was still waiting for responses from other offices of the Commonwealth and had sent documents in the mail to the Plaintiff;

7. The Plaintiff received the Defendant's Opposition to the Plaintiff's Motion for order of contempt, which alleged that there was no order for the Plaintiiff's Narrowed document request no.1. Attached to said opposition was an exhibit A (Defendant's Supplemental Response to Plaintiff's Request for Production of Documents);

8. Said response is proof of Defendants further withholding discovery despite the Court's order;

9. Also in said response the Defendants placed untimely objections and deliberately violated the Rules of Evidence by redacting the disclosed discovery, which the Plaintiff has subsequently filed a motion to show cause.

Wherefore the above stated reasons, the Plaintiff states that his motion for a court order of contempt and the imposition of sanctions as well as the Plaintiff's Motion to show cause should be fully granted without further delay.

Respectfully Submitted,

_____
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market Street Springfield, Ma 01102 by first class mail on 2-26-07.

_____
Anthony Garvin