UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSCHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR EXTENSION OF TIME

Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully requests that this Honorable Court allow the Plaintiff an extension of time on taking a deposition of Omar Marrero as ordered prior to March 16, 2007, until April 16, 2007, or (30) thirty days after Mr. Marrero is located. The Plaintiff, in support, states as follows:

1. I am a Pro-Se litigant, who does not have a private investigator;

2. I am incarcerated in a state facility and I have very limited access to outside connection with tracking down this individual;

3. It would be very helpful and in the interest of Court efficiency if the Defendants were to disclose his last known address to them other than at their facility;

4. And last I would like to know what is the cost to set up a Deposition through the Court.

Wherefore I hope and pray that this motion is allowed.

Respectfully Submitted,

*Anthony Garvin*
Anthony Garvin

                                                                   _____
                                                                   Anthony Garvin Pro-Se

P.O. BOX 8000

                                                                   S.B.C.C

                                                                   Shirley, Ma 01464

                                        CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document has benn served upon defense counsel Kevin D. Withers at 67 Market street Springfeild, Ma 01102 by first class mail on _3-7-07_.

                                                                   _____
                                                                     Anthony Garvin