UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR RECONSIDERATION OF PLAINTIFF'S MOTION FOR APPOINTMENT OF A JUDICIAL OFFICER TO TAKE DEPOSITION

    Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully resquests that this Honorable Court resconsider his motion for the appoitment of a judicial officer to take deposition in light of the Court's recent allowance of the Plaintiff's motion to hold deposition of Omar Marrero. The Plaintiff states, insupport as follows:

1. I am a Pro-Se litigant, without the luxury of a private investigator;

2. I am indigent and can not afford an investigator;

3. A trial date has not been set in this matter;

4. The Plaintiff will need the desigated officer to comply with Civil Rule 31(a)(3) and (b);

5. No one will be prejudiced by the allowance of this motion;

6. The Plaintiff does not know the amount it costs to hire said Judicial officers and would like the Court to inform him of the cost and or waive said fees due to the Plinttiff's indigent status.

Wherefore the Plaintiff hopes and prays that this motion is granted.

Respectfully Submitted,

*[signature]*

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

    l hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 3-5-07.

*[signature]*
Anthony Garvin
