COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASACHUSETTS ET.AL.,
DEFENDANTS

MOTION TO AMEND COMPLAINT

Now comes the Plaintiff in the above entitled-matter and respectfully requests that this Honorable Court amend the complaint adding the name Officer Tim Allen #0873 in place of the Defendant The unknown officer in the tower, who was not previously known to the Plaintiff until after the disclosure of discovery. This Defendant has been served by the U.S. Marshals on 7-25-06 and has yet to answer the complaint. There is also a motion for order of default pending in this court.

wherefore the Plaintiff hopes and prays that this motion is allowed.

Respectfully submitted,

Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the defendant mentioned above at his last known place of employment at 627 Randall Road, Ludlow, Ma 01056-1079 by

first class mail on ___3-12-07___.

_____
Anthony Garvin