COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS



MOTION FOR DEPOSITION TO BE HELD IN THE COURT BUILDING

Now comes the Plaintiff Anthony Garvin, Pro-se in the above entitled-matter and respectfully moves this Honorable Court to order that the deposition of Omar Marrero be held at the United States Courthouse at 1550 Main street in Springfield Mass, in any available room as this Honorable Court deems appropriate by this Court. The Plaintiff further requests that said deposition take place in the presence of, or while the Honorable Magistrate Kenneth P. Nieman is near by, for any legal questions concerning the refusal to answer questions by Omar Marrero, so that said deposition will only take one day. The Plaintiff states in support as follows:

1. I am a Pro-Se litigant, who is indigent and resides in a Massachusetts correctional facility in Shirley Mass;

2. Omar Marrero is, to the best of the Plaintiff's knowledge from investigation, being held at the Hampden County House of Correction in Ludlow Mass;

3. The most suitable location to hold said deposition is at the U.S. Courthouse at 1550 Main street in Springfield for economical and security purposes;

4. Mr. Marrero to the Plaintiff's knowledge does not understand the law and may believe he can not answer question put to him

by the Plaintiff;

5. The Presence of the Honorable Kenneth P. Neiman would allow the deposition to proceed without the need to take more than one day to be completed;

6. The Plaintiff was order to take said deposition by 4-16-07.

Wherefore the Plaintiff hopes and prays that this motion be allowed without any unnecessary delay and all other relevant motion be also allowed.

Respectfully Submitted,

*(signature)*

Anthony Garvin Pro-se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Spfld, Ma 01102 by first class mail on 3-14-07.

*(signature)*
Anthony Garvin