FILED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR WAIVER OF FEES AND COURT COSTS
WITH REGARD TO DEPOSITION AND TRANSPORTATION

Now comes the Plaintiff, Pro-Se in the above entitled-matter and respectfully moves this Honorable court to waive all Court fees and cost for the deposition to be taken of Omar Marrero by the Plaintiff in the presence of a stenographer and or Judicial officer. Fees and cost include:

1. Stenographers fees;

2. Transportation of the Plaintiff and Omar Marrero;

3. And any other fees and cost that may develope;

4. The plaintiff is indigent.

In support of this motion the Plaintiff *A.A.* attached an affidavit of indigency and a copy of his institutional account *A.A.* ~~[redacted]~~ To his original Complaint filed. ≤ A. H.

Wherefore the Plaintiff hopes and prays that this motion be allowed.

Respectfully Submitted,

*Anthony [signature]*
Anthony GARVIN Pro-Se

*[signature]*
Anthony Garvin Pro-Se
S.B.C.C
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin d. Withers at 67 Market street, Spfld, Ma 01102 by first class mail on 3-14-07.

*[signature]*
Anthony Garvin