UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION TO MARK UP FOR HEARING

Now comes the Pliantiff Pro-Se in the above entitled-matter and respectfully moves this Honorable Court to schedule a date for several outstanding motions to be heard and decided on. The Plaintiff further requests that said hearing be marked up prior to his April 16, 2007 deadline to hold deposition of Omar Marrero due to the fact that several of the eight motions directly affect said deposition. The Plaintiff states that the following motions are outstanding:

1. Motion for order of contempt of court and the imposition of sanctions, in conjunction with notice to court in conjunction with Plaintiff's motion for order of contempt and imposition of sanctions;

2. Motion to show cause;

3. Motion for order of default;

4. Motion to amend complaint;

5. Motion for reconsideration of Plaintiff's motion for appointment of a judicial officer to take deposition;

6. Motion for deposition to be held in the court building;

7. Motion for waiver of fees and court costs with regard to deposition and transportation; and

8. Motion for hearing recording.

Wherefore the Plaintiff hopes that a hearing for said motions be scheduled.

                                        Respectfully Submitting,

                                        Anthony Garvin Pro-Se
                                        S.B.C.C.
                                        P.O. BOX 8000
                                        Shirley, Ma 01464

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 3-25-07.

                                        Anthony Garvin