UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN,
LT. JUAN RAMOS,
LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW,
OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO SHOW CAUSE.**

Now come the defendants in the above-entitled action and oppose Plaintiff's Motion to Show Cause. As reasons therefore, defendants state that the plaintiff's original request stated:

> "Any and all policies and procedures that establish the responsibilities of all the defendants, correctional officers, supervisory officers and medical staff"

The defendants objected: stated the requested information could threaten the safety, health and security of staff and other inmates.

The plaintiff sought to compel a response and the court denied his request for

such an order but allowed the plaintiff to submit a more narrow request. The plaintiff has taken his broad request and broken it down into five separate requests. Defendant has responded with documents in its possession that are responsive to the revised requests insofar as they may be relevant to the issues raised.

On or about February 1, 2007, defendants produced copies of policies and procedures in response to plaintiff's five specific requests. The policies and procedures that did not apply to the plaintiff's specific requests were redacted.

WHEREFORE, the defendants request that the Plaintiff's Motion to Show Cause be denied.

The Defendants,
By their Attorney:

/s/ Kevin D. Withers

Edward J. McDonough, Jr.
Kevin D. Withers, Esq., BBO# 531660
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Certificate of Service

/s/ Kevin D. Withers certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 3/27/2007.