UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

## PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO SHOW CAUSE

Now comes the Plaintiff, Pro-Se in the above entitled-matter and states that the defendant's untimely opposition to the Plaintiff's Motion to show cause should not be taken into consideration. Said Motion to show cause was filed on 2-21-07 and said opposition was filed on 3-27-07, over a month later. The Plaintiff also adds that he is aware that this court does not tolerate untimely oppositions due to the granting of one of the Defendants' motions without timely opposition [24] Motion to compel. Furthermore the Defendants are restricting discoverable evidence, There is no exemption of said evidence, the Defendants has not offered any rule, law or statute making said discovery exempt and said discovery is matterial which the Freedom of information act would produce. To redact documents that were ordered is not fully disclosing said order and to be treated as a failure to disclose pursuant to Fed.R.Civ.P. 37(a)(3). Furthermore if there is a need to redact anything it should be done in the presence of both parties, so that the party seeking the documents would have an opportunity to protect his discovery interests and said redaction is normally done during trials prior to submitting evidence to a jury.

This court should rely on the Plaintiff's motion to show cause and the above arguments to decide on this matter.

Wherefore the Plaintiff hopes and prays that his motion is granted AS SOON AS POSSIBLE.

Respectfully submitted,

_____
Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's response to the Defendants' opposition to Plaintiff's Motion to show cause has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 3-29-07.

_____
Anthony Garvin