UNITED STATES DISTRICT COURT
DISTRICT OF MASSAACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

## MOTION FOR EXTENSION OF TIME OR IN THE ALTERNATIVE TO STAY THE PROCEEDINGS

Now comes the Plaintiff Pro-Se in the above entitled matter and respectfully moves this Honorable Court to grant the Plaintiff an extension of time to take deposition of Omar Marrero until this Court rules on several motion timely filed by the Plaintiff, which directly affect the Plaintiff's ability to hold said deposition. The Plaintiff requests in the alternative that the order is stayed until this Court makes it's decisions on said motion. The following motions are outstanding:

1. Motion for reconsideration of Plaintiff's motion for appointment of a judicial officer to take deposition;

2. Motion for deposition to be held in the court building;

3. Motion for waiver of fees and court costs with regard to deposition and transportation.

These are some of the motions that are outstanding. The motions that would directly enable the Plaintiff to take deposition of Mr. Marrero, who is being held at the Hampden County House of Corrections despite the Defendants assertion to the contrary at the case Management hearing. He was being held by the Sheriff's Department. who is a Defendant in this matter, yet they had ~~failed~~ to inform the Plaintiff of this fact, knowing that

he was looking for Mr. Marrero. Without the Court's granting of the above mentioned motions, the Plaintiff states that he can not file his motions for writs to produce Mr. Marrero and himself.

Wherefore the Plaintiff hopes and prays that this motion is granted without delay.

Respectfully Submitted,

*Anthony Garvin* (signature)

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 4-11-07.

*Anthony Garvin* (signature)

Anthony Garvin