UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-30102-MAP

---

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN,
LT. JUAN RAMOS,
LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW,
OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

---

## MOTION FOR ADDITIONAL TIME TO FILE MOTION FOR SUMMARY JUDGMENT.

Now come the defendants in the above-captioned matter and request that they be granted additional time to file their Motion for Summary Judgment. As reasons therefore, the defendants state as follows:

1. On February 2, 2007 Magistrate Judge Neiman issued a Further Scheduling Order which stated "Defendants shall file their dispositive motion by April 30, 2007, or inform the court in writing by that date that no such motion will be filed."

2. On April 13, 2007, this court allowed plaintiff's motion for hearing and plaintiff's Motion for Extension of Time to Seek to Take Deposition.

3. Information obtained in any depositions taken by the plaintiff could be used by the defendants in dispositive motions.

WHEREFORE, the defendants request that they be granted until May 31, 2007 to file their Motion for Summary Judgment or notify the court in writing by that date that no such motion will be filed.

      The Defendants

      */s/ Kevin D. Withers*
      By their attorney
      Kevin D. Withers, Esq. BBO 531660
      Edward J. McDonough, Jr., Esq. BBO 331590
      EGAN, FLANAGAN AND COHEN, P.C.
      67 Market Street - Post Office Box 9035
      Springfield, MA 01102
      (413) 737-0260; Fax: (413) 737-0121

*/s/ Kevin D. Withers* certifies that copies of the foregoing document was served on Anthony Garvin, S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by mail on 4/24/2007.