UNITED STATES DISTRICT COURT
DISITRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS



EXPARTE NOTICE TO THE COURT AND REQUEST FOR A COPY OF THE
APRIL 13 2007 COURT ORDER

Now comes the Plaintiff Pro-Se in the above entitled matter and respectfully moves this Honorable Court to provide him with a copy of the April 13 2007 court order as normally practiced. The Plaintiff states that the first indication that such an order was made, is in the Defendants' "Response to court order dated April 13, 2007, which he received on 4-21-07. The Plaintiff further states that he has been waiting for several decisions on several motions, which are outstanding in this Court and the fact that an order was issued and he was not sent notification may be highly pejudicial.

Wherefore the Plaintiff hopes and prays that this motion is granted without delay.

Respectfully Submitted,

4/23/07

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

c.c: File