UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION OF CLARIFICATION AND AMENDMENT OF 1ST AND 2ND NOTICES TO THE COURT IN CONJUCNTION WITH Plaintiff'S MOTION FOR ORDER OF CONTEMPT AND IMPOSITION OF SANCTIONS

Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully requests that this Honorable Court treat and title(supplement) his notices to the court as supplement arguments in his motion for order of contempt and imposition of sanctions and not as a motion to compel for reasons as follows:

1. Said discovery, which is in question has already been ordered to be disclosed on 10-19-06 in a court order.

2. The Plaintiff is simply adding newly discovered information to his original motion for contempt and sanctions.

wherefore that Plaintiff hopes and prays that the above motion is granted.

Respectfully Submitted,

*[signature]*

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 4-30-7.

*Anthony Garvin*
Anthony Garvin