UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

AMENDMENT TO PLAINTIFF'S MOTION FOR APPOINTMENT OF
A JUDICIAL OFFICER TO TAKE DEPOSITION

    Now comes the Plaintiff Pro-Se in the Above entitled-matter and respectfully moves this Honorable Court to please amend my previous motion titled "Motion for reconsideration of Plaintiff's Motion for Appointment of a judicial officer to take deposition" as follows:

4. The Plaintiff will need the designated officer to comply with Fed.R.Civ.P. Rule 30(c);

    The Plaintiff states that he accidentally argued the wrong Rule and would like to take this opportunity to clarify the confusion his mistake may have caused and states that he wants to take Omar Marrero's Deposition in person/in Court. This motion to amend is only addressing number 4 of the original motion, which caused the confusion.

Wherefore the Plaintiff hopes and prays that his original motions with regard to taking deposition by testimony be granted as soon as possible.

Respectfully Submitted,

_____
ANTHONY GARVIN Pro-Se
S.B.C.C.

P.O. BOX 8000
Shirley, Ma 01464

CERTIFCATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on 4-30-7.

_____
Anthony Garvin