Anthony Garvin                                      5-3-07
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464 —— Phone # (978) 514-6500

Pro-Se Clerk
U.S. District Court
Office of the Clerk
U.S. Courthouse
1550 Main street
Spfld, Ma. 01103

Re: No.05-30102-MAP

Dear Clerk (Pro-Se),

    I am writing you with major concerns about the Court's Orders which I am not receiving as of late. I thank you for sending me the April 13th, 2007 order, which I received on April 25 and the same one on April 26th of 2007. These were very late.

    Now I am in receipt of the Defendant's Supplemental response to Plaintiff's Request for Production of Documents, which was pursuant to an April 27th, 2007 order, which to date I have yet to receive as of the above date. The late and nondisclosed court orders will deny me access to the court and prevent me from litigating this matter efficiently. If your office is sending these documents out in a timely matter, then it must be this facility that is holding on to my mail and lying to me about it, because I have brought it to their attention and they sent me a note stating that no mail was received by their mail room on April 14, and the 15th of 2007. Please contact the mail room at this facility and fix the problem. See phone number Above (A.G.).
Thank you for your time, concern and anticipate prompt action. Also please send me a copy of the April 27th, 2007 order.

                                                   Respectfully,

                                                   Anthony Garvin Pro-Se

c.c:File