UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS



MOTION FOR COURT TO ISSUE FACTS AND FINDINGS OF LAW

    Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully moves this Honorable Court to issue/state the facts and findings of Law, which it relied upon for the issues as follows: (With regard to the 5/2/07 order)

1. How is/was the Plaintiff's 2d notice to the court in conjunction with his motion for an order of contempt and imposition of sanction treated as a motion to compel, when the discovery in dispute was already compeled to be disclosed as ordered by this court on 12/4/06 and a previous order from 10/19/06?

Argument: Since the Plaintiff moved for sanctions on the above as well as an order for contempt. Furthermore this court ordered the Defendants to disclose said documents within, if my memory is correct two weeks. this was during the Case Management Hearing on 2/2/07.

2. How can this court undo a previous order?

3. How can this court allow Fed.R.Civ.P. 26(b)(5) to be ignored when the Plaintiff is seeking to obtain evidence, which this court previously ordered?

    The Plaintiff states that there were three documents requests that were disputed, newly and recently, at the time of the 2d notice to the court,"further violated" as previuosly so

ordered and the Plaintiff requests that this court issue facts and the findings of Law upon, which it relied on to treat the notice in the manner that it did, also which it based it's decision on. The Plaintiff needs such findings of fact and Law to determine whether or not he must pursue objections and or an appeal. Furthermore, without said findings of fact and Law the Plaintiff will not know percisely what this court's point is, thus not knowing whether the court's decision is just.

Wherefore the Plaintiff hopes and prays that this motion is allowed.

                                    Respectfully,

                                    Anthony Garvin Pro-Se
                                    S.B.C.C.
                                    P.O. BOX 8000
                                    Shirley, Ma 01464

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on 5-7-07.

                                    Anthony Garvin