UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION TO RENEW MOTIONS

Now comes the Plaintiff in the above entitled-matter and respectfully moves this court to renew the Plaintiff's motions, which were denied without prejudice on 4/13/07. The Plaintiff requests that the foolowing motion be renewed:

1. Plaintiff's motion for deposition to be held in courthouse;

2. Plaintiff's motion for waiver of fees and costs;

3. Plaintiff's motion for reconsideration of Plaintiff's motion for appointment of a judicial officer to take deposition(the Amended number four considered as filed on 4/30/07).

The Plaintiff states that he hopes that his amendment motion of number three above repaired and clarrified any confusion that he may have caused and further requests that all motion with regard to the deposition of Marrero be treated in a manner, which is consistant with an oral examination deposition pursuant to Fed.R.Civ.P. Rule 30.

Respectfully Submitted,

_____
Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on 5-7-07.

*Anthony Garvin*
Anthony Garvin