UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF,
V.
COMMONWEALTH OF MASSACUSETTS ET.AL.,
DEFENDANTS

MOTION FOR TRANSCRIPT OF DEPOSITION

Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully moves this Court to order that a copy of the transcript of the deposition that the Plaintiff was ordered to give to the Defendants, which he did, be given to him for the reasons as follows:

1. The Plaintiff will need a copy of said transcript in order to address any references that the Defendants may make in their soon to be filed summary judgment motion. The Plaintiff may need them to explain and put them into proper context.

2. In the fairness of these proceedings a copy of said deposition is warranted.

Wherefore the Plaintiff hopes and prays that this motion is allowed.

Respectfully Submitted,

*[signature]*

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on 5-10-7.

_Anthony G._
Anthony Garvin