UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 05-30102-MAP

---

ANTHONY GARVIN
PLAINTIFF
V.
HAMPDEN COUNTY SHERIFF'S DEPARTMENT,
SHERIFF MICHAEL J. ASHE, JR., HAMPDEN COUNTY COMMISSIONERS,
COMMONWEALTH OF MASSACHUSETTS, SUPT. BASIL TSGARIS,
DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON,
LT. (FIRST NAME UNKNOWN) KORMAN,
LT. JUAN RAMOS, LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW, OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

---

**DEFENDANTS' REPORT TO COURT REGARDING THE STATUS OF OMAR MARRERO**

Now come the defendants in the above-entitled action, by their attorney, and they say that Omar Marrero is not being held at the Hampden County Correctional Center. He was discharged from custody on May 15, 2007. The last address for Mr. Marrero known to Defendants is 130 Waldo Street, Holyoke MA 01040.

The Defendants,
By their Attorney:

/Kevin D. Withers/

Kevin D. Withers, Esq. BBO 531660
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

Certificate of Service

/Kevin D. Withers/ certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 5/29/2007.