UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR A MODIFICATION OF THE
ORDER FOR DEPOSITION OF OMAR MARRERO

    Now comes the Plaintiff Anthony Garvin Pro-Se in the above entitled-matter and respectfully requests that this court modify the order granting the Plaintiff's motion to depose Mr. Marrero. The Plaintiff states that now that Marrero has been released by the Defendants from their facility, it would be best if the court provide a space in the court house to hold said deposition, instead of being held at the Hampden county house of correction. The Plaintiff states that he cannot file a subpeona and send Mr. Marrero notice without a place and time to designate on said notice and subpeona.

Respectfully Submitted,

*Anthony Garvin*
Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield, Ma 01102 by first class mail on

6-4-7.

_____
Anthony Garvin