FILED

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NO.05-30102-MAP

ANTHONY GARVIN

PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,

DEFENDANTS

MOTION FOR ISSUANCE OF SUBPOENA FOR

DEPOSITION WITNESS

Now comes the Plaintiff, Anthony Garvin Pro-Se in the abovew entitled-matter and moves this court to summons, mandated by Fed.R.Civ.P. 30 and ordered by the Honorable Kenneth P. Neiman on 6-1-07, Omar Marrero, whoes last known address was Hampden county house of correction andprior to that 130 Waldo street, Holyoke Ma. 01040, to appear at the Federal Courthouse on 1550 main street on 6-21-07 at 10:00 a.m. .

Respectfully Requested,

_____
Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on 6-11-07.

*Anthony Garvin*
Anthony Garvin

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

NOTICE OF TAKING DEPOSITION

TO:
  Kevin D. Withers, Defense counsel
Deponent: Omar Marrero
Date: June 21, 2007
Time: 10:00 A.M.
Location: United states Courthouse 1550 Main street Spfld, Ma

Please take notice that at the above date and time, the undersigned will take deposition upon oral examination of the named deponent, pursuant to Rule 30 of the Massachusetts Rules of civil procedures, before an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross examine.

Document: You are requested to bring the following documents: Any and all documents regarding your defense.

The Plaintiff Pro-Se

Anthony Garvin
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

_Anthony_ _____ certifies that a copy of the foregoing document has been served on parties by mail on 6/10/07.

c.c:Court clerk to foward to appointed officer taking deposition.