UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: SUPERINTENDENT, S.B.C.C., SHIRLEY, MA

YOU ARE COMMANDED to have the body of   ANTHONY GARVIN, #W83481   now in your custody,

before the United States District Court for the District of Massachusetts, United States Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on

JUNE 28, 2007 at   10:00 a.m.

for the purpose of   TAKING DEPOSITION OF A WITNESS

in the case of   ANTHONY GARVIN V.  HAMPDEN COUNTY SHERIFF'S, ET AL

CA Number   05-30102-MAP

    And you are to retain the body of said   ANTHONY GARVIN   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  ANTHONY GARVIN   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   19th   day of  JUNE,  2007 .


 KENNETH P. NEIMAN, U.S.M.J.
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                              SARAH A. THORNTON
                              CLERK OF COURT

     SEAL

                            By:/s/John C. Stuckenbruck
                              Deputy Clerk

(Habeas Writ.wpd - 3/7/2005)