Anthony Garvin

S.B.C.C.

P.O. BOX 8000

Shirley, Ma. 01464

U.S. Marshal Service

1550 Main Street

Spfld, Ma. 01103           Re: No.05-30102-MAP and service to Omar
                               Marrero

To whom it may concern,

    I am writing you with regards to the inability to serve Omar marrero at the provided address. I was only notified of this problem when the judge in the above case issued an order regarding the deposition I was seeking to hold. I wish someone there would have notiofied me first, because Mr. Marrero is on Probation due to a criminal sentence imposed and that being said the Hampden county probation department must have an address for him or in the alternitive he could be served at his next probation vist (with his probation officer).

    Please notify me if this is posible or not. Thank you for your time and concern.

Sincerely,

_Anthony Garvin_ (signature)       Date  7-9-7

Anthony Garvin

c.c: File and
    U.S. Court clerk