Anthony Garvin
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

U.S. District Court
Office of the Clerk
U.S. Courthouse
1550 Main street
Spfld, Ma. 01103                Re: No.05-30102-MAP

Dear Clerk,
    Enclosed please find the following documents for filing:

1. Motion to compel order for transcripts;

2. Motion requesting a ruling on outstanding motions;

3. Motion for a copy of docket entry sheet;

4. And a letter concerning the service of the Subpeona for the deposition to Omar Marrero.
    Also I would like to know how can I get this case transfered to either Boston or Worcester Federal District Court?

    Thank you for your time, concern and anticipated prompt response to my question.

Respectfully,

*[signature]*                    7-9-7
Anthony Garvin Pro-Se

c.c: File