UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN

PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,

DEFENDANTS

FILED
IN CLERK'S OFFICE

U.S. DISTRICT COURT

## MOTION TO COMPEL ORDER FOR TRANSCRIPTS

    Now comes the Plaintiff Pro-Se in the above Entitled-matter and respectfully moves this court to order the production of the february 2nd 2007 case management hearing transcript/recording(was a phone conference) and the deposition of the Plaintiff taken by the Defendants this year. The Plaintiff filed motion for said transcripts and said motions had been granted. However said transcripts have yet to be given to the Plaintiff.

Respectfully,

*Anthony Garvin*
Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on __7-9-7__.

*Anthony G.*
Anthony Garvin