UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP
ANTHONY GARVIN
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

FILED
N CLERK'S OFFICE

20... 12: 45

U.S. DI... COURT
ST...

MOTION REQUESTING A RULING ON OUTSTANDING MOTIONS

Now comes the Plaintiff Pro-Se in the above entitled-matter and respectfully moves this court to issue its rulings on two outstanding motions. The first of the two is the Plaintiff's motion for an order of contempt and the issuance of sanctions, which has been filed for several months now. The second motion is The plaintiff's motion for default against one of the Defendants for failure to answer the complaint.

The Plaintiff states that these two motions are motions raising claims of Fed.R.Civ.P. and Court Order violations and are meritorious issues.

Wherefore the Plaintiff hopes that this Motion will be granted without delay.

Respectfully,

Anthony

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, MA. 01464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on  7-9-7 .

Anthony Garvin