UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

## MOTION FOR A COPY OF DOCKET ENTRY SHEET

Now comes the Plaintiff in the above entitled-matter and respectfully requests that this court order that a copy of the latest docket entry sheets be given to the Plaintiff without costs. I've requested them from the clerks office several times and I was never given it as I requested (Recent requests).

Respectfully,

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on _7-9-7_.

_Anthony Garvin_
Anthony Garvin