UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO.05-30102-MAP

ANTHONY GARVIN
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

## MOTION TO STAY THE PROCEEDINGS

Now comes the Plaintiff, Pro-Se in the above entitled-matter and respectfully moves this Honorable Court to stay these proceedings until the Plaintiff's criminal appeals and post conviction remedies have been finalized. The Plaintiff states that his new attorney has found merit in the illegal search by a government agent theory as raised by the Plaintiff in his original complaint and for that reason the out come of either matter may effect the other. The Plaintiff also states that the fact that he is limited in his knowledge and time to research civil law, is and will continue to effect his ability to affectively litigate this matter, while assisting his appellate counsel on his criminal matter.

Wherefore for the above reasons the Plaintiff hopes and prays that this motion is allowed.

Respectfully,

Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma 01464

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon defense counsel Kevin D Withers at 67 Market Street, Springfield, Ma 01102 by first class mail on 7-16-7.

*Anthony Garvin*
Anthony Garvin