UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NO. 05-30102-MAP

---

ANTHONY GARVIN
PLAINTIFF

V.

HAMPDEN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MICHAEL J. ASHE, JR.,
HAMPDEN COUNTY COMMISSIONERS, COMMONWEALTH OF MASSACHUSETTS,
SUPT. BASIL TSGARIS, DEPUTY CHIEF OF SECURITY KENNEY,
MAJOR (FIRST NAME UNKNOWN) WELDON, LT. (FIRST NAME UNKNOWN)
KORMAN, LT. JUAN RAMOS, LT. (FIRST NAME UNKNOWN) CADIGAN,
OFFICER WILLIAM MULDROW, OFFICER VICTOR KELLY AND
THE UNKNOWN OFFICER IN THE TOWER
DEFENDANTS

---

**DEFENDANTS' RESPONSE TO COURT ORDER DATED JULY 12, 2007.**

Now come the defendants in the above-entitled action and respond to this Court's order dated July 12, 2007 stating that counsel for the defendants has contacted the court reporter and asked permission to provide the plaintiff with a copy of the transcript paid for by the defendants. Paul Philbin, of Philbin & Associates, the stenographer, assented to the defendants providing plaintiff with that copy of the stenographer's work without further payment by Plaintiff.

A copy of the transcript has been mailed by U.S. first class mail on July 19th, 2007. (See copy of letter attached as Exhibit A)

                                                  The Defendants,
                                                  By their Attorney:

                                                  Kevin D. Withers, Esq. BBO 531660
                                                  Egan, Flanagan and Cohen, P.C.
                                                  67 Market Street - Post Office Box 9035
                                                  Springfield, MA 01102
                                                  (413) 737-0260; Fax: (413) 737-0121

Certificate of Service

_____ certifies that copies of the foregoing document was served on Anthony Garvin to S.B.C.C. P. O. Box 8000, Shirley, MA 01464 by first class mail on 7/19/2007.

Law Offices Of
# Egan, Flanagan and Cohen, P.C.

67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035

Phone: (413) 737-0260 • Telefax: (413) 737-0121
Chicopee Office: (413) 594-2114 *by appointment only*
Web site: www.eganflanagan.com

John J. Egan
Theodore C. Brown
Edward J. McDonough, Jr.
Maurice M. Cahillane
Robert L. Quinn
Joseph A. Pacella*
Joseph M. Pacella
Paula C. Tredeau°
Katharine Pacella Costello
Kevin D. Withers
Richard J. Kos
Joan F. McDonough
Katherine A. Day▫
Jennifer Midura D'Amour*

*Senior Counsel*
 William C. Flanagan⁺
 Mary E. Boland
 Thomas J. Donoghue

*Of Counsel*
 David G. Cohen

James F. Egan
 (1896-1986)
Edward T. Collins
 (1902-1995)
Charles S. Cohen
 (1931-2004)

*Also admitted in CT
⁺Also admitted in DC
▫Also admitted in FL
°Also admitted in TX

July 19, 2007

Anthony Garvin
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464

RE: Garvin v. Michael J. Ashe, Jr. et al
    US District Court 05-30102

Dear Mr. Garvin:

Enclosed is a copy of Defendants' Response to Court Order Dated July 12, 2007 along with a copy of the transcript of your deposition which was conducted on March 8, 2007.

Very truly yours,

*[signature]*

Kevin D. Withers

KDW:jfs
Enclosure