ANTHONY GARVIN
S.B.C.C.
P.O. BOX 8000
SHIRLEY, MA. 01464

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE
1550 MAIN STREET
SPFLD, MA. 01103              Civil Action No.05-30102-MAP

Re: Transcript that were previously order

Dear Clerk,

    I am writing you, because I have yet to receive the transcript as previouly ordered on 4/13/07 . Said transcript [64] is pertinent to the proceedings to come and that are taking place now. Please send me these transcripts without further delay.


Respectfully,

_____          Date 8-13-7
ANTHONY GARVIN Pro-Se