UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER 05-30102-MAP

ANTHONY GARVIN,
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR EXTENTION OF TIME

Now comes the Plaintiff, Pro-Se in the above entitled-matter and respectfully requests an extention of time to respond to the Defendants' motion for summary judgement. The Plaintiff states the following in support of this motion:

1. I am a Pro-Se litigant, who is in a Mass correctional facility;
2. I only am able to get to the law library twice aweek for about two hours each day;
3. I also can get an extra two hours every other week;
4. I've unsucessfully tried to obtain more time in the law library;
5. The Defendants have raised a number of claims that will take some time to research;
6. I am estimating that I will need 30 more days added on to the 30 days that this Court gave me initially during the last phone conference;
7. Attached please find an institutional greivance response with regard to the request for more library time.

Wherefore the Plaintiff hopes and prays that this motion is grnted.

          Respectfully,

*[signature]*

ANTHONY GARVIN Pro-Se

S.B.C.C.

P.O. BOX 8000

SHIRLEY, MA. 01464

### CERTIFACTE OF SERVICE

I hereby ceritfy that a copy of the foregoing document has been served upon defense counsel Kevin D. Withers at 67 Market street, Springfield Ma, 01102 by first class mail prepaid on _8-13-7_ .

*[signature]*

ANTHONY GARVIN  pro se

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | | |
|---|---|---|---|
| **Name** | GARVIN ANTHONY | **Institution** | SOUZA-BARANOWSKI CORRECTIONAL |
| **Number** | W83481    **Housing** H2 | **Appeal Date** 11-MAY-2007 | **Date Of Grievance** 26-MAR-2007 |
| | | **Appeal Received Date** 14-MAY-2007 | |

**Appeal**  Grievance #25750 - Original appeal was lost during switch of Superintendents - I have no security issue with anyone in the units from on the first floor. On extra Tuesdays that I've been to for the past two years there has been no problems/security issues. I have not been receiving the help I've requested and now the only qualified law clerk is gone. The library can not provide adequate access to the court and is preventing me from reasonable research hours or getting the help I need with filing documents with the court. I have already suffered from this by filing documents improperly. With more time said mistake could've been avoided. I believe this facility is deliberately restricting access to the library, restricting the law clerk from working on his own work to deter compitent people from wanting t work there, thus denying me/people from getting the necessary help.

**Remedy Requested**  Remove restrictions from law clerks working on there own cases and bringing work up with them and give me 6 weeks consecutive extra time.

**Staff Recipient**  Camey Ryan M  CPO I

**Signature**

## DECISION BY SUPERINTENDENT

**Appeal Received Date**  14-MAY-2007    **Decision Date**  12-JUN-2007    **Decision**  DENIED

**Decision By**  Dickhaut Thomas E  SUPERINTENDENT

**Reasons**  I concur with the research and decision of the IGC

**Signature**                                                                 **Date**

## INMATE RECEIPT

**Inmate's Name**  GARVIN ANTHONY         **Institution**  SOUZA-BARANOWSKI CORRECTIONAL

**Number**  W83481                        **Appeal Received Date**  14-MAY-2007

**Staff Recipient**  Camey Ryan M  CPO I

**Superintendent's Signature**

*Attachment to Motion for Extension of time*