UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER: 05-30102-MAP

ANTHONY GARVIN,
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

Plaintiff'S NOTICE OF APPEAL

Now comes the Plaintiff, Pro-Se in the above entitled-matter and hereby files his notice of appeal to this honorable courts denial of the Plaintiff's Motion to stay and Motion for default, docket entry numbers[101]entered on 7/30/07 and number[61]entered on 7/12/07, pursuant to Fed.R.APP.P. 3 and 4. I hereby appeal to the United states Court of Appeals.

Respectfully Submitted,

8-13-7

Anthony Garvin Pro-Se

S.B.C.C.

P.O. BOX 8000

Shirley, Ma . 01464