### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-30102MAP

ANTHONY GARVIN,

v.

HAMPDEN COUNTY SHERIFF'S DEPARTMENT, ET AL

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 61, 62, 7/12/2007 ENDORSEMENT, 101, 103, 7/30/2007 ENDORSEMENT AND 108.

and contained in    1    Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  8/15/07    .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:  /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:             _____ ____ ____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

APPEAL, CASREF

# United States District Court
## District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:05-cv-30102-MAP
## Internal Use Only

Garvin v. Hampden County Sheriff's Department et al
Assigned to: Judge Michael A Ponsor
Referred to: Magistrate Judge Kenneth P. Neiman
Cause: 28:1983 Civil Rights

Date Filed: 04/27/2005
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Anthony Garvin**

represented by **Anthony Garvin**
#W83481
S.B.C.C.
P.O. Box 8000
Shirley, MA 01464
PRO SE

V.

## Defendant

**Hampden County Sheriff's Department**

represented by **Edward J. McDonough, Jr.**
Egan, Flanagan & Cohen, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
413-737-0260
Fax: 413-737-0121
Email:
ejmcdonough@eganflanagan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
Egan, Flanagan & Cohen, PC
67 Market Street
PO Box 9035
Springfield, MA 01102-9035
413-737-0260
Fax: 413-737-0121
Email: kdwithers@eganflanagan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Michael J. Ashe, Jr.**                represented by **Edward J. McDonough, Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Kevin D. Withers**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Hampden County Commissioners**               represented by **Edward J. McDonough, Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Kevin D. Withers**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth of Massachusetts**              represented by **Edward J. McDonough, Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Kevin D. Withers**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Supt. Basil Tsgaris**                        represented by **Edward J. McDonough, Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Kevin D. Withers**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Deputy Chief of Security**
*(Known as) Kenney*

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Major (First Name Unknown)**
**Weldon**

represented by **Edward J. McDonough, Jr.**
(See above for address**)**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LT. (First Name Unknown) Korman**
**#115**

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LT. Juan Ramos**
*#261*

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LT. (First Name Unknown) Cadigan**

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer William Muldrow**
*#0764*

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Victor Kelly**

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tim Allen**

represented by **Edward J. McDonough, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D. Withers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|-----|-------------|
| 04/20/2005 | ❏1 | MOTION/APPLICATION to Proceed without prepayment of fees and affidavit (in forma pauperis) by Anthony Garvin.(Lindsay, Maurice) (Entered: 04/27/2005) |

| 04/27/2005 | ◷2 | Judge Kenneth P. Neiman : ORDER entered granting 1 Motion/Application to proceed without prepayment of fees (in forma pauperis) See attached order for details. cc/cl (Lindsay, Maurice) (Entered: 04/27/2005) |
|---|---|---|
| 04/27/2005 | ◷3 | COMPLAINT against LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, The Unkown Officer in the Tower,. Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security. Major (First Name Unknown) Weldon, Filing fee: waived , filed by Anthony Garvin. (Attachments: # 1 Exhibits# 2 Cover & Category Sheets)(Lindsay, Maurice) (Entered: 04/27/2005) |
| 06/21/2005 | ◷4 | Marshals Return of Service and Summons Returned Unexecuted as to the Hampden County Commissioners. Service on Hampden County Commissioners (Unknown). No Address.(Finn, Mary) (Entered: 06/21/2005) |
| 07/07/2005 | ◷5 | Marshals return of service re: SUMMONS and complaint Returned Executed as to Defts. LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow. Victor Kelly, The Unkown Officer in the Tower,Hampden County Sheriff's Department, Michael J. Ashe, Jr., Basil Tsgaris, Deputy Chief of Security and Major (First Name Unknown) Weldon. All served on 7/6/2005. Answer due 7/26/2005. (Finn, Mary) (Entered: 07/07/2005) |
| 07/20/2005 | ◷6 | ANSWER to Complaint with Jury Demand by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, The Unkown Officer in the Tower,, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon.(Lindsay, Maurice) (Entered: 07/20/2005) |
| 07/27/2005 | ◷7 | Judge Michael A Ponsor : Electronic ORDER entered. REFERRING CASE to Magistrate Judge Kenneth P. Neiman for full pretrial case management not including dispositive motions: Scheduling Conference(French, Elizabeth) (Entered: 07/27/2005) |
| 07/27/2005 | ◷8 | Marshals return of service re: Summons Returned Unexecuted as to Commonwealth of Massachusetts - Need more information particular division - agency. (Finn, Mary) Modified on 7/28/2005 (Finn, Mary). (Entered: 07/27/2005) |
| 08/22/2005 | ◷9 | Request for notice of default. (Lindsay, Maurice) (Entered: 08/22/2005) |
| 09/14/2005 | ◷ | Judge Michael A Ponsor : ENDORSED ORDER entered. denying 9 Request for notice of default. DENIED. The court cannot enter a default against an unknown party. So ordered. cc/cl(Lindsay, Maurice) (Entered: 09/15/2005) |

| 09/19/2005 | ❏10 | Letter/request (non-motion) from Anthony Garvin RE: Defts. responses to req. for discovery filed. (Finn, Mary) (Entered: 09/19/2005) |
| 12/01/2005 | ❏11 | Ptf's MOTION for Appointment Counsel by Anthony Garvin.(Lindsay, Maurice) (Entered: 12/01/2005) |
| 12/02/2005 | ❏ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER denying 11 Motion for Appointment of Counsel ENTERED, cc:cl. (Healy, Bethaney) (Entered: 12/02/2005) |
| 12/02/2005 | ❏12 | NOTICE of Scheduling Conference ISSUED, cc:cl. Initial Scheduling Conference set for 1/12/2006 at 10:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement and LR 16.1 cert due by no later than 01/05/06. (Healy, Bethaney) (Entered: 12/02/2005) |
| 12/16/2005 | ❏13 | CERTIFICATION pursuant to Local Rule 16.1 by Anthony Garvin. (Attachments: # 1 Certification 16.1# 2 Letter/Request)(Lindsay, Maurice) (Entered: 12/16/2005) |
| 01/03/2006 | ❏14 | Proposed Document(s) submitted by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, The Unkown Officer in the Tower,, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon. Document received: Defendants' Proposed Pretrial Schedule. (McDonough, Edward) (Entered: 01/03/2006) |
| 01/12/2006 | ❏15 | NOTICE of Appearance by Kevin D. Withers on behalf of the Defts. LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, The Unknown Officer in the Tower,, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon filed. (Finn, Mary) (Entered: 01/12/2006) |
| 01/12/2006 | ❏16 | Judge Kenneth P. Neiman : ORDER entered. SCHEDULING ORDER entered. All written discovery to be served by 3/31/2006. Non-exert depos. to be completed by 5/31/2006. Case Management Conference set for 7/20/2006 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; cc/cl. and Pltf. (Finn, Mary) (Entered: 01/12/2006) |
| 01/12/2006 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Plaintiff (appearing pro se) and counsel for Defendant (Atty Withers) appear for Initial Scheduling Conference held on 1/12/2006. Colloqy re: schedule. Scheduling Order to issue. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 01/12/2006) |
| 01/25/2006 | ❏17 | Letter/request (non-motion) from Anthony Garvin re: Scheduling Order, filed. (Healy, Bethaney) (Entered: 01/26/2006) |

| 02/07/2006 | ❹ | Judge Kenneth P. Neiman : Electronic clarifying ORDER entered with regard to 17 Plaintiff's letter of January 23, 2006. First, the scheduling order of January 12, 2006, mistakenly had the initials KPN, rather than MAP, after the case number. Second, Plaintiff's statement to the contrary, the exemption under Rule 26(a)(1)(E)(iii) applies to automatic disclosures only. Third, the service of "written discovery" set forth in paragraph 1 in the scheduling order encompasses interrogatories and requests for production of documents. (Neiman, Kenneth) (Entered: 02/07/2006) |
|---|---|---|
| 03/22/2006 | ❹18 | MOTION for Transcript by Anthony Garvin. (Attachments: # 1 Affidavit in Support# 2 Exhibits in Support)(Lindsay, Maurice) (Entered: 03/22/2006) |
| 04/24/2006 | ❹ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 18 Motion for Transcript ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/24/2006) |
| 05/05/2006 | ❹19 | Ptf's MOTION to Compel Discovery by Anthony Garvin.(Lindsay, Maurice) (Entered: 05/05/2006) |
| 05/05/2006 | ❹20 | MEMORANDUM in Support Ptf's 19 MOTION to Compel Discovery filed by Anthony Garvin. (Lindsay, Maurice) (Entered: 05/05/2006) |
| 05/05/2006 | ❹21 | AFFIDAVIT of Anthony Garvin in Support his 19 MOTION to Compel Discovery filed by Anthony Garvin. (Lindsay, Maurice) Additional attachment(s) added on 5/5/2006 (Lindsay, Maurice). (Entered: 05/05/2006) |
| 05/08/2006 | ❹22 | Pltf's MOTION for Issuance of Immunity for Timothy Zanetti by Anthony Garvin filed. (Attachments: # 1 Affidavit Timothy Zanetti - Exhibit 1# 2 Affidavit Timothy Zantti - Exhbiit 2)(Finn, Mary) (Entered: 05/08/2006) |
| 05/19/2006 | ❹23 | STATUS REPORT *In Response to Plaintiff's Motion to Compel Discovery* by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon. (McDonough, Edward) (Entered: 05/19/2006) |
| 05/19/2006 | ❹24 | MOTION to Compel *Plaintiff to Further Answer Defendants' First Set of Interrogatories* by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon.(McDonough, Edward) (Entered: 05/19/2006) |

| 05/22/2006 | ○ | Judge Kenneth P. Neiman : Electronic ORDER entered finding as moot 19 Plaintiff's Motion to Compel in light of 23 Defendants' response. (Neiman, Kenneth) (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | ○25 | Opposition re 22 MOTION for Immunity Order filed by Michael J. Ashe, Jr. (Withers, Kevin) (Entered: 05/22/2006) |
| 05/24/2006 | ○ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 22 Plaintiff's Motion for Immunity Order for the reasons well articulated in Defendants' opposition. (Neiman, Kenneth) (Entered: 05/24/2006) |
| 06/06/2006 | ○26 | Ptf's MOTION for Reconsideration re Order on Motion to Compel, by Anthony Garvin.(Lindsay, Maurice) (Entered: 06/06/2006) |
| 06/06/2006 | ○27 | Supplemental Sanction Requests (non-motion) to motion to compel from Anthony Garvin. (Lindsay, Maurice) (Entered: 06/06/2006) |
| 06/06/2006 | ○28 | Ptf's Report to the court in response to Dft's report (non-motion) from Anthony Garvin. (Lindsay, Maurice) (Entered: 06/06/2006) |
| 06/06/2006 | ○29 | Ptf's MOTION for Leave to File additional interrogatories and production of documents, by Anthony Garvin.(Lindsay, Maurice) (Entered: 06/06/2006) |
| 06/09/2006 | ○30 | Opposition re 26 MOTION for Reconsideration re Order on Motion to Compel filed by all defendants. (Withers, Kevin) (Entered: 06/09/2006) |
| 06/09/2006 | ○31 | Opposition re 29 MOTION for Leave to File *Additional Discovery* filed by all defendants. (Withers, Kevin) (Entered: 06/09/2006) |
| 06/15/2006 | ○32 | TRANSCRIPT of Scheduling Conference Proceedings held on 1/12/06 before Judge Kenneth P. Neiman. Digital Recording: CD Recording. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Lindsay, Maurice) (Entered: 06/15/2006) |
| 06/16/2006 | ○33 | Pltf's REPLY to the Defts' response to his 26 MOTION for Reconsideration re Order on Motion to Compel by Anthony Garvin filed. (Finn, Mary) (Entered: 06/16/2006) |
| 06/21/2006 | ○ | Judge Kenneth P. Neiman : Electronic ORDER entered granting without timely opposition 24 Defendants' Motion to Compel Further Answers to Defendants' First Set of Interrogatories; accordingly, by July 7, 2006, Plaintiff shall provide supplemental and complete answers to the interrogatories cited in Defendants' motion. The court also denies 26 Plaintiff's Motion for Reconsideration for the reasons set forth in Defendants' Opposition; if Plaintiff wishes to challenge the sufficiency of Defendants' responses to his discovery requests, he shall do so in accord with Local Rule 37.1 (see 24 Defendants' Motion to Compel for the proper form); relatedly, the court denies 27 Plaintiff's supplemental sanction request. However, the court grants 29 Plaintiff's Motion for Leave to Serve further interrogatories, provided, however, that the |

| | | number of supplemental interrogatories is limited to ten, that they be directed at named defendants only, and that they be served on Defendants' counsel no later than July 7, 2006. So ordered. (Neiman, Kenneth) (Entered: 06/21/2006) |
|---|---|---|
| 06/21/2006 | ❍34 | Ptf's Opposition to Dft's 24 MOTION to Compel *Plaintiff to Further Answer Defendants' First Set of Interrogatories* filed by Anthony Garvin. (Lindsay, Maurice) (Entered: 06/21/2006) |
| 06/21/2006 | ❍35 | Ptf's REPLY to Dft's 31 Opposition to Motion his 29 MOTION for Leave to File filed by Anthony Garvin. (Lindsay, Maurice) (Entered: 06/21/2006) |
| 06/26/2006 | ❍ | Summons Issued as to Tim Allen. (Lindsay, Maurice) (Entered: 06/26/2006) |
| 06/28/2006 | ❍36 | Ptf's MOTION to Stay the Courts Order on Motion to Compel, Order on Motion for Reconsideration, Order on Motion for Leave to File, by Anthony Garvin.(Lindsay, Maurice) (Entered: 06/28/2006) |
| 06/28/2006 | ❍37 | Ptf's Objections to the Court Orders' on Motion to Compel, by Anthony Garvin. (Lindsay, Maurice) (Entered: 06/28/2006) |
| 06/29/2006 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 36 Plaintiff's Motion to Stay until District Judge Michael A. Ponsor rules on 37 Plaintiff's Objections. So ordered. (Neiman, Kenneth) (Entered: 06/29/2006) |
| 07/03/2006 | ❍38 | Pltf's MOTION for Extension of Time to comply with the Court's 6/21/2006 endorsed order re: further answers to the Defts' first set of intgs. to ten (10) days after 7/07/2006 by Anthony Garvin filed. (Attachments: # 1 Affidavit Anthony Garvin# 2 certificate service)(Finn, Mary) (Entered: 07/03/2006) |
| 07/05/2006 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 38 Plaintiff's Motion for Extension of Time to July 17, 2006, to comply with the court's June 21, 2006 order, although Plaintiff should be aware that the court has allowed 36 his motion to stay pending his appeal. (Neiman, Kenneth) (Entered: 07/05/2006) |
| 08/16/2006 | ❍39 | US Marshal Process Receipt and Return for summons and complaint. Tim Allen served and Delivered on 7/25/2006. (Finn, Mary) (Entered: 08/16/2006) |
| 08/16/2006 | ❍ | Set/Reset Answer Deadlines for Tim Allen - 8/15/2006. (Finn, Mary) (Entered: 08/16/2006) |
| 08/29/2006 | ❍ | Judge Michael A Ponsor : ENDORSED ORDER entered. re Ptf's 37 Objections to the court's orders. OVERRULED. The Magistrate Judges rulings are neither clearly erroneous nor contrary to law. The July 7, 2006 deadline is extended to October 6, 2006. So ordered. cc/cl (Lindsay, Maurice) (Entered: 08/29/2006) |

| 08/29/2006 | ❏ | Set/Reset Scheduling Order Deadlines: Discovery/interrogattories to be completed by 10/6/2006. (Lindsay, Maurice) (Entered: 08/29/2006) |
|---|---|---|
| 09/15/2006 | ❏40 | Ptf's MOTION for Leave to File late Written Deposition Questions by Anthony Garvin.(Lindsay, Maurice) (Entered: 09/15/2006) |
| 09/15/2006 | ❏41 | Ptf's MOTION for Appointment of a Judicial Officer to take deposition. by Anthony Garvin.(Lindsay, Maurice) (Entered: 09/15/2006) |
| 09/18/2006 | ❏42 | Opposition re 41 MOTION to Appoint Counsel, 40 MOTION for Leave to File filed by all defendants. (McDonough, Edward) (Entered: 09/18/2006) |
| 09/22/2006 | ❏43 | Ptf's RESPONSE to Dft's 42 Opposition to his 40 MOTION for Leave to File to file late written deposition questions and 41 motion to appoint judicial officer to take deposition filed by Anthony Garvin. (Lindsay, Maurice) (Entered: 09/22/2006) |
| 09/29/2006 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 40 Plaintiff's Motion for Leave to File Late and 41 Plaintiff's Motion to Appoint Judicial Officer to Take Depositions. First, the discovery which Plaintiff seeks is, by his own description, late. Second, and more importantly, it appears, without more, that the depositions sought are unreasonably duplicative in light of the discovery provided to date as well as the affidavits which Plaintiff claims to have. (Neiman, Kenneth) (Entered: 09/29/2006) |
| 10/05/2006 | ❏44 | MOTION to Compel Discovery by Anthony Garvin. (Attachments: # 1 Exhibit A)(Lindsay, Maurice) (Entered: 10/05/2006) |
| 10/05/2006 | ❏45 | MOTION for Discovery Order by Anthony Garvin. (Attachments: # 1 Affidavit in Support# 2 Subpoena# 3 Exhibit 2 - 24 (not scanned))(Lindsay, Maurice) (Entered: 10/05/2006) |
| 10/18/2006 | ❏46 | Opposition re 44 MOTION to Compel filed by all defendants. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20)(Withers, Kevin) (Entered: 10/18/2006) |
| 10/19/2006 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part and denying in part 44 Plaintiff's Motion to Compel as follows: Document Request No. 1 is DENIED as overbroad; if Plaintiff resubmits a more narrow and tailored request, Defendants shall respond and, if claiming a privilege, comply with Local Rule 34.1(d). Request No. 2 is ALLOWED subject to Defendants' compliance with Local Rule 34.1(d). Request Nos. 3, 4, 6 and 12 are ALLOWED as follows: Defendants, in response to Plaintiff's arguments, shall review their files to determine if there are any other documents which need to be produced which are in their possession or control. Request No. 5 is DENIED, Defendants having indicated that there are no such records. Request No. 7 is DENIED, it not being a document request. Request |

|  |  | No. 8 is ALLOWED. Request Nos. 9 and 10 are DENIED. Request Nos. 11 and 13 are DENIED as overbroad; moreover, Plaintiff has not demonstrated a substantial need for any such documents in the context of this lawsuit. Request No. 14 is ALLOWED as to these Defendants only. Interrogatory No. 23 (as to Defendant Ramos) is DENIED, the answer being deemed sufficient. Interrogatory Nos. 5 and 6 are ALLOWED as to Defendant Ashe only. Interrogatory No. 7 (as to Defendant Ashe) is DENIED. Interrogatory No. 7 (as to Defendant Tsagaris) is ALLOWED. Interrogatory Nos. 8 (as to Defendants Ashe and Tsagaris) are DENIED. Interrogatory Nos. 5 and 6 (as to Defendant Kenney) are ALLOWED. Any discovery required to be produced as a result of this ruling shall be provided Plaintiff within twenty-one days. In all other respects, Plaintiff's motion is DENIED. So ordered. (Neiman, Kenneth) (Entered: 10/19/2006) |
| 10/19/2006 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 45 Plaintiff's Motion for Discovery Order. Plaintiff, having served Defendants counsel only, seeks documents from the clerk of the Supreme Judicial Court, i.e., documents not in Defendants' direct possession or control. (Neiman, Kenneth) (Entered: 10/19/2006) |
| 10/27/2006 | ❍47 | MOTION for Reconsideration upon plaintiff's offer of proof of substatial need by Anthony Garvin.(Lindsay, Maurice) (Entered: 10/27/2006) |
| 10/27/2006 | ❍48 | MOTION for Clarification by Anthony Garvin.(Lindsay, Maurice) (Entered: 10/27/2006) |
| 10/30/2006 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 48 Plaintiff's Motion Seeking Clarification and hereby explains that the court's ruling with regard to items 1 through 3 of the motion were denied for the reasons set forth in Defendants' responses to those discovery inquiries, the court finding the responses adequate and persuasive. With regard to item 4 of Plaintiff's motion, the court has found unpersausive Plaintiff's arguments and notes as well that the litigation has long since moved past the initial disclosure stage. (Neiman, Kenneth) (Entered: 10/30/2006) |
| 11/08/2006 | ❍49 | MOTION for Extension of Time to November 30, 2006 to Respond to Discovery Requests by all defendants.(McDonough, Edward) (Entered: 11/08/2006) |
| 11/09/2006 | ❍ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 49 Motion for Extension of Time ENTERED, cc:cl. Responses to Discovery to be completed by 11/30/2006. (Healy, Bethaney) (Entered: 11/09/2006) |
| 11/21/2006 | ❍50 | Letter/request (non-motion) from Anthony Garvin. (Lindsay, Maurice) (Entered: 11/21/2006) |

| 12/04/2006 | ○ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 47 Plaintiff's Motion for Reconsideration. Plaintiff having set forth a more particularized need, the motion is ALLOWED with regard to Request Nos. 11 and 13 without timely opposition by Defendants. The requested documents shall be produced by December 18, 2006. So ordered. (Neiman, Kenneth) (Entered: 12/04/2006) |
|---|---|---|
| 12/04/2006 | ○ | Judge Kenneth P. Neiman : Electronic ORDER entered. Treating 50 Plaintiff's letter of November 18, 2006, as a request for the rescheduling of the case management conference previously stayed, the court hereby schedules said conference for January 29, 2007, at 10:30 a.m. So ordered. (Neiman, Kenneth) (Entered: 12/04/2006) |
| 12/04/2006 | ○ | Set/Reset Hearings: Case Management Conference reset to 1/29/2007 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Finn, Mary) (Entered: 12/04/2006) |
| 12/08/2006 | ○51 | LETTER MOTION to Compel Discovery by Anthony Garvin.(Stuckenbruck, John) (Entered: 12/08/2006) |
| 12/13/2006 | ○52 | STATUS REPORT *In Response to Plaintiff's Motion to Compel Discovery* by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Tim Allen, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon. (McDonough, Edward) (Entered: 12/13/2006) |
| 12/13/2006 | ○53 | MOTION for Confidential Informant's Identification or in the Alternative allow the Admission of Report by Anthony Garvin.(Lindsay, Maurice) (Entered: 12/13/2006) |
| 12/26/2006 | ○54 | Opposition re 53 MOTION for Confidential Informant's Identification or in the Alternative allow the Admission of Report filed by Juan Ramos. (McDonough, Edward) (Entered: 12/26/2006) |
| 12/27/2006 | ○ | Judge Kenneth P. Neiman : Electronic ORDER entered finding as moot 51 Plaintiff's Motion to Compel, Defendants having since indicated that they have responded as required; and denying 53 Plaintiff's Motion for Confidential Informant's Identification or, In the Alternative, for Admission of Report, essentially for the reasons set forth in Defendant Ramos's Opposition, namely, that, without more, the information does not appear to be relevant to Plaintiff's claims in the instant matter, all without prejudice to Plaintiff's renewing his motion upon a greater showing of relevancy once the facts are further developed in the context of an opposition to a motion for summary judgment or at trial. So ordered. (Neiman, Kenneth) (Entered: 12/27/2006) |
| 01/05/2007 | ○55 | REPLY to Response to Motion re 53 MOTION for Confidential Informant's Identification or in the Alternative allow the Admission of Report filed by Anthony Garvin. (Lindsay, Maurice) (Entered: |

| | | |
|---|---|---|
| | | 01/05/2007) |
| 01/05/2007 | ❏56 | Letter/request (non-motion) from Anthony Garvin. (Lindsay, Maurice) (Entered: 01/05/2007) |
| 01/09/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered in response to 56 Plaintiff's letter filed January 5, 2007: Plaintiff is referred to Document No. 52. In the future, if Plaintiff wishes to seek a further order of the court, he shall put his request in the form of a motion, not correspondence. Similarly, if Plaintiff wishes to obtain documents from Defendants to which he believes he is entitled, he shall put that request in the form of a motion to compel. So ordered. (Neiman, Kenneth) (Entered: 01/09/2007) |
| 01/22/2007 | ❏ | ELECTRONIC NOTICE OF RESCHEDULING ISSUED, cc:cl,Pltf. Case Management Conference moved to 2/1/2007 at 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 01/22/2007) |
| 01/24/2007 | ❏57 | Ptf's MOTION for Contempt. and MOTION for Sanctions by Anthony Garvin. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Lindsay. Maurice) (Entered: 01/24/2007) |
| 02/01/2007 | ❏ | Remark: Clerk confirmed contact information for setting up telephone conference. Call general telephone no. at Souza-Baranowski Correctional Facility (978-514-6500). Press "0." Contact the following extension: 6483. Clerk confirmed with facility that Plaintiff was notified of change of hearing. (Healy, Bethaney) (Entered: 02/01/2007) |
| 02/01/2007 | ❏ | ELECTRONIC NOTICE OF RESCHEDULING Case Management Conference set for 2/2/2007 at 9:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Plaintiff to appear by telephone. (Healy, Bethaney) (Entered: 02/01/2007) |
| 02/01/2007 | ❏58 | RESPONSE to Motion re 57 MOTION for Contempt MOTION for Sanctions filed by all defendants. (Withers, Kevin) Additional attachment(s) added on 2/2/2007 (Finn, Mary). (Entered: 02/01/2007) |
| 02/02/2007 | ❏ | Notice of correction to docket made by Court staff. Correction: document 58 corrected because: to separate the main document and exhibit A (Finn, Mary) (Entered: 02/02/2007) |
| 02/02/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Plaintiff (proceeding pro se and appearing by telephone) and counsel for Defts (Atty Withers) appear for Case Management Conference held on 2/2/2007. Colloquy re: status of discovery. Scheduling Order to issue. (Court Reporter FTR (9:00 a.m.).) (Healy, Bethaney) (Entered: 02/02/2007) |
| 02/02/2007 | ❏59 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER setting Defts' depo of Pltf and Pltf's depo of Lt. Green (at Defts' cost) compl by 3/16/07; dispo motions. or inform court in writing that no motion will |

| | | |
|---|---|---|
| | | be filed due by 4/30/2007; P's opp to any dispo motion filed by 5/25/07; reply by 6/8/07, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 02/02/2007) |
| 02/07/2007 | ❂ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 57 Plaintiff's Motion for Contempt and Sanctions, essentially for the reasons set forth in Defendants' opposition, subject to Defendants' represenatations at the case management conference that they will re-inquire of both district attorneys' offices regarding Plaintiff's requests. Otherwise, Defendants have provided documents within the scope of Plaintiff's inquiries and in accord with the orders of this court. Moreover, the court has given Plaintiff the opportunity to pursue a deposition at which he can inquire further into Defendants' representations about the existence or non-existence of certain documents. Given the totality of the circumstances, sanctions are simply not appropriate. (Neiman, Kenneth) (Entered: 02/07/2007) |
| 02/07/2007 | ❂60 | Letter/request (non-motion) from Anthony Garvin regarding deposition and request for default. (Lindsay, Maurice) (Entered: 02/07/2007) |
| 02/07/2007 | ❂61 | Request for notice of default. (Lindsay, Maurice) (Entered: 02/07/2007) |
| 02/08/2007 | ❂62 | Response by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Tim Allen, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon to 61 Request for notice of default. (McDonough, Edward) (Entered: 02/08/2007) |
| 02/21/2007 | ❂63 | Ptf's MOTION to Amend 59 Scheduling Order, by Anthony Garvin.(Lindsay, Maurice) (Entered: 02/21/2007) |
| 02/21/2007 | ❂64 | Ptf's MOTION for Transcript of Hearing by Anthony Garvin.(Lindsay, Maurice) (Entered: 02/21/2007) |
| 02/22/2007 | ❂ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 63 Plaintiff's Motion to Amend Scheduling Order as follows: Plaintiff, in accord with the Federral Rules of Civil Procedure, may seek to take the deposition of Omar Marrero, at Plaintiff's cost, prior to March 16, 2007. (Neiman, Kenneth) (Entered: 02/22/2007) |
| 02/23/2007 | ❂65 | Ptf's MOTION for Order to Show Cause by Anthony Garvin.(Lindsay, Maurice) (Entered: 02/23/2007) |
| 02/28/2007 | ❂66 | NOTICE TO COURT in conjuction with Ptf's motion for order of contempt and imposition of sanctions by Anthony Garvin. (Lindsay, Maurice) (Entered: 02/28/2007) |
| 03/06/2007 | ❂67 | MOTION for Extension of Time to 4/16/07 to take deposition of Omar Marrero by Anthony Garvin.(Lindsay, Maurice) (Entered: 03/06/2007) |

| 03/07/2007 | ❶ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 67 Plaintiff's Motion for Extension of Time insofar as it seeks an extension to April 16, 2007, to seek, in accord with the Federal Rules of Civil Procedure, to take the deposition of Omar Marrero. There shall be no further extensions. So ordered. (Neiman, Kenneth) (Entered: 03/07/2007) |
|---|---|---|
| 03/07/2007 | ❶68 | MOTION for Reconsideration of Ptf's motion for appointment of a judicial officer to take deposition by Anthony Garvin.(Lindsay, Maurice) (Entered: 03/07/2007) |
| 03/14/2007 | ❶69 | MOTION to Amend 3 Complaint, by Anthony Garvin.(Lindsay, Maurice) (Entered: 03/14/2007) |
| 03/16/2007 | ❶70 | MOTION for Deposition to be held in Court Building by Anthony Garvin.(Lindsay, Maurice) (Entered: 03/16/2007) |
| 03/16/2007 | ❶71 | MOTION for Waiver of fees and court costs with regard to deposition and transportation by Anthony Garvin.(Lindsay, Maurice) (Entered: 03/16/2007) |
| 03/27/2007 | ❶72 | MOTION for Hearing by Anthony Garvin.(Lindsay, Maurice) (Entered: 03/27/2007) |
| 03/27/2007 | ❶73 | Opposition re 65 MOTION for Order to Show Cause filed by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Tim Allen, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon. (McDonough, Edward) (Entered: 03/27/2007) |
| 04/02/2007 | ❶74 | Ptf's RESPONSE to Dft's 73 Opposition to his 65 MOTION for Order to Show Cause filed by Anthony Garvin. (Lindsay, Maurice) (Entered: 04/02/2007) |
| 04/11/2007 | ❶75 | 2nd NOTICE to Court in Conjunction with Ptf's 66 Motion for order of Contempt of Court and Imposition of sanction (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Lindsay, Maurice) (Entered: 04/11/2007) |
| 04/13/2007 | ❶76 | Ptf's MOTION for Extension of Time to take deposition of Omar Marrero, or in the alternative to Stay the proceedings. by Anthony Garvin.(Lindsay, Maurice) (Entered: 04/13/2007) |
| 04/13/2007 | ❶ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 64 Plaintiff's Motion for Transcript of a Hearing; granting 65 Plaintiff's Motion for Order to Show Cause as follows: Defendants shall produce to the court the one document mentioned by Plaintiff as improperly redacted for its in camera review and consideration; granting 69 Plaintiff's Motion to Amend Complaint; and ordering Defendants, by April 28, 2007, to respond to Document No. 75 (styled a "notice to |

| | | |
|---|---|---|
| | | court") as if it were a motion to compel. So ordered. (Neiman, Kenneth) (Entered: 04/13/2007) |
| 04/13/2007 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered denying without prejudice 68 Plaintiff's Motion for Reconsideration, 70 Plaintiff's Motion for Deposition to be held in Courthouse, and 71 Plaintiff's Motion for Waiver of Fees and Costs. These various motions appear to reflect confusion on Plaintiff's part as to whether he wishes to proceed with a deposition of Mr. Marrero upon written questions pursuant to Rule 31 or a deposition upon oral examination pursuant to Rule 30. Accordingly, the court hereby grants 72 Plaintiff's Motion for Hearing, at which time this confusion may be sorted out, and hereby requests the clerk's office to arrange for such hearing by telephone as soon as convenient. Given these rulings, the court grants 76 Plaintiff's Motion for Extension of Time to seek to take the deposition, provided that the court's rulings today should in no way be understood as waiving Mr. Marrero's right to object to the deposition, if scheduled.(Neiman, Kenneth) (Entered: 04/13/2007) |
| 04/24/2007 | ❍77 | MOTION for Extension of Time to May 31, 2007 to File Motion for Summary Judgment by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Tim Allen, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners, Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon.(McDonough, Edward) (Entered: 04/24/2007) |
| 04/25/2007 | ❍78 | Notice and request (non-motion) for copy of 4/13/07 court order from Anthony Garvin. (Lindsay, Maurice) (Entered: 04/25/2007) |
| 04/25/2007 | ❍ | Remark: The requested 4/13/07 electronic court order's has been printed and mailed again today to the plaintiff. (Lindsay, Maurice) (Entered: 04/25/2007) |
| 04/26/2007 | ❍79 | Response by Defendants to Court Order dated 4/13/07, filed.(Healy, Bethaney) (Entered: 04/26/2007) |
| 04/26/2007 | ❍80 | Sealed Document submitted to the court for review. (Healy, Bethaney) (Entered: 04/26/2007) |
| 04/27/2007 | ❍ | Judge Kenneth P. Neiman : Electronic ORDER entered. Having reviewed Defendants' in camera submission (Document No. 80), the court has determined that Defendants have fully responded to "Plaintiff's Narrowed Document Request" except that the following sections of the redacted document shall be unredacted and forthwith produced to Plaintiff: paragraph 12(C) on page 9, paragraph 7(A) on page 11, paragraph 8 on page 14 and paragraph 4 on page 21. So ordered.(Neiman, Kenneth) (Entered: 04/27/2007) |
| 04/28/2007 | ❍81 | NOTICE by Commonwealth of Massachusetts re 75 Notice (Other) *Opposition to Document 75 (treated as Motion to Compel)* |

|  |  | (Attachments: # 1 Exhibit A to Opposition to Document 75)(Withers, Kevin) (Entered: 04/28/2007) |
|---|---|---|
| 05/02/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 77 Defendants' Motion for Extension of Time to May 31, 2007, to file motion for summary judgment and denying 75 Plaintiff's "Notice to Court," treated as a motion to compel, the court finding that Defendants have complied with their obligations to produce documents in this case in accord with the court's previous orders. (Neiman, Kenneth) (Entered: 05/02/2007) |
| 05/02/2007 | ❏82 | MOTION for Clarification and Amendment of 1st and 2nd Notices to the court in conjunction with Plaintiff's motion for order of contempt and imposition of sanctions. by Anthony Garvin.(Lindsay, Maurice) (Entered: 05/02/2007) |
| 05/02/2007 | ❏83 | AMENDMENT to Plaintiff's Motion for Appointment of a judicial officer to take deposition by Anthony Garvin. (Lindsay, Maurice) (Entered: 05/02/2007) |
| 05/02/2007 | ❏ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 82 Plaintiff's Motion for Clarification, the court's rulings being clear. (Neiman, Kenneth) (Entered: 05/02/2007) |
| 05/09/2007 | ❏84 | Letter/request (non-motion) from Anthony Garvin. (Lindsay, Maurice) (Entered: 05/09/2007) |
| 05/09/2007 | ❏85 | MOTION for court to issue facts and findings of law by Anthony Garvin.(Lindsay, Maurice) (Entered: 05/09/2007) |
| 05/09/2007 | ❏86 | MOTION to Renew Motions by Anthony Garvin.(Lindsay, Maurice) (Entered: 05/09/2007) |
| 05/14/2007 | ❏87 | MOTION for transcript of deposition by Anthony Garvin.(Lindsay, Maurice) Motions referred to Kenneth P. Neiman. (Entered: 05/14/2007) |
| 05/29/2007 | ❏ | ELECTRONIC NOTICE of Hearing :Case Management Conference set for 5/29/2007 10:30 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 05/29/2007) |
| 05/29/2007 | ❏ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER entered granting 86 Motion Reconsider Ruling on Motions (Healy, Bethaney) (Entered: 05/29/2007) |
| 05/29/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel for Defendant (Atty Withers) and Plaintiff (appearing by telephone and proceeding pro se) appear for Status Conference held on 5/29/2007. Court allows Plaintiff's motion to reconsider ruling on previous motions. Colloquy re: pending motions. Order to issue. (Court Reporter FTR (10:30 a.m.).) (Healy, Bethaney) (Entered: 05/29/2007) |

| 05/30/2007 | ◑ | Judge Kenneth P. Neiman : Electronic ORDER entered denying 85 Plaintiff's Motion for court to issue findings of facts and law; as the court explained to Plaintiff during the telephone conference on May 29, 2007, the court's rulings are clear and require no further findings. The court, however, grants 87 Plaintiff's Motion for a transcript of his deposition by Defendants and hereby directs the clerk's office to make arrangements with the stenographer identified by Defendants. (Neiman, Kenneth) (Entered: 05/30/2007) |
|---|---|---|
| 05/30/2007 | ◑ | Judge Kenneth P. Neiman : Electronic ORDER entered with regard to 70 Plaintiff's Motion for Deposition and 71 Plaintiff's Motion for Waiver of Fees, both of which motions the court had denied without prejudice but agreed to reconsider once Defendant provided clarification of his request. As explained during the telephone conference on May 29, 2007, the court ALLOWS Plaintiff to seek to take the deposition of Omar Marrero (via subpoena) during the week of June 11th, the deposition to take place at Defendants' facility in Ludlow (if Mr. Marrero remains incarcerated there) and with the understanding that Plaintiff will be transported to that facility via arrangements to be made by the clerk's office in coordination with officials at both the Ludlow jail and the Shirley Corectional Center. As a result of this ruling, the time by which Defendants are to file their motion for summary judgment is extended to July 31, 2007. So ordered.(Neiman, Kenneth) (Entered: 05/30/2007) |
| 05/30/2007 | ◑88 | STATUS REPORT by Hampden County Sheriff's Department re: location of Omar Marrero. (Healy, Bethaney) (Entered: 05/30/2007) |
| 06/01/2007 | ◑ | Judge Kenneth P. Neiman : Electronic ORDER entered. Given Defendants' status report (see Document No. 88), which indicates that Mr. Marrero is no longer incarcerated at the Ludlow jail, the court hereby amends its order of May 30, 2007 (which allowed for the deposition of Mr. Marrero at that facility) as follows: Plaintiff, if he wishes, may subpoena Mr. Marrero for a deposition during the week of June 18th (rather than June 11th) at the Federal Courthouse in Springfeld (in a conference room to be set aside by the court). Once notified by Plaintiff of the date and time of the deposition (to start no earlier than 10:00 a.m.), the clerk's office will arrange for Plaintiff's transportation here in coordination with the Marshal Service and the Shirley Correctional Center. So ordered.(Neiman, Kenneth) (Entered: 06/01/2007) |
| 06/06/2007 | ◑89 | MOTION to Modify the order for deposition of Omar Marrero by Anthony Garvin.(Lindsay, Maurice) (Entered: 06/06/2007) |
| 06/06/2007 | ◑ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 89 Plaintiff's Motion for Modification as previously anticipated by the court's order of June 1, 2007. (Neiman, Kenneth) (Entered: 06/06/2007) |

| 06/13/2007 | ◑90 | Pltf's MOTION for issuance of subpoena for Deposition Witness Omar Marrero by Anthony Garvin filed. (Attachments: # 1 Exhibit Notice of deposition to Kevin Withers)(Finn, Mary) Motions referred to Kenneth P. Neiman. (Entered: 06/13/2007) |
|---|---|---|
| 06/18/2007 | ◑ | Judge Kenneth P. Neiman : Electronic ORDER entered granting 90 plaintiff's Motion for issuance of deposition subpoena to Omar Marrero. Deposition set for 6/28/07 @ 10:00 AM at U.S. District Court, 1550 Main St.,Springfield, MA. U.S. Marshal to make service of subpoena on deponent. Arrangements to be made to transport plaintiff to federal courthouse. (Stuckenbruck, John) (Entered: 06/18/2007) |
| 06/18/2007 | ◑91 | Deposition Subpoena Issued Omar Marrero. (Stuckenbruck, John) (Entered: 06/18/2007) |
| 06/19/2007 | ◑92 | Writ of Habeas Corpus Issued for 6/28/07 for Anthony Garvin. (Stuckenbruck, John) (Entered: 06/19/2007) |
| 06/20/2007 | ◑ | Court is informed that defense counsel is unavailable for deposition on 6/28/07.Deposition to be rescheduled to July 5, 2007 @ 10:00 AM. (Stuckenbruck, John) (Entered: 06/20/2007) |
| 06/20/2007 | ◑93 | Subpoena Issued to for Omar Marrero for deposition on 7/5/07, 10:00 am. (Stuckenbruck, John) Modified text on 6/20/2007 to put in correct time of deposition (Stuckenbruck, John). (Entered: 06/20/2007) |
| 06/20/2007 | ◑ | Notice of correction to docket made by Court staff. Correction: docket text corrected to correct time of deposition on 7/5/07 to 10:00 from 2:00 (Stuckenbruck, John) (Entered: 06/20/2007) |
| 06/21/2007 | ◑94 | WRIT of Habeas Corpus issued for plaintiff for deposition to be held on 7/5/07 @ 10:00 AM (Stuckenbruck, John) (Entered: 06/21/2007) |
| 07/02/2007 | ◑95 | US Marshal Process Receipt and Return for Deposition Subpoena. Marshal Service attempted service on Omar Marrero at address provided (130 Waldo Street, Holyoke, MA). Deposition subpoena returned to the court 6/29/07 as attempted, but unable to be located. (Healy, Bethaney) (Entered: 07/02/2007) |
| 07/02/2007 | ◑ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER ENTERED, cc:cl/Pltf. The court has been notified by the U.S. Marshal Service that service of the deposition subpoena was attempted, but was unsuccessful. The court hereby cancels the July 5, 2007 deposition date. So ordered. (Healy, Bethaney) (Entered: 07/02/2007) |
| 07/11/2007 | ◑96 | Letter/request (non-motion) from Anthony Garvin. (Lindsay, Maurice) (Entered: 07/11/2007) |
| 07/11/2007 | ◑97 | Letter/request (non-motion) from Anthony Garvin. (Lindsay, Maurice) (Entered: 07/11/2007) |
| 07/11/2007 | ◑98 | MOTION to Compel Order for Transcripts by Anthony Garvin.(Lindsay, Maurice) (Entered: 07/11/2007) |

| 07/11/2007 | ●99 | MOTION requesting a ruling on outstanding motions by Anthony Garvin.(Lindsay, Maurice) (Entered: 07/11/2007) |
|---|---|---|
| 07/11/2007 | ●100 | Letter/request (non-motion) requesting a copy of Docket Sheet from Anthony Garvin. (Lindsay, Maurice) (Entered: 07/11/2007) |
| 07/11/2007 | ● | Remark: A complete Copy of the docket entry sheet is being mailed to plaintiff today 7/11/07. (Lindsay, Maurice) (Entered: 07/11/2007) |
| 07/12/2007 | ● | Judge Kenneth P. Neiman : Electronic ORDER entered granting in part 98 Plaintiff's Motion to Compel Transcripts as follows: (a) the Clerk's Office shall arrange for a transcript of the February 2, 2007 case management conference to be provided to Plaintiff as soon as possible; and (b) Defendants shall respond to Plaintiff's motion insofar as it seeks a copy of the transcrpt of his deposition. The court also grants in part and denies in part 99 Plaintiff's Motion Requesting Rulings on Outstanding Motions as follows: (a) the motion is denied insofar as it seeks a ruling on 57 Plaintiff's prior motion for contempt, the court having previously addressed and denied said motion (see rulings of February 7, 2007, and May 2, 2007); and (b) the motion is allowed insofar as it seeks a ruling on 61 Plaintiff's prior motion for default and hereby denies said motion for default for the reasons set forth in 62 Defendants' Opposition (filed on February 8, 2007). Finally, the court grants 100 Plaintiff's motion requesting copy of docket entry sheet and notes that the Clerk's Office forwarded a copy thereof to Plaintiff on July 11, 2007. (Neiman, Kenneth) (Entered: 07/12/2007) |
| 07/18/2007 | ●101 | MOTION to Stay the Proceedings by Anthony Garvin.(Lindsay, Maurice) (Entered: 07/18/2007) |
| 07/19/2007 | ●102 | *Defendants'* Response by LT. (First Name Unknown) Korman #115, Juan Ramos, LT. (First Name Unknown) Cadigan, William Muldrow, Victor Kelly, Tim Allen, Hampden County Sheriff's Department, Michael J. Ashe, Jr, Hampden County Commissioners. Commonwealth of Massachusetts, Basil Tsgaris, Deputy Chief of Security, Major (First Name Unknown) Weldon to Order on Motion to Compel, Order on Motion for Miscellaneous Relief,,,,,,,. (Attachments: # 1 Exhibit A)(McDonough, Edward) (Entered: 07/19/2007) |
| 07/25/2007 | ●103 | Opposition re 101 MOTION to Stay *Proceedings* filed by Michael J. Ashe, Jr. (Withers, Kevin) (Entered: 07/25/2007) |
| 07/30/2007 | ● | Judge Kenneth P. Neiman : Electronic ORDER entered denying 101 Plaintiff's Motion to Stay, essentially for the reasons set forth in 103 Defendants' Opposition and the fact that discovery has been completed. So ordered. (Neiman, Kenneth) (Entered: 07/30/2007) |
| 07/31/2007 | ●104 | MOTION for Summary Judgment by Michael J. Ashe, Jr. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment# 2 Appendix List of Exhibits# 3 Statement of Facts# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 |

| | | |
|---|---|---|
| | | Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Exhibit K# 15 Exhibit L# 16 Exhibit M# 17 Exhibit N# 18 Exhibit O# 19 Exhibit P)(Withers, Kevin) (Entered: 07/31/2007) |
| 08/15/2007 | ❍105 | Pltf's Letter/request (non-motion) from Anthony Garvin requesting copy of 2/02/2007 hearing. (Finn, Mary) (Entered: 08/15/2007) |
| 08/15/2007 | ❍106 | Pltf's MOTION for Reconsideration of motion to compel production of docs. req. #'s 13 by Anthony Garvin filed. (Attachments: # 1 Errata A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Finn, Mary) (Entered: 08/15/2007) |
| 08/15/2007 | ❍107 | Pltf's MOTION for Extension of Time of an additional thirty (30) days added onto the already thirty (30) days granted to resp. to the Defts' motion for S/J by Anthony Garvin filed. (Attachments: # 1 Exhibit Dept. of Corrections Grievance Appeal Form)(Finn, Mary) (Entered: 08/15/2007) |
| 08/15/2007 | ❍108 | Pltf's NOTICE OF INTERLOCUTORY APPEAL as to 7/12/2007 Electronic ORDER denying the Pltf's 61 motion for default for the reasons set forth in the 62 Defts' opposition (filed on 2/08/2007)and Electronic ORDER denying the Pltf's 101 Motion to Stay by Anthony Garvin filed. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/4/2007. (Finn, Mary) (Entered: 08/15/2007) |