Anthony Garvin
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

FILED
IN CLERK'S OFFICE

2007 AUG 29 A 11: 51

U.S. District Court
Office of the Clerk
U.S. Courthouse
1550 Main street
Spfld, Ma. 01103

U.S. DISTRICT COURT
DISTRICT OF MASS

Re:No.05-30102-MAP And App Ct.No.07-2269

Dear Clerk,

    I am writing you for reasons regarding recently filed notice of appeal and motions.

    First has there been any rulings on my motions, motion for reconsideration, motion for an extention of time. ~~Also I have yet to receive the transcript I've repeatedly asked for~~. With regard to the motion for reconsideration I have not even received an opposition from defense counsel. If they have filed one over three days prior to this letter then please send me a copy.

    Second with regard to the appeal, I'm requesting that you prepare the following documents for the appeals Court:

1. A certified copy of the Docket entry sheet;
2. 7/07/05 Marshalls return of summons for the defendant "the Unknown Officer In The Tower" Document 5
3. 7/20/05 Defendants' answer Document 6;
4. Plaintiff's Complaint entered on 4/ 27/05 document 3;
5. 6/ 26/06 Summons issued (Tim allen)Document;
6. 8/16/06 Marshal Process Receipt and return for summons and complaint document(Tim Allen);
7. 8/16/06 document set reset deadline for Tim Allen to answer;
8. 2/07/07 document 61 request for notice of default;
9. 2/08/07 document 62 response by defendants to request for default;
10. 2/21/07 document 69 Motion to amend complaint;
11. 7/12/07 Order concerning document number 99 outstanding motions

Enclosed please find a three page incident report, which was obtained through discovery, which I would like to make a part of the record for appeal in the appendix. Said report is from the defendant Tim Allen.

Respectfully,

*Anthony Garvin*        Date 8-27-7

Anthony Garvin Pro-Se

*unable to get a copy of this incident Report please send me copy back thank you and Enclosed for Filing is Appeal's Transcript Report.*

c.c: File