O5 CV 30102-MAP

          Enclosed please find a three page incident report,
which was obtained through discovery, which I would like to make
a part of the record for appeal in the appendix. Said report is
from the defendant Tim Allen.

Respectfully,

*Anthony Garvin*

Anthony Garvin Pro-Se

Date  8 - 27 - 7

*un able to get a copy of this incident Report
please send me copy back thank you and
Enclosed For Filing is Appeal's TRANSCRIPT Report.*

c.c: File

Hampden County Jail and House of Correction

## INCIDENT REPORT FORM

(1) Information Only_____

(2) Inmate's Name _____

(3) Person Number _____

(4) Inmate's Housing Assignment at Time of Occurrence _____

(5) Date of Occurrence _____  Time of Occurrence _____

(6) Date Report is Completed _____  Time Report is Completed _____

(7) Incident Description (include staff and inmates involved, what occurred, where it occurred, when it occurred, how it occurred, and if known, why it occurred).

*[handwritten text:]* So Tim Allen 0873 was asked to write a report due to litigation with Anthony Garvin in regards to an incident that I was witness to. I remember the incident as it involved Timathy Zanetti and Anthony Garvin who were both housed in C-2 during this time. I didn't write a report at the time of the incident because I considered the incident to be minor, I didn't see anyone get hurt, and I knew that pod staff would generate a report.

(8) Immediate Action Taken: *[handwritten text:]* a report on the incident. I watched the incident from the control room glass and a Garvin was taking his AM recreation I saw him run out of sub dayroom, in C-2 to meet a changing. Timothy Zanetti. During this time Garvin was cuffed and shackled which Zanetti was not. I didn't see Zanetti exit his cell.

Sworn To Under The Pains and Penalties of Perjury.

(9) Reporting Employees Signature _____  Date _____

Employees Identification Number _____  Time _____

The following section is to be completed by the Supervisor.

(10) Is disciplinary action requested?     Yes_____   No_____

(11) Miranda Warning                      Yes_____   No_____

(12) Supervisor's Signature _____  Date _____

Supervisor's Identification Number _____  Time _____

| Central Records- White | Department Director- Green | Special Operations- Yellow |
|---|---|---|
| Reporting Employee- Pink | Copy to _____ | -Goldenrod |

HCHOC-0037 (5Part)

| Hampden County | Incident Report | 3.1.23 6 |
|---|---|---|

Hampden County Jail and House of Correction

# INCIDENT REPORT FORM

(1) Information Only_____

(2) Inmate's Name_____

(3) Person Number_____

(4) Inmate's Housing Assignment at Time of Occurrence_____

(5) Date of Occurrence_____Time of Occurrence_____

(6) Date Report is Completed_____Time Report is Completed_____

(7) Incident Description (include staff and inmates involved, what occurred, where it occurred, when it occurred, how it occurred, and if known, why it occurred).

*however I did see clearly that Garvin purposely charged out at the subdayroom to meet him. As I watched the confrontation I was very impressed with Garvin's boxer like skills as he avoided all of Zanetti's punches Garvin wasn't struck at all during the incident which only lasted a maximum of 6 short seconds. Having worked in C2 during this time period, I knew Zanetti was constantly being*

(8) Immediate Action Taken: *taunted by Garvin and others, about being a "punk" in their eyes, I would suppose that Zanetti's motivation for attacking Garvin was just that. After the incident Garvin was boasting about the fact Zanetti didn't even land one punch. C/O Muldrow almost immediately restrained Zanetti during this short incident along with*

Sworn To Under The Pains and Penalties of Perjury.

(9) Reporting Employees Signature_____ Date_____

Employees Identification Number_____ Time_____

The following section is to be completed by the Supervisor.

(10) Is disciplinary action requested?    Yes_____    No_____

(11) Miranda Warning    Yes_____    No_____

(12) Supervisor's Signature_____ Date_____

Supervisor's Identification Number_____ Time_____

| Central Records- White | Department Director- Green | Special Operations- Yellow |
|---|---|---|
| Reporting Employee- Pink | Copy to_____ | -Goldenrod |

HCHOC-0037 (5Part)

Hampden County Jail and House of Correction

## INCIDENT REPORT FORM

(1) Information Only_____

(2) Inmate's Name___Anthony Garvin___

(3) Person Number___133065___

(4) Inmate's Housing Assignment at Time of Occurrence___C-2___

(5) Date of Occurrence___6/2/03___   Time of Occurrence___

(6) Date Report is Completed___8/16/05___   Time Report is Completed___1230 PM___

(7) Incident Description (include staff and inmates involved, what occurred, where it occurred, when it occurred, how it occurred, and if known, why it occurred).
C/O Victor Kelly, Ennetta was placed in his cell and medical was called as procedure calls for.

(8) Immediate Action Taken: _____

Sworn To Under The Pains and Penalties of Perjury.

(9) Reporting Employees Signature_____   Date___8/16/05___

Employees Identification Number___0873___   Time___1230___

The following section is to be completed by the Supervisor.

(10) Is disciplinary action requested?   Yes_____   No_____

(11) Miranda Warning   Yes_____   No_____

(12) Supervisor's Signature_____   Date___8/16/05___

Supervisor's Identification Number___272___   Time___1:15 PM___

Central Records- White            Department Director- Green         Special Operations- Yellow
          Reporting Employee- Pink            Copy to_____            -Goldenrod

HCHOC-0037 (5Part)