UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION:05-30102-MAP

ANTHONY GARVIN,
PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

MOTION FOR COURT ORDER OR IN THE ALTERNATIVE EXTENTION

Now comes the plaintiff in the above entitled-matter pro-se and moves this honorable court to issue a court order for the facility that the plaintiff is currently held in, to allow the plaintiff access to his own personal typewriter in any and all units within the facility including the orientation unit and to turn the power on within said unit so that he may finish his opposition to the defendants' motion for summary judgement. The Plaintiff states in support the following:

1. I am a pro-se litigant in the above entitled-matter;

2. I am incarcerated in the Shirley maximum facility (S.B.C.C.) Suza Baranowski Correctional Center;

3. I am currently in the segregation unit and will not be back in general population until the dead line of October 1st has past;

4. I will be in a orientation unit until about the 28th of September which if allowed to use my typewriter in said unit I will be able to make the dead line;

5. I am almost done and only have the second count to type, which has been prewritten.
   In the alternative I request that I be granted an extension

of ~~75~~ 20 A.G. days due to the fact that I will not be out of the orientation unit until around that time period. And I need Copies A.G. Wherefore I hope and pray that this motion is allowed forthwith and without delay so that the plaintiff may comply with the court's order.

Respectfully Requested,

*Anthony Ga---*

Anthony Garvin Pro-Se
S.B. ___   S.B.C.C
P.O. BOX 8000
Shirley, Ma. 01464

CERTIFICATE OF SERVICE

I Anthony Garvin hereby certify that a copy of the foregoing document has been served upon Defense counsel Kevin D. Withers at 67 market street Springfield, Ma. 01102 by first class mail on  9-26-07  .