United States District Court
District of Massachusetts
No. 05-30102-MAP

Anthony Garvin
  Plaintiff,

V.

Commonwealth of Mass ET.AL.,
  Defendants

EX PARTE
Notice to Court And Request
for a Couple of Days
to Comply

Now Comes the plaintiff pro-se in the above Entitled-matter and Respectfully Notifies this Court as follows:

1. I Recently Requested 20 days of Extension to Comply;

2. I was Released From the Segregation Unit on 9/27/7;

3. I Could not obtain Library time in Said Unit due to an extraordinary multitude of inmate Suicide attempts. Several times I was Removed from the Library because of this;

4. I hand wrote the rest of my opposition and attempted to obtain the Copies to File and Serve; (on 9/28/7)

5. The director of treatment told me she was not going to get them back to me until Saturday (9/29/7) And she was very upset dispite the production of your Court Order to Comply by October 1st, She was not interested in your Orders Nor my Right to Access to the Court;

6. For this reason I Can not Comply And I Am very Sorry and I tried hard to do so. In fact I Stayed up all night to do so, which is Evident by the decline in the sentences;

For the Above Reasons I Respectfully Ask that my day or two late Filing be over looked. For it was out of my hands this is the Same Lady who denied me the Extra Consecutive Law Library, Now She accuses me of Waiting til the last minute, which is Not true it just Was Not done any quicker than possible.

Signed under the pains and penalties of Perjury.

Respectfully Requesting,

Anthony J.

Anthony GARVIN
S.B.C.C
P.O. Box 8000
Shirley, Ma. 01464