UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER:05-30102-MAP

ANTHONY GARVIN,
PLAINTIFF
V.
COMMONWEALTH OF MASSACHUSETTS ET.AL.,
DEFENDANTS

PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGEMENT

Now comes the Plaintiff, Pro-Se in the above entitled-matter and moves this honorable court to deny the Defendant's motion for Summary Judgement pursuant to Fed.R.Civ.P. 56(c) on the grounds that there are material facts in dispute and the Plaintiff is entitled to a trial as requested as a matter of law for the reasons set forth in the Plaintiff's Memorandum in support of Plaintiff's opposition to Defendant's motion for summary judgement, which is filed herewith.

Respectfully Submitted,

_____
Anthony Garvin Pro-Se
S.B.C.C.
P.O. BOX 8000
Shirley, Ma. 01464

Certificate Of Service

I, ANTHONY GARVIN certify that copies of the foregoing documents were served on all parties on 10-1-7.