UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER:05-30102-MAP

ANTHONY GARVIN,

PLAINTIFF

V.

COMMONWEALTH OF MASSACHUSETTS ET.AL.,

DEFENDANTS

**APPENDIX TO PLAINTIFF'S MEMORANDUM IN SUPPORT
OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT.**

| | | |
|---|---|---|
| Ex.A | Two Count Civil Rights Complaint | pp.1-19 |
| Ex.B | Answer of Defendants | pp.20-30 |
| Ex.C | Deposition of Anthony Garvin [Part 1] | pp.31-46 |
| Ex.D | Deposition of Anthony Garvin [Part 2] | pp.47-58 |
| Ex.E | Medical Records | pp.59-59 F |
| Ex.F | Plaintiff's Answers to interrogatories | pp.60-63 |
| Ex.G | Defendant Victor Kelly's Answers;Supp Answers to Interrogatories | pp.64-68 D |
| Ex.H | Defendant William Muldrow's Answers ;Supp Answers to Interrogatories | pp.69-73 C |
| Ex.I | Defendant Thomas Korman's Answers;Supp Answers to Interrogatories | pp.74-78C |
| Ex.J | Defendant John Cadigan's Answers;Supp Answers to Interrogatories | pp.79-83C |
| Ex.K | Defendant Juan Ramos' Answers;Supp Answers to Interrogatories | pp.84-88D |
| Ex.L | Defendant Edward Weldon's Answers to Interrogatories | pp.89-93 |
| Ex.M | Defendant John Kenney's Answers;Supp Answers to Interrogatories | pp.94-98F |
| Ex.N | Defendant Basil Tsgaris' Answers;Supp Answers to Interrogatories | pp.99-103E |
| Ex.O | Defendant Michael J. Ashe,Jr.'s Answers;Supp Answers to Interrogatories | pp.104-108G |

Ex. P  Defendant Commonwealth's Answer; Supp Answers    pp. 109-114A

Ex. Q  Defendants' Supp Response to Doc Request    pp. 115-115K

Ex. R  Defendants' Supp Response to Doc Request Following Court Order    pp. 116-116E

Ex. S  Defendant Muldrow's two Incident Reports    pp. 117-118

Ex. T  Defendant Tim Allen's Incident Report    pp. 119A-119C

Ex. U  Timothy Zanetti's Visiting Record; Affidavit; Detective's Report    pp. 120A-120E

Ex. V  Letter of Garvin; Affidavits of William P. Murphy; Nelson Denzy; William Torres; And Tawayne Harris    pp. 121A-121H

Ex. W  Garvin's Request And Grievance Forms    pp. 122A-122D

Ex. X  Defendant Juan Ramos' Testimony (Garvin Trial)    pp. 123-136

Ex. Y  Omar Marrero's Testimony (Garvin Trial)    pp. 137-143

Ex. Z  Photos of C-2 Unit Subday Rooms    pp. 144A-144C

Ex. A2  Omar Marrero's Motion to Suppress    pp. 145-146

Ex. B2  Defendants' Response to Doc Request    pp. 185A-E

Ex. C2  Affidavit of the Madera Brothers    pp. 186

Ex. D2  Hampden County Jail log book pages    pp. 187A-B

Ex. E2  Zanetti's Cell Assignment Printout    pp. 188

Ex. F2  Marrero's Cell Assignment Printout    pp. 189A-D

Ex. G2  Marrero Incident Report and S.M.I Hearing   pp. 190A-C

Ex. H2  Medical Expert Affidavit   pp. 191

Ex. I2  Marrero's Letter to District Attorney   pp. 192

Ex. J2  Defendant's Motion For Summary Judgement Memorandum   pp. 193-214

For the Plaintiff Pro-se

*Anthony A——*

Anthony Garvin  Pro-se
S.B.C.C
P.O. Box 8000
Shirley, Ma. 01464

THE ABOVE SWEARS UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE ATTACHED ARE TRUE COPIES.

APPENDIX
3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.