Anthony Garvin
S.B.C.C
P.O. BOX 8000
Shirley, Ma. 01464

United States District Court
Office of the Clerk
U.S. Courthouse
1550 Main street
Springfield, Ma. 01103

Re: Garvin V. Hampden Couty Sheriff's Department Et.Al.,
    NO.05-30102-MAP

Dear Clerk I am writing you requesting that you send me the most recent docket entry sheet so that I may know whether or not there has been any decision on the Defendants' Motion for Summary Judgement and any other docketed papers that may have been filed without my knowledge. As you know in the past I have been denied copies of certain rulings and this request is to avoid the same. Please respond to me in a prompt manner. I have already been granted to proceed in Forma Paupers and should not need to file a motion as I did last time . Thank you for your time, concern and anticipated prompt response.


Respectfully requesting,

_Anthony_ [signature]                         Date  11-6-07  <A.S.D.
Anthony Garvin W83481                         Institution Delivered Copies
                                              Late.

                                              Date: 11-15-07