UNITED STATES DISTRICT COURT
CIVIL ACTION NUMBER: 05-30102-MAP

_____

ANTHONY GARVIN,
PLAINTIFF
V.
TIM ALLEN, ET AL,
DEFENDANTS

_____

**OPPOSITION OF DEFENDANT TIM ALLEN TO
PLAINTIFF'S MOTION TO RECONSIDER
MOTION FOR DEFAULT**

Now comes the Defendant, Tim Allen, by his attorney, and he opposes Plaintiff's Motion for Default for the reasons set forth below:

1.	Plaintiff's Request for a Default against Tim Allen was filed in February, 2007. At that time, Mr. Allen had <u>not</u> been personally named as a defendant nor had he been served with a Complaint naming him as a defendant. The Complaint in effect at the time did assert a purported claim against an unnamed individual – "the unknown officer in the Tower" and discovery had been provided by other parties indicating that Tim Allen was the officer stationed in the Tower at the time of the events, but the Plaintiff did not move to amend his Complaint to name Mr. Allen as a defendant until March 14, 2007. The Motion was not allowed until April 13, 2007. Accordingly, the Plaintiff's original Request for a Default against Tim Allen was properly denied because it was premature; Mr. Allen had not been named as a party to the action at the time the Plaintiff requested the default.

2.	Rule 10 of the Federal Rules of Civil Procedure requires that the Complaint name all the parties. Mr. Allen was not named in a Complaint as a party until Plaintiff's Motion to Amend was allowed on April 13, 2007. The Complaint in which Mr. Allen was finally named as a party

was never served on Mr. Allen.  Accordingly, there was no basis to default Mr. Allen after the Complaint was amended and no attempt to do so.

3.  Counsel for Defendants had offered to accept service of a Summons to Mr. Allen, assuming Plaintiff wished to proceed in that manner and assuming Mr. Allen did not decide to seek separate counsel of his own.  No summons naming Mr. Allen was ever sent to counsel, nor did Plaintiff ever make any request that Counsel accept service.  Under Rule 12 (a) of the Federal Rules of Civil Procedure, Mr. Allen has 20 days from the date he is served with the Summons to file an Answer or other response.  That clock never started ticking.  He was never in default under the Rules.

4.     Although Mr. Allen was never properly served, his Answer was filed on October 4, 2007 so that he would be included among the parties for whom summary judgment was sought.

5.     It is not Mr. Allen's obligation to guess at whether or not the Plaintiff is intending to sue him by asserting a claim against "the unidentified Officer in the Tower," nor is he bound by what the other Defendants say about the identity of the Officer in the Tower.  It is Plaintiff's obligation to identify who it is he wishes to sue, to name that party in a Complaint, and to serve the party with a Summons and a copy of the Complaint, in accordance with the Federal Rules of Civil Procedure.  The service of a Complaint alleging a claim against "the unknown officer in the tower" is not a Complaint naming Mr. Allen as a party defendant.

Mr. Allen has no <u>obligation</u> to answer the Complaint until he has been named and served with a Summons.  He could not be defaulted until after these steps had been taken.  Plaintiff's Request for Default was premature because it was made before such steps had been taken.  Nothing that has happened since changes that fact.

2

The Plaintiff's Motion for Reconsideration should be denied.

          The Defendant,
          Tim Allen,

          By:   /s/ Kevin D. Withers
             Edward J. McDonough, Jr., BBO# 331590
             Kevin D. Withers, BBO# 531660
             Katherine A. Day, BBO# 657765
             EGAN, FLANAGAN and COHEN, P.C.
             67 Market Street – P.O. Box 9035
             Springfield, MA 01102-9035
             Tel.: 413/737-0260; Fax: 737-0121

CERTIFICATE OF SERVICE

  /s/ Kevin D. Withers   certifies that a copy of the foregoing document was served on the Plaintiff by first class mail on December 18, 2007 to Anthony Garvin, Souza Baranowski Correctional Center, P.O. Box 8000, Shirley MA 01464.