UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30102MAP

ANTHONY GARVIN,

v.

HAMPDEN COUNTY SHERIFF'S DEPARTMENT, ET AL

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 61, 62, 7/12/2007 ENDORSEMENT, 101, 103, 7/30/2007 ENDORSEMENT AND 108.

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  8/15/07   .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By: /s/ Mary Finn
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8-23-07.

Deputy Clerk, US Court of Appeals

RECEIVED AUG 17 2007 BY: U.S. Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   07-2269

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06