# United States Court of Appeals
## For the First Circuit

No. 07-2269

ANTHONY GARVIN,

Plaintiff, Appellant,

v.

HAMPDEN COUNTY SHERIFF'S DEPARTMENT, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: November 28, 2007

This appeal is dismissed for two reasons. First, absent consent of the parties to proceeding before a magistrate under 28 U.S.C. § 636(c)(1), plaintiff may not appeal a magistrate-judge's order directly to the court of appeals. Second, even if the orders appealed had been adopted by a district court judge, the orders would not now be immediately appealable because no final judgment has yet entered. Generally, with exceptions not here applicable, a litigant must wait until the entire lawsuit has been adjudicated before obtaining appellate review from the court of appeals.

Dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Chief Deputy Clerk.

[cc: Edward J. McDonough Jr., Esq., Kevin D. Withers, Esq., Anthony Garvin]