```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
             CIVIL ACTION NUMBER.05-30102-MAP

                 ANTHONY GARVIN, PLAINTIFF

                            v.

        COMMONWEALTH OF MASSACHUSETTS ET.AL., DEFENDANTS
```

FILED IN CLERK'S OFFICE
2008 JAN -9 A 10: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO AMEND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Now comes the Plaintiff, Pro-se in the above entitled-matter and respectfully moves to amend his opposition to the Defendants' motion for summary judgement due to his newly discovered evidence which under the rules of evidence a compitent jury can take into consideration. Said amendment is as follows:

1. On page 7 of the Plaintiff's statement of the facts in support of the opposition to the motion for summary judgement, which is captioned other material facts unmentioned. After number 17 it shall read:
   18. Lt., now Captain, Ramos has informants. See Ex.A App.10 (Ramos' report to Deputy Chief of Security)

2. On page 7, 18 shall become 19, and on page 8, before 19, 20 shall read:
   20. Ramos has since participated in other prosecutions utilizing informants at the Hampden County House of Correction. See Ex.K2 App.215(Narrative for officer James McGillicuddy Discovery paragraph 6)

3. On page 8, 21 before A.R. 19 and shall read:
   21. Korman and A.D.S Basil Tsgaris has since constructively directed and advised a person known to them to be an informant to keep records of "A log of affidavit(s)" while the informant was assisting the District Attorney's

Office. See Ex.K2 App.216 (Letter by informant Walter A. Wheeler #123310)

4. On page 8, 19 becomes 22, 20 becomes 23 and 21 becomes 24.

5. The Appendix shall add on page 3 after Ex.J2 as follows: Ex.K2 Two D.A. Discovery documents  pp. 215-216.

6. On page 28 of the Memorandum, third paragraph (which begins "It is most important") after the fifth coma it shall read as follows:
that some one at the jail had given to him contact....

7. On page 29 of the Memorandum, second paragraph (Which begins Ramos' actions) after the first sentence it shall read as follows:
Ramos prior to Garvin's incarceration had his own informant. See Ex.A App.10 (Ramos' report)

8. On page 30 of the Memorandum, before the sentence "These are affirmative actions that should shock" (just below half of the paper) it shall read as follows:
Ramos, Korman and Tsgaris continue to participate in criminal proceedings through informants after Defendants have been arraigned. See Ex.K2 App. 215-216 (D.A.'s Discovery Police narrative and letter of informant) Korman and Tsgaris particpated in, and guided the informant, in his cooporation with the Prosecutor.

9. Exhibit K2 pages 215-216, which are enclosed are to be attached to the Appendix.

**Wherefore**, the Plaintiff prays the this Court allows this motion to amend and accepts the amendments offered.

### Certificate Of Service

I Anthony Garvin hereby certifies that a copy of the foregoing document has been served upon Defense counsel Kevin D. Withers at 67 Market street Spfld Ma 01102 by first class mail on /-7-8.

Anthony Garvin
S.B.C.C P.O. BOX 8000
Shirley, Ma. 01464

lets her sit with STEVEN who is crying. TIRADO stated next she in in the living room and the guy in the red shirt (NEGRON) is telling them to be quite or he is going to shoot them. TIRADO stated they were in the apartment for about a half hour. When she hears knocking at the door. TIRADO stated the guy with the black mask and hoody (STOCKTON) with them is carrying a long revolver. And he takes off his mask and shirt ,and is wearing a bullet proof vest. TIRADO stated ,they were screaming because they thought that they were going to kill them. TIRADO stated when the cops came in STOCKTON was holding the gun in his right hand. And then started fighting with the police. TIRADO identified STOCKTON as the guy with the long revolver fighting with the police. And identified NEGRON as the guy with the red shirt with a gun.

TIRADO stated she knew JAVIER cashed his 4 thousand dollar income tax check yesterday. And she saw the guys taking the jewelry from TAMISHA.

Please note at approximately 1:30 AM, MAITIN positively identifies two gold necklaces confiscated from NEGRON'S property as the chains stolen from her during the armed home invasion. MAITINI stated the gold necklace with the Virgin Mary medallion was worth approximately $350.00 . I obtained photos of the 2 necklaces and MAITIN signed a property release form and they were released to her. Also released to Jaime TIRADO was his silver SPRINT cell phone stolen in the home invasion and found in NEGRON'S property during the booking process. JAIME signed property release form., and phone was released to him.

At approximately 3 AM I had a phone conversation with MAITIN. She advised me that she found the clothes in her apartment that BIAGGI was wearing when he came in. I asked her which gun BIAGGI was carrying . She stated he was carrying a long chrome revolver.And the other guy (PEREZ) was carrying a small black gun.

At approximately 3:15  AM I confiscated from MAITIN a black leather DIMENSION coat, blue Red Sox cap, black bandana , potato and black knap sack. MAITIN stated BIAGGI was wearing the leather coat, Red Sox cap and ,black bandana when he came into her apartment . The potato fell out of the coat according to MAITIN.

On September 7,2006 at approximately 11 AM Det. Whalen and I spoke to Walter WHEELER at the Hampden County House of Correction ,Ludlow Massachusetts. Also present was Capt. Ramos. Please note WHEELER had written several letters to assistant district attorneys at the Springfield Superior Court in regards to his conversations with inmates Jose NEGRON and Rolando STOCKTON also incarcerated. Please refer to those letters for further details.

WALTER A. WHEELER# 123310.
H.C.C.C. C-1 UNIT CELL 17.
629 RANDALL RD.
LUDLOW, MA. 01056-1079.

JULY 31,Th., 2006

A.D.A. ELLEN BERGER'S.
COMMONWEALTH OF MASSACHUSETTS.
COUNTY OF HAMPDEN/ HALL OF JUSTICE.
HAMPDEN DISTRICT ATTORNEY'S OFFICE.
50 STATE STREET. 3Th FL.
SPRINGFIELD, MA. 01103.

RE: COMMONWEALTH VS. RONALDO A. STOCKTON
CRIM DOCKET NO: 05-918-1 THROUGH 25.

DEAR. A.D.A BERGER'S.
CAPTIAN KARMAN AND A.D.S. BASIL TSAGADIS HEAD ADMINISTRATIVE STAFF OF THE HAMPDEN COUNTY CORRECTIONAL CENTER, ON JULY 27 AND 28 2006, INFORMED ME TO KEEP A LOG OF AFFIDAVIT(S) WITH YOUR OFFICE.
SECURITY OF INSTITUTION, CAUGHT RONALDO STOCKTON MAKING THREATENING STATEMENTS TO WALTER WHEELER. STAFF IS AWARE AND THERE ARE DOCUMENTS OF COMPLAINTS ON RONALDO STOCKTONS THREATS.

ENCLOSED HEREWITH PLEASE FIND AFFIDAVIT OF WALTER A. WHEELER AGAINST RONALDO A. STOCKTON.

KINDLY CONTACT A.D.S. BASIL TSAGADIS TEL NO (413) 547-8000.

THANK YOU FOR YOUR ATTENTION IN THIS REGARDS.

SINCERELY:

Walter A. Wheeler.
WALTER A. WHEELER.

C/C, WAW.

### CERTIFICATE OF SERVICE

I, WALTER WHEELER, HEREBY CERTIFY THAT I HAVE THIS DAY SERVED THE FOLLOWING AFFIDAVIT, UPON THE OFFICE OF THE DISTRICT ATTORNEY FOR THE COUNTY OF HAMPDEN, BY FIRST CLASS MAIL, POSTAGE PRE-PAID TO THE: A.D.A. ELLEN BERGER'S COMMONWEALTH OF MASSACHUSETTS, COUNTY OF HAMPDEN/ HALL OF JUSTICE, HAMPDEN DISTRICT ATTORNEYS OFFICE 50 STATE STREET, SPRINGFIELD, MASSACHUSETTS 01103.

Walter A. Wheeler.
WALTER A. WHEELER.

DATED: July 31, 2006