# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY GARVIN,<br>    Plaintiff(s)<br><br>    v.<br><br>HAMPDEN COUNTY SHERIFF'S<br>DEPARTMENT, ET AL.,<br>    Defendant(s) | CIVIL ACTION NO. 3:05-30102-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant's Hampden County Sheriff's Department, et al., against plaintiff Anthony Garvin, pursuant to the court's memorandum and order entered this date, granting defendant's motion for summary judgment.

                                          **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated: March 27, 2008                   By /s/ *Maurice G. Lindsay*
                                                            Maurice G. Lindsay
                                                            Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                               [jgm.]